## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TRITEK INTERNATIONAL INC., *et al.*,[1] | ) | Case No. 23-10520 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## HYLIFE FOODS WINDOM, LLC
## (CASE NO. 23-10521)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Tritek International Inc. (7919); HyLife Foods Windom, LLC (5391); and Canwin Farms, LLC (3973). Debtors' mailing address is 2850 Highway 60 East, Windom, MN 56101.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|                                          |     |                            |
|------------------------------------------|-----|----------------------------|
| In re:                                   | )   | Chapter 11                 |
|                                          | )   |                            |
| TRITEK INTERNATIONAL INC., *et al.,*[1]  | )   | Case No. 23-10520 (TMH)    |
|                                          | )   |                            |
| Debtors.                                 | )   | (Jointly Administered)     |
|                                          | )   |                            |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY,
AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS
AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

Tritek International Inc., and its affiliated debtors and debtors in possession in the above-captioned cases (collectively, "Debtors"), are filing their respective Schedules of Assets and Liabilities (each, a "Schedule" and, collectively, the "Schedules") and Statements of Financial Affairs (each, a "Statement") and, collectively, the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedures (the "Bankruptcy Rules").

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (collectively, the "Global Notes") pertain to, and are incorporated by reference in, and comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of them. In the event that the Schedules and/or Statements differ from the Global Notes, the Global Notes control. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

Debtors and their past or present directors, officers, employees, attorneys, professionals and agents do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Debtors and their past or present officers, employees, attorneys, professionals and agents expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. While commercially reasonable efforts have been made to provide accurate and

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number are: Tritek International Inc. (7919); HyLife Foods Windom, LLC (5391); and Canwin Farms, LLC (3973). Debtors' mailing address is 2850 Highway 60 East, Windom, MN 56101.

complete information herein, inadvertent errors or omissions may exist.  In no event shall Debtors or their past or present officers, employees, attorneys, professionals and/or agents be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

Debtors reserve their rights to amend the Schedules and Statements as may be necessary or appropriate in Debtors' sole and absolute discretion, including, but not limited to, the right to assert offsets or defenses to (which rights are expressly preserved), or to dispute, any claim reflected on the Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."  These Global Notes will apply to all such amendments.  Furthermore, nothing contained in the Schedules or Statements shall constitute a waiver of Debtors' rights with respect to the chapter 11 cases and specifically with respect to any issues involving substantive consolidation, equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers, or an admission relating to the same.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

Any failure to designate a claim listed on Debtors' Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by Debtors that such amount is not "disputed," "contingent" or "unliquidated."  Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts.  Further, the claims of individual creditors are listed as the amounts entered on Debtors' books and records and may not reflect credits or allowances due from such creditors to Debtors or setoffs applied by such creditors against amounts due by such creditors to Debtors with respect to other transactions between them.  Debtors reserve all of their rights with respect to any such credits and allowances.  Furthermore, listing a claim does not constitute an admission of liability by Debtor against which the claim is listed or against any of Debtors.

Some of Debtors' scheduled assets and liabilities are unknown and/or unliquidated.  In such cases, no amounts are listed or the amounts are listed as "undetermined," "unknown," or to similar effect.  Accordingly, for this and other reasons the Schedules may not fully reflect the aggregate amount of Debtors' assets and liabilities.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed totals.

The liability information provided herein represents the estimated liability data of Debtors as of April 27, 2023 (the "Petition Date"), except as otherwise noted.  Amounts presented herein are based on Debtors' reasonable efforts to determine amounts owed to creditors as of the Petition Date.  Amounts owed to vendors for certain goods in transit which have not yet been received at

Debtors' facilities or services provided for which invoices have not been received as of the Petition Date, may be understated due to lack of sufficient information. Accordingly, Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

At times, the preparation of the Schedules and the Statements required Debtors to make assumptions that may affect the reported amounts of assets and liabilities, the disclosures of contingent assets and liabilities, and/or other items. Actual results could differ from those estimates. Pursuant to Fed. R. Bankr. P. 1009, Debtors may amend their Schedules and Statements, as they deem necessary and appropriate to reflect material changes. In addition, Debtors, for the benefit of their estates, reserve the right to dispute or to assert offsets or defenses to any claim listed on the Schedules or Statements.

Given the differences between the information requested in the Schedules and the financial information utilized under generally accepted accounting principles in the United States ("GAAP"), the aggregate asset values and claim amounts set forth in the Schedules may not necessarily reflect the amounts that would be set forth in a balance sheet prepared in accordance with GAAP.

For the avoidance of doubt, listing a claim on Schedule D as "secured," on Schedule E/F as "priority" or "unsecured priority," or listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by Debtors of the legal rights of the claimant and/or contractual counterparty, or a waiver of a Debtor's right to recharacterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedules as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such claim is not subject to objection. Debtors reserve their respective rights to dispute, or assert offsets, setoffs, or defenses to any claim reflected on the Schedules as to the nature, amount, liability, or status or to otherwise subsequently designate any claim as disputed, contingent and/or unliquidated.

Debtors' assets are presented at values consistent with their books and records. These values do not purport to represent the ultimate value that would be received in the event of a sale, and may not represent economic value as determined by an appraisal or other valuation technique. As it would be prohibitively expensive and an inefficient use of estate assets for Debtors to obtain current economic valuations for all of their assets, unless otherwise noted, the carrying value on Debtors' books (*e.g.*, net book value), rather than current economic values, is reflected on the Schedules and Statements. Net book values of assets generally do not reflect the current performance of the assets or the impact of the current price environment and may differ materially from the actual value and/or performance of the underlying assets.

Unless otherwise stated, the asset information provided in the Schedules and Statements reflect net book values as of March 31, 2023, the date that the most recent trial balance is available. Where most recent data is available, Debtors have endeavored to reflect this information in the Schedules and Statements.

The inventories, property, and equipment balances in the Schedules and Statements are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

Debtors' books and records have been historically maintained on a consolidated basis rather than on a legal entity basis. As such, the Schedules and Statements have been prepared on a reasonable best efforts basis to reflect the assets and liabilities for each legal entity on a non-consolidated basis.

Unless otherwise indicated, all amounts are reflected in U.S. dollars.

The Debtors incur certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, refunds, warranties, debit memos, credits, and other disputes between the Debtors and their suppliers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.

Pursuant to the *Order (I) Authorizing Debtors To Redact Certain Personally Identifiable Information For Individual Creditors; And (II) Granting Related Relief* [Docket No. 55], the Debtors have redacted residential addresses of individual persons on the Schedules and Statements.

Certain of Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Schedules and Statements. To the extent these disclosures would be duplicative, Debtors may have determined to only list such assets, liabilities, and prepetition payments once.

In the ordinary course of their businesses, Debtors lease facilities from certain third-party lessors for use in their daily operations. Any such leases are set forth in Schedule G. The property subject to any of such leases is not reflected in Schedule A/B as either owned property or assets of Debtors. Neither is the property subject to any such leases reflected in the Statements as property or assets of third parties within the control of a Debtor. Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and Debtors reserve all rights with respect to any such issues.

For certain reporting and internal accounting purposes, the Debtors record certain intercompany receivables and payables. Receivables and payables among the Debtors are reported as assets on Schedule A/B or liabilities on Schedule E/F part 2, as appropriate (collectively, the "Intercompany Claims"). While the Debtors have used commercially reasonable efforts to ensure that the proper intercompany balance is attributed to each legal entity, the Debtors and their estates reserve all rights to amend the Intercompany Claims in the Schedules and Statements, including, without limitation, to change the characterization, classification, categorization or designation of

such claims, including, but not limited to, the right to assert that any or all Intercompany Claims are, in fact, consolidated or otherwise properly assets or liabilities of a different Debtor entity. Although separate Schedules and Statements have been prepared and filed for each of the Debtors, certain of the information set forth in the Schedules and Statements has been prepared on a consolidated basis. As a result, the Schedules and Statements may not reflect all intercompany activity.

Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, goodwill, accrued salaries, employee benefit accruals, and deferred gains. Debtors have also excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule F of the Schedules.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

The Bankruptcy Court has authorized the Debtors to pay, in their discretion, certain outstanding prepetition claims on a postpetition basis. Prepetition liabilities which have been paid postpetition have been excluded from the Schedules and Statements. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing objections to claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

For purposes of the Schedules and Statements, Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of Debtors; (d) relatives of Debtors' directors, officers, or persons in control of Debtors; and (e) debtor/non-debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, Debtors do not take any position with respect to: (a) any insider's influence over the control of Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

The Schedules and Statements have been signed by Howard Siemens, in his capacity as (i) Vice-President and Secretary of HyLife Foods Windom, LLC, (ii) Vice-President and Secretary

5

of Canwin Farms, LLC, and (iii) Secretary of Tritek International Inc. Mr. Siemens was appointed to his position with HyLife Foods Windom, LLC in May 2020, his position with Canwin Farms, LLC in June 2020, and his position with Tritek International Inc. in December 2019. Therefore, Mr. Siemens did not oversee the transactions and records prior to his appointment. In reviewing and signing the Schedules and Statements, Mr. Siemens has necessarily relied upon the efforts, statements and representations of various of Debtors' personnel and professionals. Mr. Siemens has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

**Specific Disclosures Regarding the Schedules**

**<u>Schedule A/B 1-2.</u>** Debtor does not retain petty cash. All cash of Debtors resides in bank accounts listed in Schedule A/B 3.

**<u>Schedule A/B 3</u>**. The bank account balances listed are as of April 26, 2023 for HyLife Foods Windom, LLC, Canwin Farms, LLC and Tritek International Inc.

**<u>Schedule A/B 6-9</u>**. In the books and records of Debtors, prepaid amounts are broken out into several categories but the underlying detail is not available. Accordingly, Debtors have presented these prepayments without this counterparty detail.

**<u>Schedule A/B 11</u>**. Accounts receivable are presented based on net book value as of April 26, 2023. Such accounts receivable have not been adjusted to reflect any counterclaims or setoffs that customers may assert.

**<u>Schedule A/B 18-26</u>**. The inventory reflects inventory listing information. Amounts presented represent balances as reflected in Debtors' books and records as of April 26, 2023. Debtors have used reasonable best efforts to identify all inventory counts but the dates were not available.

**<u>Schedule A/B 29.</u>** The Farm animals at CanWin are counted only at the end of the month. Therefore, we included the net book value of CanWin's farm animals per the trial balance as of March 31, 2023.

**<u>Schedule A/B 38 - 45</u>**. Office furniture, fixtures, and equipment reflect fixed asset listing information as of March 31, 2023, the date that the most recent trial balance is available.

**<u>Schedule A/B 50</u>**. Machinery, fixtures, and equipment reflect fixed asset listing balance information. Amounts presented represent balances as reflected in Debtors' books and records as of March 31, 2023, the date most recently available. While the Machinery, fixtures, and equipment were appraised at the end of calendar year 2022, it is difficult to tie the specific assets back to the balance sheet. Therefore, net book values were used in lieu of appraised values.

**Schedule A/B 59 - 69**.  Debtors have used reasonable efforts to identify any trademarks, patents, business licenses, and intellectual property that are assets of Debtors.  Exclusion of certain business licenses and intellectual property shall not be construed as an admission that such business licenses, customer lists, and mailing lists, and intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, Debtors reserve all rights with respect to the legal status of any and all intellectual property rights.

**Schedule A/B - 72**.  HyLife Foods Windom, LLC and Canwin Farms, LLC are limited liability corporations.  Therefore, the income and losses of these entities flow untaxed to its owner, Skyline International Inc.  Skyline International Inc. is the corporate parent of these two entities and therefore reports the income and losses of those entities in its tax filings.  Furthermore, Tritek International Inc does not file its own taxes.  Non-debtor Skyline International Inc. files taxes on a consolidated basis with its corporate subsidiaries, including Tritek International Inc.  Non-debtor Skyline International Inc. currently has a net operating loss primarily because of the losses HyLife Foods Windom, LLC has experienced.  However, this is an asset of Skyline International Inc. and not reported on the Schedules.

**Schedule D**.   The descriptions provided on Schedule D are intended only as a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Notes or in the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.  Creditors' claims provided on Schedule D arose, or were incurred, on various dates.  In certain instances, the date on which such claim arose is an open issue of fact.

**Schedule E/F**.  Debtors have made reasonable efforts to report all priority and non-priority unsecured claims against Debtors on Schedule E/F based on Debtors' books and records as of the Petition Date.  Debtors have listed all known taxing authorities for each Debtor.  These tax claims are, or may in the future be, subject to audits, and Debtors are unable to determine with certainty the amount of the tax claims listed on Schedule E/F.  In addition, there may be other contingent, unliquidated claims from state and local taxing authorities, not all of which are listed.

The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to Debtors.  Amounts presented herein are based on Debtors' best efforts to determine amounts owed to creditors as of the Petition Date.  Amounts owed to vendors for certain goods in transit which have not yet been received at

Debtors' facilities, or for services provided where invoices have not been received, may be understated due to lack of sufficient information.

Schedule E/F also contains information regarding pending litigation involving Debtors. However, certain omissions may have occurred. Certain pending litigation reflected as claims against a particular Debtor may relate to one or more of the other Debtors. The Debtors made reasonable efforts to accurately record any pending litigation in the Schedules and Statements of the Debtor that is the party to the litigation. The inclusion of any legal action in the Schedules and Statements does not constitute an admission by Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

Schedule E/F does not include certain deferred liabilities, accruals or general reserves. Such amounts are general estimates and do not represent specific claims as of the Petition Dates for each respective Debtor.

**Schedule G**. Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred in preparing Schedule G. Despite reasonable best efforts, in some instances, Debtors may not have been able to identify which Debtor entity is party to a particular contract. In addition, certain of the contracts, agreements and leases listed on Schedule G may have been entered into by more than one Debtor. Accordingly, Debtors have made their reasonable best efforts to determine the correct Debtor's Schedule G on which to list such executory contract.

Contracts reflected on Schedule G do not reflect the impact of any counterparty's assertion of termination due to breach of contract or cessation of operations. Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule G is or is not an executory contract within the meaning of section 365 of the Bankruptcy Code. Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contract or agreement listed on Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement, if any) related to a creditor's claim.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including purchase orders, amendments, restatements, waivers, letters, and other documents that may not be listed on Schedule G or that may be listed as a single entry.

Certain of the contracts, agreements, and leases listed on Schedule G may have expired or may have been rejected, terminated, modified, amended, and/or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document

that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

**Schedule H**. Debtors may not have identified certain guarantees associated with Debtors' executory contracts, unexpired leases, and other such agreements. Debtors reserve all of their rights to amend the Schedules to the extent that additional guarantees are identified or any scheduled guarantees are discovered to have expired or be unenforceable. In the ordinary course of their businesses, Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed and/or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule F and Statement 7, as applicable.

**Specific Disclosures with Respect to the Debtors' Statements**

**Statement 3**. During the 90 day period prior to the Petition Date, disbursements made on account of multiple invoices may be reflected as a single payment. Furthermore, all payroll and insider related disbursements have been omitted from this list. In addition, all payments to insiders and bankruptcy professionals have been omitted from this list as such payments appear in response to Statement question 4 and Statement question 11, respectively.

**Statement 4**. For the purpose of this question, all payments are listed on the Statement of the Debtor that actually made the payment. Statement 4 accounts for a respective Debtor's intercompany transactions, as well as other transfers to insiders as applicable. With respect to individuals, the amounts listed reflect the universe of payments and transfers to such individuals excluding compensation. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtors' employees, has not been included.

All insider payments are included on Statement 4 and specifically excluded from Statement 3. The listing of a party as an Insider in the Schedules and Statements is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7**. Debtors have used reasonable best efforts to identify all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which Debtors were involved in any capacity within one year before the Petition Date. However, certain omissions may have occurred. The inclusion of any legal action in this question does not constitute an admission by Debtors of any liability, the validity of any litigation, or the amount of any potential claim that may result from any claims with respect to any legal action and the amount

and treatment of any potential claim resulting from any legal action currently pending or that may arise in the future.

**Statement 10**.  The Debtors occasionally incur losses for a variety of reasons, including theft and property damage.  The Debtors, however, may not have records of all such losses if such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statement 11**.  Out of an abundance of caution, the Debtors have included payments to all professionals who have rendered any advice related to the Debtors' bankruptcy proceedings in Statement 11. However, it is possible that the disclosed fees also relate to other, non-bankruptcy related services, and may include services rendered to other parties.

**Statement 22-24.**  The Debtors are not aware of any environmental litigation, notice from a governmental unit of potential environmental liability or violation of environmental law or sites where  notice was provided to a governmental unit regarding  any release of hazardous material.

**Statement 26d**.  Over the prior two years, Debtors have provided their financial statements to various parties, including potential lenders, investors, vendors, government entities and other interested parties.  No efforts were made to keep records of parties provided with this information.

**Statement 29.**  Debtors have used reasonable best efforts to obtain the tenure of all former officers and directors.  However, certain information was not available.

**Statement 30**.  Unless otherwise indicated in a Debtor's specific response to Statement 30, the Debtors have included a comprehensive response to Statement 30 in Statement 4.

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** HyLife Foods Windom, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 23-10521 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

**1.** *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from Schedule A/B ................................................................

$38,992,303.05

1b. **Total personal property:**
Copy line 91A from Schedule A/B ................................................................

$85,179,189.41

1c. **Total of all property:**
Copy line 92 from Schedule A/B ................................................................

$124,171,492.46

| Part 2: | Summary of Liabilities |
| --- | --- |

**2.** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D ................

$113,402,927.58

**3.** *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of Schedule E/F ........................................

UNDETERMINED

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ............................

**+** $15,173,784.89

**4.** *Total liabilities*
Lines 2 + 3a + 3b ................................................................

$128,576,712.47

| Fill in this information to identify the case: |
|---|
| **Debtor name:** HyLife Foods Windom, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 23-10521 |

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2.   **Cash on hand**

2.1.   _____    $_____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | ROYAL BANK OF CANADA<br>20 KING STREET WEST, 4TH FLOOR<br>TORONTO ON M5H1C4<br>CANADA | CHECKING ACCOUNT | 2102 | $1.20 |
| 3.2. | ROYAL BANK OF CANADA<br>RBC PLAZA<br>301 FAYETTEVILLE STREET STE 1100<br>RALEIGH NC 27601 | CHECKING ACCOUNT | 1541 | $492,188.20 |
| 3.3. | COMPEER<br>2600 JENNY WREN TRAIL<br>PO BOX 810<br>SUN PRAIRIE WI 53590 | CHECKING ACCOUNT | 8600 | $16,779,615.89 |
| 3.4. | WILMINGTON SAVINGS FUND SOCIETY | CHECKING ACCOUNT | 3091 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

5.   **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $17,271,805.29 |
|---|

Debtor **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| **Part 2:** | **Deposits and prepayments** |
|---|---|

**6.    Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

**7.    Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

Current value of
debtor's interest

7.1.    SECURITY DEPOSIT                                                  $200,000.00

CITY OF NORTH MANKATO
NORWOOD INN - MANKATO
1001 BELGRADE AVE
NORTH MANKATO MN 56003

7.2.    ESCROW DEPOSIT                                                   $520,000.00

CITY OF NORTH MANKATO
NORWOOD INN - MANKATO
1001 BELGRADE AVE
NORTH MANKATO MN 56003

7.3.    UTILITY DEPOSIT                                                  $300.00

CITY OF WINDOM
444 9TH ST
WINDOM MN 56101

7.4.    UTILITY DEPOSIT                                                  $300.00

CITY OF WINDOM
444 9TH ST
WINDOM MN 56101

7.5.    UTILITY DEPOSIT                                                  $300.00

CITY OF WINDOM
444 9TH ST
WINDOM MN 56101

7.6.    UTILITY DEPOSIT                                                  $300.00

CITY OF WINDOM
444 9TH ST
WINDOM MN 56101

7.7.    SECURITY DEPOSIT                                                 $800.00

DAINTRIV PEDERSEN
PO BOX 2
MOUNTAIN LAKE MN 56159

7.8.    SECURITY DEPOSIT                                                 $500.00

GRANITE CITY REAL ESTATE, LLC
LAKESIDE APTS - UNIT #203
3900 ROOSEVELT RD #125
ST. CLOUD MN 56301

7.9.    SECURITY DEPOSIT                                                 $500.00

GRANITE CITY REAL ESTATE, LLC
LAKESIDE APTS - UNIT #207
3900 ROOSEVELT RD #125
ST. CLOUD MN 56301

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

**7.**    **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit                              Current value of
                                                                              debtor's interest

| | | |
|---|---|---|
| 7.10. | SECURITY DEPOSIT | $500.00 |
| | GRANITE CITY REAL ESTATE, LLC<br>LAKESIDE APTS - UNIT #306<br>3900 ROOSEVELT RD #125<br>ST. CLOUD MN 56301 | |
| 7.11. | SECURITY DEPOSIT | $500.00 |
| | GRANITE CITY REAL ESTATE, LLC<br>LAKESIDE APTS - UNIT #312<br>3900 ROOSEVELT RD #125<br>ST. CLOUD MN 56301 | |
| 7.12. | SECURITY DEPOSIT | $1,200.00 |
| | GREG GRUBER<br>803 S LAFAYETTE AVENUE<br>FULDA MN 56131 | |
| 7.13. | SECURITY DEPOSIT | $800.00 |
| | MINNESOTA INVESTMENT PROPERTIES, LLC<br>PO BOX 394<br>HERON LAKE MN 56137 | |
| 7.14. | UTILITY DEPOSIT | $250.00 |
| | MOUNTAIN LAKE UTILITIES<br>930 THIRD AVENUE, DRAWER C<br>MOUNTAIN LAKE MN 56159 | |
| 7.15. | UTILITY DEPOSIT | $250.00 |
| | MOUNTAIN LAKE UTILITIES<br>930 THIRD AVENUE, DRAWER C<br>MOUNTAIN LAKE MN 56159 | |
| 7.16. | UTILITY DEPOSIT | $250.00 |
| | MOUNTAIN LAKE UTILITIES<br>930 THIRD AVENUE, DRAWER C<br>MOUNTAIN LAKE MN 56159 | |
| 7.17. | SECURITY DEPOSIT | $2,800.00 |
| | RGS-CW OF PUERTO RICO, INC.<br>7 CALLE 1<br>SUITE 204<br>GUAYNABO PR 00968-1718<br>US TERRITORY | |
| 7.18. | ESCROW DEPOSIT (WORK COMP) | $30,000.00 |
| | STARR INDEMNITY & LIABILITY COMPANY<br>399 PARK AVENUE<br>NEW YORK NY 10022 | |
| 7.19. | SECURITY DEPOSIT | $6,000.00 |
| | STEARNS MARTIN | |
| 7.20. | SECURITY DEPOSIT | $24,180.00 |
| | T&M DEVELOPMENT<br>GUARDIAN INN - WINDOM<br>111 W LIND COURT<br>MANKATO MN 56001 | |

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

**7.**    **Deposits, including security deposits and utility deposits**

| | Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| 7.21. | SECURITY DEPOSIT | $1,000.00 |
| | VAN TOL PROPERTIES, LLC<br>M2 LOFT - UNIT #406<br>1050 MARSH STREET<br>MANKATO MN 56001 | |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| | Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| 8.1. | PREPAID INSURANCE | $274,583.53 |
| | BFL CANADA | |
| 8.2. | PROFESSIONAL FEES | $21,641.90 |
| | DONLIN RECANO & CO INC | |
| 8.3. | CONSTRUCTION ADVANCE | $1,750,000.00 |
| | HEADWATERS DEVELOPMENT, LLC | |
| 8.4. | PREPAID INSURANCE | $29,229.75 |
| | KANSAS CITY OF LOCKTON | |
| 8.5. | PROFESSIONAL FEES | $63,822.58 |
| | KATTEN MUCHIN ROSENMAN LLP | |
| 8.6. | PREPAID INSURANCE | $5,163.00 |
| | NATIONWIDE AGRIBUSINESS | |
| 8.7. | PREPAID INSURANCE | $88,942.32 |
| | NATIONWIDE AGRIBUSINESS | |
| 8.8. | PREPAID INSURANCE | $1,530.37 |
| | NATIONWIDE AGRIBUSINESS | |
| 8.9. | PROFESSIONAL FEES | $105,257.50 |
| | POTTER ANDERSON & CORROON LLP | |
| 8.10. | PROFESSIONAL FEES | $99,980.00 |
| | PRICEWATERHOUSECOOPERS LLP | |
| 8.11. | PREPAID INSURANCE | $878.78 |
| | STARR INDEMNITY & LIABILITY COMPANY | |
| 8.12. | DUPLICATE TAX PYMT (PAYROLL TAXES) | $66,973.27 |
| | UKG (3RD PARTY PAYROLL SERVICE) | |

**9.**    **Total of part 2**

Add lines 7 through 8. Copy the total to line 81.

$3,298,733.00

| **Part 3:** | **Accounts receivable** |
|---|---|

**10.**    **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**11.    Accounts receivable**

|  |  | Face amount | Doubtful or uncollectible accounts |  |  | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $10,901,041.32 | - $0.00 | = ........ → |  | $10,901,041.32 |
|  |  | Face amount | Doubtful or uncollectible accounts |  |  |  |
| 11b. | Over 90 days old: | $786,062.83 | - $0.00 | = ........ → |  | $786,062.83 |

**12.    Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

> $11,687,104.15

---

**Part 4:**    **Investments**

**13.    Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.    Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| 14.1. _____ | _____ | $_____ |
|---|---|---|

**15.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity | % of ownership |  |  |
|---|---|---|---|
| 15.1. _____ | _____% | $_____ |

**16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| 16.1. _____ | _____ | $_____ |
|---|---|---|

**17.    Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

> $0.00

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18.    Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.    Raw materials** |  |  |  |  |
| 19.1. _____ | _____ | $_____ |  | $_____ |
| **20.    Work in progress** |  |  |  |  |
| 20.1. _____ | _____ | $_____ |  | $_____ |

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

**21.** **Finished goods, including goods held for resale**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 21.1. | CARCASS INVENTORY | 4/26/2023 | $1,147,758.30 | NET BOOK VALUE | $1,147,758.30 |
| 21.2. | MEAT INVENTORY | 4/26/2023 | $5,751,536.21 | NET BOOK VALUE | $5,751,536.21 |

**22.** **Other inventory or supplies**

| | General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22.1. | PACKAGING INVENTORY | 3/31/2023 | $1,080,027.04 | NET BOOK VALUE | $1,080,027.04 |
| 22.2. | CHARGEBACK INVENTORY | 3/31/2023 | $1,380.64 | NET BOOK VALUE | $1,380.64 |
| 22.3. | MAINTENANCE INVENTORY | 3/31/2023 | $5,804,336.79 | NET BOOK VALUE | $5,804,336.79 |

**23.** **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

| $13,785,038.98 |
|---|

**24.** **Is any of the property listed in Part 5 perishable?**

☐ No
☑ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☑ Yes Book value: $6,899,294.51 Valuation method: NET BOOK VALUE Current value: $6,899,294.51

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops—either planted or harvested**

28.1. _____    $_____    _____    $_____

**29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish

29.1. _____    $_____    _____    $_____

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

30.1. _____    $_____    _____    $_____

**31.** **Farm and fishing supplies, chemicals, and feed**

31.1. _____    $_____    _____    $_____

**32.** **Other farming and fishing-related property not already listed in Part 6**

32.1. _____    $_____    _____    $_____

**33.** **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**34.   Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____   Valuation method: _____   Current value: $_____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:**   Office furniture, fixtures, and equipment; and collectibles

**38.   Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.   Office furniture** | | | |
| 39.1.   _____ | $_____ | _____ | $_____ |
| **40.   Office fixtures** | | | |
| 40.1.   _____ | $_____ | _____ | $_____ |
| **41.   Office equipment, including all computer equipment and communication systems equipment and software** | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| 41.1.   CUBICLES | $44,344.32 | Net Book Value | $44,344.32 |
| 41.2.   CAFETERIA TABLES | $19,576.32 | Net Book Value | $19,576.32 |
| 41.3.   COMPUTER EQUIPMENT - VARIOUS | $27,648.85 | Net Book Value | $27,648.85 |
| **42.   Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.   _____ | $_____ | _____ | $_____ |

**43.   Total of part 7**

Add lines 39 through 42. Copy the total to line 86.                              $91,569.49

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available)<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  LIGHT FLEET UNIT 4045 FORD TRUCK - VIN 1FTEX1EB1JKE66575 | $23,000.00 | Net Book Value | $23,000.00 |
| 47.2.  UNIT 4052 SANITATION - EXTRAS - VIN 1FTFW1EV6AFA24966 | $8,380.71 | Net Book Value | $8,380.71 |
| 47.3.  DRY VAN TRAILERS UNIT 4524 - VIN 1UYVS25341U385, UNIT 4525 - VIN 1GRAA06201S060849, UNIT 4526 - VIN 1JJV532W1YF715265, UNIT WDC1 - VIN 1DW1A5328BS264628 | $30,835.61 | Net Book Value | $30,835.61 |
| 47.4.  TANKER TRAILER UNIT W4522 - VIN 1W9S82027L1028961 | $19,652.09 | Net Book Value | $19,652.09 |
| 47.5.  LIGHT FLEET UNIT 404 - UNIT 4044 - VIN 1V2LP2CA6MC601344 | $28,429.72 | Net Book Value | $28,429.72 |
| 47.6.  SHUNT TRUCK 2 #61 - UNIT W6111 - VIN 4LMBF2115LL028744 | $84,092.57 | Net Book Value | $84,092.57 |
| 47.7.  SHUNT TRUCK #61 - UNIT W6112 - VIN 4LMBF2117LL028745 | $84,092.57 | Net Book Value | $84,092.57 |
| 47.8.  FUEL TRUCK UNIT 4039 - VIN 1FD0X4GYXCEA61968 | $16,015.63 | Net Book Value | $16,015.63 |
| 47.9.  LIGHTFLEET UNIT #4035 - VIN 3VV2B7AX5MM020076 | $18,904.41 | Net Book Value | $18,904.41 |
| 47.10.  UNIT 4043 2004 JEEP LIBERTY - VIN 1J4GL48K94W178800 | $711.64 | Net Book Value | $711.64 |
| 47.11.  UNIT 4523 FLAT GARBAGE SEMI TRAILER - VIN SNF5NFS4825BH000984 | $10,000.00 | Net Book Value | $10,000.00 |
| 47.12.  SHUNT TRUCK W6090 - VIN316437 OFF ROAD | $35,000.00 | Net Book Value | $35,000.00 |
| **48.**  **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  _____ | $_____ | _____ | $_____ |
| **49.**  **Aircraft and accessories** | | | |
| 49.1.  _____ | $_____ | _____ | $_____ |
| **50.**  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1.  REFRIGERATION EQUIPMENT 2023 JC519 | $724,059.65 | Net Book Value | $724,059.65 |
| 50.2.  CI EQUIPMENT MODIFICATIONS JC499 | $235,493.18 | Net Book Value | $235,493.18 |
| 50.3.  COMPACTOR RELOCATION JC488 | $10,419.88 | Net Book Value | $10,419.88 |
| 50.4.  RAIL & DRIVE EQUIPMENT JC486 | $83,237.69 | Net Book Value | $83,237.69 |
| 50.5.  DUAL ENERGY XRAY LOIN JC470 | $79,542.51 | Net Book Value | $79,542.51 |
| 50.6.  WAREHOUSE ELECTRICAL IMPROVEMENT | $21,621.16 | Net Book Value | $21,621.16 |
| 50.7.  EAST MANUAL SPLIT SAW STATION | $52,533.45 | Net Book Value | $52,533.45 |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 50.8. | PRODUCT DATE STAMPER | $6,646.00 | Net Book Value | $6,646.00 |
| 50.9. | SINGER HEAD BURNER | $41,234.16 | Net Book Value | $41,234.16 |
| 50.10. | VISCERA PAN WASH PUMP | $65,574.38 | Net Book Value | $65,574.38 |
| 50.11. | REPLACE MANUAL RAIL SWITCHES | $13,636.39 | Net Book Value | $13,636.39 |
| 50.12. | WAREHOUSE ELECTRICAL IMPROVEMENT | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.13. | GAMS | $33,530.62 | Net Book Value | $33,530.62 |
| 50.14. | HEAD DEBONING LINE COMMISSION JC354/443 | $40,657.61 | Net Book Value | $40,657.61 |
| 50.15. | TROLLEY BLOW OFF JC355 | $26,747.68 | Net Book Value | $26,747.68 |
| 50.16. | BATTERIES JC356 | $40,110.37 | Net Book Value | $40,110.37 |
| 50.17. | KILL FLOOR CHAINS 2 | $27,310.58 | Net Book Value | $27,310.58 |
| 50.18. | KILL FLOOR CHAINS | $262,763.88 | Net Book Value | $262,763.88 |
| 50.19. | JOWL AND HAM LINE | $384,874.00 | Net Book Value | $384,874.00 |
| 50.20. | PACKAGING STATION | $577,423.99 | Net Book Value | $577,423.99 |
| 50.21. | JOWL AND HAM LINE | $42,459.09 | Net Book Value | $42,459.09 |
| 50.22. | BAY 7-HEAD DEBONE | $134,301.36 | Net Book Value | $134,301.36 |
| 50.23. | BAY 6-HAM DEBONIN | $2,668,106.60 | Net Book Value | $2,668,106.60 |
| 50.24. | MANIFEST STATION INSTALL | $13,411.74 | Net Book Value | $13,411.74 |
| 50.25. | FALLEN HOG STATION | $36,315.12 | Net Book Value | $36,315.12 |
| 50.26. | CARLISLE INMOTION WEIGHT | $227,906.96 | Net Book Value | $227,906.96 |
| 50.27. | PACKAGING STATION | $50,909.04 | Net Book Value | $50,909.04 |
| 50.28. | PARTS RACKING | $29,508.13 | Net Book Value | $29,508.13 |
| 50.29. | LOAD OUT COOLER AIR DIST | $26,775.52 | Net Book Value | $26,775.52 |
| 50.30. | KILL FLOOR SANITARY | $19,125.45 | Net Book Value | $19,125.45 |
| 50.31. | SANITATION CABINETS | $26,543.55 | Net Book Value | $26,543.55 |
| 50.32. | CRYOVAC PLATES | $4,558.83 | Net Book Value | $4,558.83 |
| 50.33. | 2 WALKIE PALLET JACKS | $5,211.86 | Net Book Value | $5,211.86 |
| 50.34. | DUALENERGY XRAY LOIN/B | $300,814.42 | Net Book Value | $300,814.42 |
| 50.35. | AUTO PLC STRAP MACHINE SN:17968 | $12,748.53 | Net Book Value | $12,748.53 |
| 50.36. | AUTO PLC STRAP MACHINE SN:17965 | $12,748.53 | Net Book Value | $12,748.53 |
| 50.37. | LOIN SHELL BONING LINE | $532,022.94 | Net Book Value | $532,022.94 |
| 50.38. | REPLACE OLD COMPUTER | $10,182.61 | Net Book Value | $10,182.61 |
| 50.39. | EMAINT ADD USERS | $3,369.33 | Net Book Value | $3,369.33 |
| 50.40. | EMAINT USERS ADDITION | $3,096.46 | Net Book Value | $3,096.46 |
| 50.41. | 3 NEW BUNG GUNS | $7,886.03 | Net Book Value | $7,886.03 |
| 50.42. | 20 HP TOSHIBA MOTOR | $3,922.28 | Net Book Value | $3,922.28 |
| 50.43. | 15 HP TOSHIBA MOTOR | $3,663.66 | Net Book Value | $3,663.66 |
| 50.44. | GORMAN RUPP 4" PUMP | $2,867.98 | Net Book Value | $2,867.98 |
| 50.45. | TROLLEYS 2021ADDITION | $40,371.29 | Net Book Value | $40,371.29 |
| 50.46. | KILL FLOOR MCC AC UNIT | $12,957.77 | Net Book Value | $12,957.77 |
| 50.47. | IN-MOTION LINE #3 | $214,106.24 | Net Book Value | $214,106.24 |
| 50.48. | RECTUM HARVEST | $4,397.02 | Net Book Value | $4,397.02 |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 50.49. | CARCASS INTERVENTION PRO | $363,651.76 | Net Book Value | $363,651.76 |
| 50.50. | PACKAGING AREA UPDATES | $959,004.39 | Net Book Value | $959,004.39 |
| 50.51. | PACKAGING STATION AND CON | $770,404.25 | Net Book Value | $770,404.25 |
| 50.52. | IWP LINE (BELLY) | $20,359.12 | Net Book Value | $20,359.12 |
| 50.53. | TRANSFER CONVEYORS | $156,308.76 | Net Book Value | $156,308.76 |
| 50.54. | SHOULDER UDE LINE | $1,600,503.25 | Net Book Value | $1,600,503.25 |
| 50.55. | REFRIGERATION UPGRADES | $1,949,858.04 | Net Book Value | $1,949,858.04 |
| 50.56. | SPRINKLER SYSTEM CONVERSION | $163,614.03 | Net Book Value | $163,614.03 |
| 50.57. | BACK RIB LINE | $325,524.23 | Net Book Value | $325,524.23 |
| 50.58. | CARCASS RAIL ADDITION | $15,806.28 | Net Book Value | $15,806.28 |
| 50.59. | MAIN SINGLE RIB BELLY LINE | $1,079,498.33 | Net Book Value | $1,079,498.33 |
| 50.60. | TOTE DUMPER #2 | $3,333.33 | Net Book Value | $3,333.33 |
| 50.61. | CONVEYORS - HYLIFE PROJ | $79,482.27 | Net Book Value | $79,482.27 |
| 50.62. | BELLY SKINNER 2 | $13,404.51 | Net Book Value | $13,404.51 |
| 50.63. | CRYOVAC MACHINE ACCESSORIES | $26,732.52 | Net Book Value | $26,732.52 |
| 50.64. | JARVIS EQUIPMENT | $10,235.60 | Net Book Value | $10,235.60 |
| 50.65. | QA UV PROJECT | $7,057.10 | Net Book Value | $7,057.10 |
| 50.66. | STRAPPING MACHINE | $8,976.79 | Net Book Value | $8,976.79 |
| 50.67. | ANAGO KST 200E MACHINE | $7,451.94 | Net Book Value | $7,451.94 |
| 50.68. | FOOT SAW | $19,569.61 | Net Book Value | $19,569.61 |
| 50.69. | X-RAY SYSTEM 2 | $63,146.47 | Net Book Value | $63,146.47 |
| 50.70. | BELLY SKINNER | $20,270.26 | Net Book Value | $20,270.26 |
| 50.71. | CROWN FORKLIFTS/JACKS | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.72. | CRYOVAC MACHINE | $67,352.17 | Net Book Value | $67,352.17 |
| 50.73. | VIDEO SURVEILLANCE | $18,838.67 | Net Book Value | $18,838.67 |
| 50.74. | KNIFE SHARPENING SYSTEM | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.75. | X-RAY SYSTEM #1 | $61,128.49 | Net Book Value | $61,128.49 |
| 50.76. | DOCK EVAPORATOR | $16,104.01 | Net Book Value | $16,104.01 |
| 50.77. | WASTEWATER LAGOON | $1,331.58 | Net Book Value | $1,331.58 |
| 50.78. | STRAPPING MACHINE | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.79. | SCANNING GUN | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.80. | WEIGHTS FOR SCALE TESTING | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.81. | COOLERS | $29,041.61 | Net Book Value | $29,041.61 |
| 50.82. | COMPRESSED AIR SYSTEM | $115,817.84 | Net Book Value | $115,817.84 |
| 50.83. | ADDITIONS TO M&E FROM WIP | $222,135.10 | Net Book Value | $222,135.10 |
| 50.84. | BETCHER EQUIPMENT KILL AND CUT | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.85. | MOVE FROM WIP TO M&E | $624,319.21 | Net Book Value | $624,319.21 |
| 50.86. | ADDITIONS TO M&E | $15,751.02 | Net Book Value | $15,751.02 |
| 50.87. | ADDITIONS (MOSTLY M&E) | $1,149,071.20 | Net Book Value | $1,149,071.20 |
| 50.88. | KILL FLOOR EQUIPMENT - OTHER | $49,447.76 | Net Book Value | $49,447.76 |
| 50.89. | MPS RED MEAT SLAUGHTERING | $2,782,450.06 | Net Book Value | $2,782,450.06 |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 50.90. | JARVIS EQUIPMENT | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.91. | HYDRAULIC POWER UNIT | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.92. | AMMONIA REFRIGERATION SYSTEM | $2,582,378.39 | Net Book Value | $2,582,378.39 |
| 50.93. | FABRICATION FLOOR EQUIPMENT - OTHE | $97,039.45 | Net Book Value | $97,039.45 |
| 50.94. | STRAPPING MACHINES | UNDETERMINED | Net Book Value | UNDETERMINED |
| 50.95. | SEALED AIR CRYOVAC MACHINES | $551,622.37 | Net Book Value | $551,622.37 |
| 50.96. | SEALED AIR CRYOVAC ACCESSORIES | $27,600.32 | Net Book Value | $27,600.32 |
| 50.97. | PUMP MOTOR COMBO | $819.17 | Net Book Value | $819.17 |
| 50.98. | PICK HEATER | $0.00 | Net Book Value | UNDETERMINED |
| 50.99. | PEARSON TRAY FORMERS | $181,365.37 | Net Book Value | $181,365.37 |
| 50.100. | AIR CONDITIONER UNITS | $69,056.40 | Net Book Value | $69,056.40 |
| 50.101. | MAREL TOWNSEND SKINNERS | $28,721.82 | Net Book Value | $28,721.82 |
| 50.102. | G.E. LEBLANC - CUT FLOOR EQUIP | $1,501,939.41 | Net Book Value | $1,501,939.41 |
| 50.103. | CW-90X PRINTER | $0.00 | Net Book Value | UNDETERMINED |
| 50.104. | COMPUTER SOFTWARE - OTHER | $0.00 | Net Book Value | UNDETERMINED |
| 50.105. | WERNER RSLOGIX 5000 | $0.00 | Net Book Value | UNDETERMINED |
| 50.106. | TOUGH PADS | $0.00 | Net Book Value | UNDETERMINED |
| 50.107. | MOTOROLA PORTABLE RADIO SYSTEM | $0.00 | Net Book Value | UNDETERMINED |
| 50.108. | LEANLOGISTICS | $0.00 | Net Book Value | UNDETERMINED |
| 50.109. | EMAINT SOFTWARE | $0.00 | Net Book Value | UNDETERMINED |
| 50.110. | AERATION EQUIPMENT | $239,710.26 | Net Book Value | $239,710.26 |
| 50.111. | CAT SQUARED SOFTWARE - OTHER | $0.00 | Net Book Value | UNDETERMINED |
| 50.112. | CAT SQUARED EQUIPMENT | $0.00 | Net Book Value | UNDETERMINED |
| 50.113. | ASSET 4000 | $0.00 | Net Book Value | UNDETERMINED |
| 50.114. | ASPEN CANOPY | $0.00 | Net Book Value | UNDETERMINED |
| 50.115. | COMPUTER SERVERS AND EQUIPMENT | $0.00 | Net Book Value | UNDETERMINED |
| 50.116. | WAREHOUSE - OTHER | $61,701.57 | Net Book Value | $61,701.57 |
| 50.117. | STRETCH WRAPPER - USED | $0.00 | Net Book Value | UNDETERMINED |
| 50.118. | BOILER SYSTEM PROJECT | $928,995.27 | Net Book Value | $928,995.27 |
| 50.119. | SPRINKLER SYSTEM | $370,763.68 | Net Book Value | $370,763.68 |
| 50.120. | SCHWICKERT PROJECTS | $499,091.04 | Net Book Value | $499,091.04 |
| 50.121. | PR20BE2161 COGNEX DM MT READER QTY 2 | $0.00 | Net Book Value | UNDETERMINED |
| 50.122. | PR20BE2161 EMKAT DATAMAX PRINTER QTY 4 | $0.00 | Net Book Value | UNDETERMINED |
| 50.123. | NIJHUIS WASTEWATER TREATMENT | $501,259.60 | Net Book Value | $501,259.60 |
| 50.124. | PR20BE2161 EMKAT TABLETS QTY 18 | $0.00 | Net Book Value | UNDETERMINED |
| 50.125. | PR20BE2161 EMKAT TABLETS 4 | $0.00 | Net Book Value | UNDETERMINED |
| 50.126. | PR20BE2146 IN MOTION LINE #2 | $181,723.37 | Net Book Value | $181,723.37 |
| 50.127. | PR20BE2156 INTERIM BELLY IWP LINE | $87,467.62 | Net Book Value | $87,467.62 |
| 50.128. | CONVEYOR CHAIN MODULE | $25,675.94 | Net Book Value | $25,675.94 |
| 50.129. | PR20BE2161 CROWN LIFTS (5) | $23,412.30 | Net Book Value | $23,412.30 |
| 50.130. | TOTE DUMPER #1 | $3,245.84 | Net Book Value | $3,245.84 |

Debtor  **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 50.131. | TABLE TOP GRINDER #2 | $0.00 | Net Book Value | UNDETERMINED |
| 50.132. | TABLE TOP GRINDER #1 | $0.00 | Net Book Value | UNDETERMINED |
| 50.133. | SHORR STRETCH WRAPPER | $3,450.02 | Net Book Value | $3,450.02 |
| 50.134. | MILLER BEVCO STRAPPING MACHINE | $5,155.88 | Net Book Value | $5,155.88 |
| 50.135. | HVAC UNITS | $127,628.63 | Net Book Value | $127,628.63 |
| 50.136. | STORAGE CONTAINER | $8,619.11 | Net Book Value | $8,619.11 |
| 50.137. | NORTHSTAR SCALE #2 AND ACCESSORIES | $0.00 | Net Book Value | UNDETERMINED |
| 50.138. | NORTHSTAR SCALE #1 AND ACCESSORIES | $0.00 | Net Book Value | UNDETERMINED |
| 50.139. | EMKAT CHINA PRINTER | $0.00 | Net Book Value | UNDETERMINED |
| 50.140. | CHINA HEAD LINE | $6,857.50 | Net Book Value | $6,857.50 |
| 50.141. | CONVEYORS UDE | $4,049.24 | Net Book Value | $4,049.24 |
| 50.142. | CONVEYORS - CHINA PROJ | $46,725.76 | Net Book Value | $46,725.76 |
| 50.143. | 5-ROLL IN LEVEL LOADER | $15,381.68 | Net Book Value | $15,381.68 |
| 50.144. | 2-END CONTROLLED PALLET TRUCKS | $10,445.95 | Net Book Value | $10,445.95 |
| 50.145. | SINGER DUCTWORK FOR EQUIPMENT | $2,624.99 | Net Book Value | $2,624.99 |
| 50.146. | MEZZ PROJECT | $78,964.94 | Net Book Value | $78,964.94 |
| 50.147. | HVAC REPLACEMENT | $4,664.08 | Net Book Value | $4,664.08 |
| 50.148. | WHIZZARD KNIFE SYSTEM | $31,413.75 | Net Book Value | $31,413.75 |
| 50.149. | QA EQUIPMENT FOSS | $57,341.40 | Net Book Value | $57,341.40 |
| 50.150. | FRENCH CUT PROJECT - WHIZZARD KNIF | $3,742.64 | Net Book Value | $3,742.64 |
| 50.151. | ELECTRICAL REMODEL | $3,105,257.53 | Net Book Value | $3,105,257.53 |

**51.**   **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.                          $31,829,714.32

**52.**   **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53.**   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 9:**   **Real property**

**54.**   **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

Debtor    **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.1. _____<br><br>BUILDING IMPROVEMENTS<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $30,573,446.52 | Net Book Value | $30,573,446.52 |
| 55.2. _____<br><br>BUILDING PURCHASE<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $6,408,586.77 | Net Book Value | $6,408,586.77 |
| 55.3. _____<br><br>DUPLEX MOUNTAIN LAKE<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $209,470.46 | Net Book Value | $209,470.46 |
| 55.4. _____<br><br>DUPLEX MT LAKE ADD<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $47,168.50 | Net Book Value | $47,168.50 |
| 55.5. _____<br><br>HEINOLD - FENCE AND PADS TRAILER JC336<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $21,777.23 | Net Book Value | $21,777.23 |
| 55.6. _____<br><br>LAND-VARIOUS PARCELS<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $480,000.00 | Net Book Value | $480,000.00 |
| 55.7. _____<br><br>LAND IMPROVEMENT<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $10,640.30 | Net Book Value | $10,640.30 |
| 55.8. _____<br><br>PARKING LOT UPGRADE<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $145,591.43 | Net Book Value | $145,591.43 |

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **55.** | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | |
| 55.9. _____<br>PEDESTRIAN/PARKING LOT JC472<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $95,884.40 | Net Book Value | $95,884.40 |
| 55.10. _____<br>QA LONG TERM STORAGE<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $31,610.36 | Net Book Value | $31,610.36 |
| 55.11. _____<br>STOCKYARDS - SINGLE USE STRUCTURE<br><br>_____<br>2850 MN-60<br>WINDOM MN 56101 | FEE SIMPLE | $968,127.08 | Net Book Value | $968,127.08 |

**56.** **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.

$38,992,303.05

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☒ Yes

**Part 10:**   **Intangibles and intellectual property**

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| 60.1. TRADEMARK 5699230 | UNDETERMINED | _____ | UNDETERMINED |
| 60.2. TRADEMARK 5588074 | UNDETERMINED | _____ | UNDETERMINED |
| **61.** | **Internet domain names and websites** | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. HYLIFE.COM/WINDOM | UNDETERMINED | Net Book Value | UNDETERMINED |
| 61.2. COMFREYFARMS.COM | UNDETERMINED | Net Book Value | UNDETERMINED |
| **62.** | **Licenses, franchises, and royalties** | | |
| 62.1. _____ | $_____ | _____ | $_____ |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**63.**    **Customer lists, mailing lists, or other compilations**

63.1.    _____    $_____    _____    $_____

**64.**    **Other intangibles, or intellectual property**

64.1.    _____    $_____    _____    $_____

**65.**    **Goodwill**

65.1.    _____    $_____    _____    $_____

**66.**    **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| UNDETERMINED |
|---|

**67.**    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No
☐ Yes

**68.**    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No
☐ Yes

**69.**    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.**    **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1.   _____ | $_____   - | $_____ | = ........ → | $_____ |
| _____ | | | | |

**72.**    **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1.   SEE, GLOBAL NOTES | $_____ | $_____ | | $_____ |

**73.**    **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1.   AIG INSURANCE COMPANY OF CANADA | DIRECTORS & OFFICERS LIABILITY POLICY NO. 06-078-93-37 | _____ | _____ | _____ | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 73.2. | BERKSHIRE HATHAWAY SPECIALTY INSURANCE | DIRECTORS & OFFICERS LIABILITY (EXCESS) POLICY NO. 43-EMC-319574-02 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. | CRESTBROOK INSURANCE COMPANY / NATIONWIDE MUTUAL INSURANCE COMPANY | COMMERCIAL OUTPUT PROPERTY POLICY NO. COP145532A | _____ | _____ | _____ | UNDETERMINED |
| 73.4. | CRESTBROOK INSURANCE COMPANY / NATIONWIDE MUTUAL INSURANCE COMPANY | COMMERCIAL GENERAL LIABILITY POLICY NO. CPP145532A | _____ | _____ | _____ | UNDETERMINED |
| 73.5. | CRESTBROOK INSURANCE COMPANY / NATIONWIDE MUTUAL INSURANCE COMPANY | COMMERCIAL AUTOMOBILE LIABILITY POLICY NO. CPP145532A | _____ | _____ | _____ | UNDETERMINED |
| 73.6. | CRESTBROOK INSURANCE COMPANY / NATIONWIDE MUTUAL INSURANCE COMPANY | UMBRELLA LIABILITY POLICY NO. CU145532A | _____ | _____ | _____ | UNDETERMINED |
| 73.7. | NAVIGATORS INSURANCE COMPANY | EXCESS LIABILITY POLICY NO. CH23EXRZ077Y8IV | _____ | _____ | _____ | UNDETERMINED |
| 73.8. | STARR INDEMNITY & LIABILITY COMPANY | WORKERS' COMPENSATION POLICY NO. 1000004012 | _____ | _____ | _____ | UNDETERMINED |
| 73.9. | LOCKTON COMPANIES LLP | EXCESS DIRECTORS AND OFFICERS AND COMPANY LIABILITY INSURANCE NO. 02-144-27-01 | _____ | _____ | _____ | UNDETERMINED |
| 73.10. | ALLIED WORLD SPECIALTY INSURANCE COMPANY | EXCESS DIRECTORS & OFFICERS LIABILITY INSURANCE NO. 0313-7727 | _____ | _____ | _____ | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

|  | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | _____ | $_____ | $_____ |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

|  | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | _____ | $_____ | $_____ |

**76.**   **Trusts, equitable or future interests in property**

| 76.1. | FUTURE INTERESTS IN PROPERTY | | UNKNOWN |

Debtor  **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

**77.**  **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | MISCELLANEOUS EMPLOYEE ADVANCES | $8,219.92 |
| 77.2. | CONSTRUCTION - WINDRIVER MANURE SYSTEM | $247,569.88 |
| 77.3. | INTACT SURETY - LIVESTOCK DEALER BOND - 905020320 | $1,965,000.00 |
| 77.4. | EMPLOYEE WELFARE NORWOOD INN JC213 | $13,214.22 |
| 77.5. | WELFARE TRAILER JC 213 & 345 | $228,913.61 |
| 77.6. | EMP WELFARE NORWOOD INN JC246 | $199,728.58 |
| 77.7. | WELFARE TRAILER BALANCE JC99 | $266,578.77 |
| 77.8. | INTERCOMPANY RECEIVABLE DUE FROM HYF WINDOM FOR WENNSOFT | $193,843.78 |
| 77.9. | INTERCOMPANY RECEIVABLE DUE FROM HYLIFE FOODS LP | $890,678.99 |
| 77.10. | INTERCOMPANY RECEIVABLE DUE FROM HYLIFE FOODS INTERNATIONAL LTD | $3,201,476.43 |

**78.**  **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.                    $7,215,224.18

**79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☑ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

| **Part 12:** | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $17,271,805.29 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,298,733.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,687,104.15 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $13,785,038.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $91,569.49 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,829,714.32 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................................... → | | $38,992,303.05 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.*                    **+** | $7,215,224.18 | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $85,179,189.41 | **+ 91b.** $38,992,303.05 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $124,171,492.46

---

**Schedule A/B: Assets — Real and Personal Property**

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** HyLife Foods Windom, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 23-10521 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1.**    **Creditor's name and address**

COMPEER FINANCIAL FLCA
1921 PREMIER DRIVE
MANKATO MN 56001

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/7/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

ALL ASSETS AND PERSONAL PROPERTY OF THE DEBTOR WHETHER NOW OWNED AND/OR HEREAFTER ACQUIRED, AND ALL PROCEEDS OF THE FOREGOING

**Describe the lien**

UCC-1 RECORDED 5/7/2020 IN STATE OF MINNESOTA AS DOCUMENT NO. 1158135400026 AND AS AMENDED 6/16/2020 BY DOCUMENT NO. 1158135400026

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent

☒ Unliquidated

☒ Disputed

$69,401,846.00    UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| | |
|---|---|
| **2.2.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

COMPEER FINANCIAL FLCA
1921 PREMIER DRIVE
MANKATO MN 56001

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/7/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

ALL ASSETS AND PERSONAL PROPERTY OF THE DEBTOR WHETHER NOW OWNED AND/OR HEREAFTER ACQUIRED, AND ALL PROCEEDS OF THE FOREGOING   $18,000,000.00   UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 5/7/2020 IN STATE OF MINNESOTA AS DOCUMENT NO. 1158135400026 AND AS AMENDED 6/16/2020 BY DOCUMENT NO. 1158135400026

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

| | |
|---|---|
| **2.3.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

COMPEER FINANCIAL PCA
COMPEER FINANCIAL FLCA
1921 PREMIER DRIVE
MANKATO MN 56001

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/7/2020

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____
   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

ALL ASSETS AND PERSONAL PROPERTY OF THE DEBTOR WHETHER NOW OWNED AND/OR HEREAFTER ACQUIRED, AND ALL PROCEEDS OF THE FOREGOING   $26,000,000.00   UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 5/7/2020 IN STATE OF MINNESOTA AS DOCUMENT NO. 1158135400026 AND AS AMENDED 6/16/2020 BY DOCUMENT NO. 1158135400026

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | |
|---|---|
| **2.4.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

ROBERT REISER AND COMPANY
725 DEDHAM STREET
CANTON MA '02021

**Creditor's email address, if known**

_____

**Date debt was incurred:** 3/15/2022

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

ONE SUPERVAC MODEL GK862B
AUTOMATIC BELT CHAMBER MACHINE    $1,081.58    UNDETERMINED

**Describe the lien**

UCC-1 RECORDED 3/15/2022 IN STATE OF MINNESOTA AS DOCUMENT NO. 1303128801281

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**3.**  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $113,402,927.58

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1.    COMPEER FINANCIAL FLCA<br>PO BOX 4459<br>MANKATO MN 56002 | Line 2.3 | _____ |
| 3.2.    COMPEER FINANCIAL PCA<br>PO BOX 4459<br>MANKATO MN 56002 | Line 2.3 | _____ |
| 3.3.    COMPEER FINANCIAL PCA<br>PO BOX 4459<br>MANKATO MN 56002 | Line 2.1 | _____ |
| 3.4.    COMPEER FINANCIAL PCA<br>PO BOX 4459<br>MANKATO MN 56002 | Line 2.2 | _____ |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

| | | | |
|---|---|---|---|
| 3.5. | ROBERT REISER & COMPANY<br>1549 YORKTON COURT<br>UNIT # 4<br>BURLINGTON, ON L7P 5B7<br>CANADA | Line 2.4 | _____ |
| 3.6. | STINSON LLP<br>ADAM NATHE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.3 | _____ |
| 3.7. | STINSON LLP<br>ADAM NATHE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.1 | _____ |
| 3.8. | STINSON LLP<br>ADAM NATHE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.2 | _____ |
| 3.9. | STINSON LLP<br>ANDREW J GLASNOVICH<br>50 SOUTH SIXTH ST.,STE 2600<br>MINNEAPOLIS MN 55402 | Line 2.3 | _____ |
| 3.10. | STINSON LLP<br>ANDREW J GLASNOVICH<br>50 SOUTH SIXTH ST.,STE 2600<br>MINNEAPOLIS MN 55402 | Line 2.1 | _____ |
| 3.11. | STINSON LLP<br>ANDREW J GLASNOVICH<br>50 SOUTH SIXTH ST.,STE 2600<br>MINNEAPOLIS MN 55402 | Line 2.2 | _____ |
| 3.12. | STINSON LLP<br>EDWIN H CALDIE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.3 | _____ |
| 3.13. | STINSON LLP<br>EDWIN H CALDIE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.1 | _____ |
| 3.14. | STINSON LLP<br>EDWIN H CALDIE<br>50 SOUTH SIXTH STREET<br>SUITE 2600<br>MINNEAPOLIS MN 55402 | Line 2.2 | _____ |
| 3.15. | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Line 2.3 | _____ |
| 3.16. | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Line 2.1 | _____ |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.17. | WOMBLE BOND DICKINSON (US) LLP<br>MATTHEW WARD<br>1313 NORTH MARKET STREET<br>SUITE 1200<br>WILMINGTON DE 19801 | Line 2.2 | _____ |
| 3.18. | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.3 | _____ |
| 3.19. | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.1 | _____ |
| 3.20. | WOMBLE BOND DICKINSON (US) LLP<br>MORGAN L PATTERSON<br>1313 NORTH MARKET ST.,STE 1200<br>WILMINGTON DE 19801 | Line 2.2 | _____ |

**Fill in this information to identify the case:**

Debtor name: HyLife Foods Windom, LLC

United States Bankruptcy Court for the: District of Delaware

Case number (if known): 23-10521

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

2.1. **Priority creditor's name and mailing address**

ABANIL, JEROME
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

2.2. **Priority creditor's name and mailing address**

ABELSON, ERIC
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.3.** **Priority creditor's name and mailing address**

ABRAHAM, FLOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED    **Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.4.** **Priority creditor's name and mailing address**

ABUAN, JEFFREY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED    **Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.5.** **Priority creditor's name and mailing address**

AGUILAR HERNANDEZ, JUAN D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim:** UNDETERMINED    **Priority amount:** UNDETERMINED

**Nonpriority amount:** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.6. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | |

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

AGUILAR HERNANDEZ, RAUL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.7.    **Priority creditor's name and mailing address**

AGUILUZ, MIRNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.8.    **Priority creditor's name and mailing address**

AGUIRRE SIFUENTES, BENITO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.9. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.9.

**Priority creditor's name and mailing address**

AGUIRRE, ELIA L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.10.

**Priority creditor's name and mailing address**

AGUSTIN PELICO, MELISSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.11.

**Priority creditor's name and mailing address**

AGUSTINES, LEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.12. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.12.**

Priority creditor's name and mailing address

ALEMU, AZEB
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.13.**

Priority creditor's name and mailing address

ALFARO MELENDEZ, ANA
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.14.**

Priority creditor's name and mailing address

ALFARO RIOS, JESUS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.15. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALFILER, RAYMUND | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.16. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALFONSO MARTINEZ, SOONER | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.17. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALLEN, NORMAN | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.18. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.18.**

**Priority creditor's name and mailing address**

ALMANZA MARTINEZ, RENATA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.19.**

**Priority creditor's name and mailing address**

ALONSO ROCILLO, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.20.**

**Priority creditor's name and mailing address**

ALONSO TIERRABLANCA, FERNANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.21. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.21.**

**Priority creditor's name and mailing address**

ALVARADO SANCHEZ, JOSUE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.22.**

**Priority creditor's name and mailing address**

ALVAREZ CRUZ, CARLOS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.23.**

**Priority creditor's name and mailing address**

ALVAREZ, CARLOS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

---

| 2.24. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

ALVAREZ, ESMERALDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.25. **Priority creditor's name and mailing address**

ALVAREZ, JOSE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.26. **Priority creditor's name and mailing address**

ALVAREZ, JOSEPH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                              Case number *(if known)* **23-10521**

| 2.27. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVAREZ, MARICELA <br> Address Intentionally Omitted | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.28. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ALVAREZ, SUSANA <br> Address Intentionally Omitted | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.29. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | AMBO, JOSHUA A. <br> Address Intentionally Omitted | ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☑ No <br> ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.30. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.30.
**Priority creditor's name and mailing address**

AMEZCUA, OSCAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.31.
**Priority creditor's name and mailing address**

ANDERSON, BRADLEY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.32.
**Priority creditor's name and mailing address**

ANDERSON, JOSEPH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.33. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ANDERSON, ROBBY R.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.34.    **Priority creditor's name and mailing address**

ANDOH, JANE
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.35.    **Priority creditor's name and mailing address**

ANDRADE GODINEZ, NATALIA D.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.36. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**2.36.** **Priority creditor's name and mailing address**

ANDRADE PANIAGUA, ANA I.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.37.** **Priority creditor's name and mailing address**

ANGEL ARELLANO, ALFREDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.38.** **Priority creditor's name and mailing address**

ANINON, REJAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.39. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

2.39.

**Priority creditor's name and mailing address**

APARICIO HERNANDEZ, DANIELA
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.40.

**Priority creditor's name and mailing address**

ARAUJO IBARRA, FERNANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.41.

**Priority creditor's name and mailing address**

ARCE JIMENEZ, JOSE M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.42. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | | **Priority amount** |
|---|---|---|---|---|---|---|

| 2.42. | **Priority creditor's name and mailing address** AREVALO, FRANKLIN Address Intentionally Omitted | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed | **Total claim** UNDETERMINED | **Priority amount** UNDETERMINED |
|---|---|---|---|---|

**Total claim** — UNDETERMINED  
**Priority amount** — UNDETERMINED  
**Nonpriority amount** — UNDETERMINED

**2.42.**

**Priority creditor's name and mailing address**
AREVALO, FRANKLIN
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.43.**

**Priority creditor's name and mailing address**
AREVALO, LINDA
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** — UNDETERMINED
**Priority amount** — UNDETERMINED
**Nonpriority amount** — UNDETERMINED

---

**2.44.**

**Priority creditor's name and mailing address**
ARINHAKOUNE, TONY
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim** — UNDETERMINED
**Priority amount** — UNDETERMINED
**Nonpriority amount** — UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.45. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|

2.45.   **Priority creditor's name and mailing address**

ARREDONDO, ERICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.46.   **Priority creditor's name and mailing address**

ARROYO CARDOSO, DANIEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.47.   **Priority creditor's name and mailing address**

ASCENCIO WILMES, MYRNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.48. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.48. Priority creditor's name and mailing address**

AUCES, BIANCA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.49. Priority creditor's name and mailing address**

AUNG, TON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.50. Priority creditor's name and mailing address**

AVALOS ANDRADE, JOSE J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.51. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.51.**

**Priority creditor's name and mailing address**

AVALOS SANCHEZ, JOSE G.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.52.**

**Priority creditor's name and mailing address**

AVILA ANDRADE, HELIA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.53.**

**Priority creditor's name and mailing address**

AVILA DIAZ, ELFIDA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.54. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

AVILA FLORES, MARIA D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.55.**

**Priority creditor's name and mailing address**

AVILA FLORES, MARIA R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.56.**

**Priority creditor's name and mailing address**

AVILA HERNANDEZ, EDGAR A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| 2.57. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | AVILA HERNANDEZ, JOSE E. | | | |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

| 2.58. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | AVILA OLVERA, LORENZO | | | |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

| 2.59. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | AVILA RUIZ, MARIA G. | | | |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No <br> ☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 2.60. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.60.** **Priority creditor's name and mailing address**

AVILA ULLOA, BERENICE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.61.** **Priority creditor's name and mailing address**

AYUDTUD, NONEMARK
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.62.** **Priority creditor's name and mailing address**

BAKKEN, LENNY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.63. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | BALTAZAR FELIX, VIRGINIA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.64. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | BARAJAS, ALFREDO<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.65. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | BARRERA CURTIDOR, HUGO<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

**2.66.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

BARRERA GARCIA, GABINO
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | UNDETERMINED | **Priority amount** UNDETERMINED
| **Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.67.** | **Priority creditor's name and mailing address**

BARRERA GARCIA, JUAN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** UNDETERMINED | **Priority amount** UNDETERMINED
| **Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.68.** | **Priority creditor's name and mailing address**

BARRERA, CARLOS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** UNDETERMINED | **Priority amount** UNDETERMINED
| **Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.69. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BARRERA, JESUS<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.70. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BARROSO RAMIREZ, FATIMA SUSANA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.71. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | BARTOLON SEBASTIAN, TERESA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.72. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BASALUA RAMOS JR., ESEQUIEL | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.73. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAUSIN, RENANTE | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| 2.74. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BAUTISTA BURGOS, JUAN | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**2.75.** **Priority creditor's name and mailing address**

BEALL, BRIGITTE
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.76.** **Priority creditor's name and mailing address**

BECERRA VAZQUEZ, ANAYELLI
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.77.** **Priority creditor's name and mailing address**

BENAVIDEZ, MIGUEL
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**    Case number *(if known)* **23-10521**

| 2.78. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.78.**

**Priority creditor's name and mailing address**

BENITEZ RIVERA, JOSE M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.79.**

**Priority creditor's name and mailing address**

BENITEZ, ESTRIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.80.**

**Priority creditor's name and mailing address**

BENSON, VICKIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.81. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BENTSON, EMILY<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.82. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BERMEJO, MARK<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.83. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BERMUDEZ, JESSICA L.<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 2.84. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BERNAL CANTU, JUSTIN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   ACCRUED WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.85. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BERNAL, MARTA | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   ACCRUED WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.86. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BETANCE SOLTERO, MANUEL | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS   ACCRUED WAGES & PTO

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.87. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

BEUKEMA, BRANDI L.
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.88. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

BLOCK, STEVEN
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.89. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

BOCANEGRA BARRERA, JOSUE
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.90. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | BOJOS, JONEL<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.91. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | BONILLA, FRANCISCO<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.92. | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | BONUS, JHONAS<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                                                  Case number *(if known)* **23-10521**

| 2.93. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.93.** **Priority creditor's name and mailing address**

BORGA, ROSEMARIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.94.** **Priority creditor's name and mailing address**

BOTELLO MEZA, JORGE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.95.** **Priority creditor's name and mailing address**

BOTICARIO, LILIBETH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.96. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BOUNMANY, CHANTHALANGSY <br> Address Intentionally Omitted | *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is: *Check all that apply.* ☑ Contingent ☑ Unliquidated ☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.97.**   **Priority creditor's name and mailing address**

BOWERS, CHRISTOPHER
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.98.**   **Priority creditor's name and mailing address**

BREA MARTINEZ, VICENTE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.99. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BRILLER, ARIEL | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No <br> ☐ Yes | | |

| 2.100. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BRIONES, REDEN | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No <br> ☐ Yes | | |

| 2.101. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | BRISENO, BENJAMIN | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No <br> ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.102. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | BROWN, DOMINIQUE | | | |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.103. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | BUNE, WEGEN | | | |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.104. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | BURDEN, SHAWN | | | |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.105. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.105.**

**Priority creditor's name and mailing address**

CABALLERO ARRONA, CLAUDIA I.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.106.**

**Priority creditor's name and mailing address**

CABALLERO MEDINA, LUIS M.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.107.**

**Priority creditor's name and mailing address**

CABALLERO-CENDEJAS, MARIA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                Case number *(if known)* **23-10521**

| 2.108. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.108.**

**Priority creditor's name and mailing address**

CABOTAJE, CROICHE JIM
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.109.**

**Priority creditor's name and mailing address**

CABRERA TAVAREZ, BRAYAN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.110.**

**Priority creditor's name and mailing address**

CABRERA TAVAREZ, ODAVEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 2.111. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CABRERA TORRES, KEVIN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.112. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CACIQUE IBARRA, HERIBERTO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.113. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CADACIO, JOHN NATHANIEL | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|

2.114.    **Priority creditor's name and mailing address**

CAJATE, JAMES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.115.    **Priority creditor's name and mailing address**

CALDERON CABRERA, LUZ M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.116.    **Priority creditor's name and mailing address**

CALDERON FLORES, JULIO C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.117. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.117.** **Priority creditor's name and mailing address**

CALDERON GUTIERREZ, GIOVANNI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.118.** **Priority creditor's name and mailing address**

CALDERON GUTIERREZ, MARIA G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.119.** **Priority creditor's name and mailing address**

CALDERON HERNANDEZ, CESAR R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| 2.120. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CALDERON LOPEZ, MARIA D.<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.121. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CALDERON PINA, JOSE M.<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| 2.122. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CALDERON RAMIREZ, AARON<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.123. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.123.**

**Priority creditor's name and mailing address**

CALDERON VALENZUELA, YERENICK
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.124.**

**Priority creditor's name and mailing address**

CALICDAN, BRYAN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.125.**

**Priority creditor's name and mailing address**

CALIFORNIA FRANCHISE TAX BOARD
PO BOX 942857
SACRAMENTO CA 94257

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 2.126. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.126.  **Priority creditor's name and mailing address**

CAMACHO, RAMON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.127.  **Priority creditor's name and mailing address**

CAMARGO LOPEZ, DONOVAN R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.128.  **Priority creditor's name and mailing address**

CAMPOS MALDONADO, BRAULIO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.129. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.129.** | **Priority creditor's name and mailing address**

CAMPOS MURILLO, ROSARIO S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.130.** | **Priority creditor's name and mailing address**

CAMPOS ROSILLO, IVAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.131.** | **Priority creditor's name and mailing address**

CAMPOS VELAZQUEZ, DIEGO E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.132. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.132.  **Priority creditor's name and mailing address**

CAMPOS VELAZQUEZ, JUAN A.
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.133.  **Priority creditor's name and mailing address**

CAMPOS, CRISTINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.134.  **Priority creditor's name and mailing address**

CANADA, JOAQUIN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.135. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.135. | **Priority creditor's name and mailing address**

CANALES SANCHEZ, YAZMIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.136. | **Priority creditor's name and mailing address**

CANO, RAUL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

2.137. | **Priority creditor's name and mailing address**

CANON, JEFFREY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| **2.138.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**2.138.**

**Priority creditor's name and mailing address**

CANONIZADO, CARLO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.139.**

**Priority creditor's name and mailing address**

CANTERO CARDONA, JOSE B.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.140.**

**Priority creditor's name and mailing address**

CARAPIA MANDUJANO, CINDY L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

| 2.141. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARDENAS PALACIOS, JUAN G.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

Nonpriority amount
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.142. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARDENAS PALACIOS, OSCAR F.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

Nonpriority amount
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.143. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CARDONA LOPEZ, JORGE
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

Nonpriority amount
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.144. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.144.** **Priority creditor's name and mailing address**

CARDOSO ABONCE, NANCI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.145.** **Priority creditor's name and mailing address**

CARDOSO BARRIOS, ANA L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.146.** **Priority creditor's name and mailing address**

CARDOSO CORONA, MARYCRUZ
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| **2.147.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** UNDETERMINED / **Priority amount** UNDETERMINED |

**2.147.**

**Priority creditor's name and mailing address**

CARDOSO PEREZ, ALEJANDRO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.148.**

**Priority creditor's name and mailing address**

CARDOSO SANCHEZ, JOSE C.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.149.**

**Priority creditor's name and mailing address**

CARMEN LOPEZ, SONIA D.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.150. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.150.**

**Priority creditor's name and mailing address**

CARMONA MEDRANO, BRANDON G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.151.**

**Priority creditor's name and mailing address**

CARMONA PATINO, JUAN C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.152.**

**Priority creditor's name and mailing address**

CARPENTIER, SANDRA J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.153. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.153. **Priority creditor's name and mailing address**

CARRERO RUIZ, ALEXIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.154. **Priority creditor's name and mailing address**

CASANOVA, OMAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.155. **Priority creditor's name and mailing address**

CASAS ALVARADO, GUADALUPE V.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| | | |
|---|---|---|

**2.156.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

CASTILLO HERNANDEZ, MARIA S.
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.157.** | **Priority creditor's name and mailing address**

CASTILLO YEPEZ, JOSE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.158.** | **Priority creditor's name and mailing address**

CASTILLO, GABRIELA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.159. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.159.  **Priority creditor's name and mailing address**

CASTRO, ALEXANDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.160.  **Priority creditor's name and mailing address**

CAZARES LARA, ANDRES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.161.  **Priority creditor's name and mailing address**

CAZARES, YOLANDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.162. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CENDEJAS ORDAZ, ARTURO<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.163. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERDA RAMOS, RAMIRO<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.164. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERDA RODRIGUEZ, ROSA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

| 2.165. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERON, ESTRELLA <br> Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.166. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERVANTES GARCIA, JORGE A. <br> Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.167. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CERVANTES GARCIA, MARCO A. <br> Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| 2.168. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CEVERINO HERNANDEZ, ESMERALDO<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.169. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHAKVONG, KAEW<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.170. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CHAKVONG, LATDAVONE<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.171.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**2.171.** **Priority creditor's name and mailing address**

CHAM, CHAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.172.** **Priority creditor's name and mailing address**

CHAMORRO CUBILLE, EDGARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.173.** **Priority creditor's name and mailing address**

CHAMPALATH, ADD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.174. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.174.  **Priority creditor's name and mailing address**

CHAMPALATH, OUDONE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.175.  **Priority creditor's name and mailing address**

CHAVEZ CHAVEZ, ANGEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.176.  **Priority creditor's name and mailing address**

CHAVEZ HERNANDEZ, PEDRO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

**2.177.** **Priority creditor's name and mailing address**

CHAVEZ LULE, ADELA
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.178.** **Priority creditor's name and mailing address**

CHILEL CHAVEZ, HUGO
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.179.** **Priority creditor's name and mailing address**

CIRLOS, KORAYMA
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.180. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.180. **Priority creditor's name and mailing address**

CISNEROS LOPEZ, LUCIANO
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.181. **Priority creditor's name and mailing address**

CISNEROS MAGANA, EMMA C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.182. **Priority creditor's name and mailing address**

CISNEROS ROSAS, MARIELA C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

2.183.  **Priority creditor's name and mailing address**

CLANTON, JACKSON P.
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.184.  **Priority creditor's name and mailing address**

CLARIDAD, JUDY
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.185.  **Priority creditor's name and mailing address**

CLARO, MARC JOSHUA
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| **2.186.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** / **Priority amount** |

**2.186.** | **Priority creditor's name and mailing address**

CLEM, ALLISON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.187.** | **Priority creditor's name and mailing address**

COLLIN, BLAINE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.188.** | **Priority creditor's name and mailing address**

COMEAU, VINTON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.189. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.189.

**Priority creditor's name and mailing address**

CONCEPCION COLON, OSVALDO
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.190.

**Priority creditor's name and mailing address**

CONSTANTINO, WILFREDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.191.

**Priority creditor's name and mailing address**

CONTRERAS DIAZ, FRANCISCO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

| 2.192. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CONTRERAS SANEAUX, ANTONY
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.193. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CONTRERAS SANEAUX, FRANKLIN
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.194. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

CORCHADO, CARLOS
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.195. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.195.** Priority creditor's name and mailing address
CORNEJO CORNEJO, DIEGO
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.196.** Priority creditor's name and mailing address
CORNEJO HERNANDEZ, JOSE A.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.197.** Priority creditor's name and mailing address
CORONA PEREZ, CLAUDIA S.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.198. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.198.**

**Priority creditor's name and mailing address**

CORTES AGUILAR, JOSE A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.199.**

**Priority creditor's name and mailing address**

CORTES GARCIA, JOSE D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.200.**

**Priority creditor's name and mailing address**

COSTALES, JULIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.201. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.201.**

**Priority creditor's name and mailing address**

COTTENWOOD COUNTRY AUDITOR/TREASURER
900 3RD AVE
WINDOM MN 56101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**2.202.**

**Priority creditor's name and mailing address**

CROWELL, JESSE
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**2.203.**

**Priority creditor's name and mailing address**

CRUZ CHAVEZ, LUIS A.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.204. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CRUZ FRIAS, DAVID | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
|---|---|---|---|---|
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.205. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CRUZ SALAS, NAYELI | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
|---|---|---|---|---|
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.206. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | CRUZ SANTANA, ELY Y. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
|---|---|---|---|---|
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.207.** **Priority creditor's name and mailing address**

CUEVAS, JOEL
Address Intentionally Omitted

| | | Total claim | Priority amount |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.208.** **Priority creditor's name and mailing address**

CUNAN, ARLENE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.209.** **Priority creditor's name and mailing address**

DAVILA VEGUILLA, VIVIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.210. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DE JULIAN ARREGUIN, GUSTAVO E. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

| 2.211. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DE LA ROSA, NIEVES | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

| 2.212. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DE LEON CORDERO, ANGEL | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.213. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.213.   **Priority creditor's name and mailing address**

DE SOLA, CANDY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.214.   **Priority creditor's name and mailing address**

DE SOLA, ROMAR S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.215.   **Priority creditor's name and mailing address**

DEL TORO MONDRAGON, GIOVANI F.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.216. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEPOVER, PHILIP A.<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.217. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEQUITO, DARWIN<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.218. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DEQUITO, VANESSA<br>Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.219. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.219.** Priority creditor's name and mailing address

DIAZ CASTRO, JOSE MANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.220.** Priority creditor's name and mailing address

DIAZ HERNANDEZ, MARITZA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.221.** Priority creditor's name and mailing address

DIAZ PETERS, JOCELYN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.222. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DIAZ, ADRIAN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.223. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DIAZ, KEVIN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.224. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DIEGUEZ, LUIS<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.225. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Total claim | Priority amount |
|---|---|---|---|---|
| | DIEGUEZ, PEDRO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | Nonpriority amount |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.226. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Total claim | Priority amount |
|---|---|---|---|---|
| | DILLON, VENETIA A. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | Nonpriority amount |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

| 2.227. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | Total claim | Priority amount |
|---|---|---|---|---|
| | DIMMEL, DEREK TODD | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | Nonpriority amount |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                                   Case number *(if known)* **23-10521**

| 2.228. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DITTMAN, DUSTYNE LYNN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  ACCRUED WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.229. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DIVAS ALCANTARA, SADVIN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  ACCRUED WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.230. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | DOMINGUEZ MARTINEZ, JUAN A. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**     **Basis for the claim:**

VARIOUS                                  ACCRUED WAGES & PTO

**Last 4 digits of account number:**     **Is the claim subject to offset?**

                                         ☑ No

**Specify Code subsection of PRIORITY**  ☐ Yes
**unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |
|---|---|---|---|

**2.231.** **Priority creditor's name and mailing address**

DOMINGUEZ, JESUS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.232.** **Priority creditor's name and mailing address**

DON JUAN GUERRERO, ENRIQUE S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.233.** **Priority creditor's name and mailing address**

DOUGHERTY, SCOTT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| 2.234. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DOVERTE, JAYPEE
Address Intentionally Omitted

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.235. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DUENES, BRENDA
Address Intentionally Omitted

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.236. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

DURAN-ROSAS, ALVARO
Address Intentionally Omitted

UNDETERMINED / UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor  **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.237. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.237.**

**Priority creditor's name and mailing address**

DURON CANEDO, JOSE
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.238.**

**Priority creditor's name and mailing address**

ECHEVARRIA SANTIAGO, CHRISTOPHER
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.239.**

**Priority creditor's name and mailing address**

ECHEVARRIA VELEZ, GUILLERMO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

**2.240.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

*Check all that apply.*

ECKERSON, JERRY
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.241.** **Priority creditor's name and mailing address**

EIRIKSSON, THOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.242.** **Priority creditor's name and mailing address**

ELANGOS, ALADIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.243. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ERVINE, ROGER W. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Priority creditor's name and mailing address**

ERVINE, ROGER W.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.244. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ESCALANTE GONZALEZ, LEYDI | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.245. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ESCAMILLA, BEATRIZ | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.246. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

| 2.246. | Priority creditor's name and mailing address | | Total claim | Priority amount |
|---|---|---|---|---|

**2.246.**

**Priority creditor's name and mailing address**

ESCOBEDO GONZALEZ, PATRICIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.247.**

**Priority creditor's name and mailing address**

ESPARZA, HECTOR J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.248.**

**Priority creditor's name and mailing address**

ESPINOZA, KASSANDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.249. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

**2.249.**

**Priority creditor's name and mailing address**

ESTRELLA AGUILAR, NANCY
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.250.**

**Priority creditor's name and mailing address**

ESTRELLA SOTO, OLAF
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.251.**

**Priority creditor's name and mailing address**

ESTUDILLO CRAVIOTTO, LAURA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

---

2.252. **Priority creditor's name and mailing address**

ETSE, NOAMESSI K.
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | |
| ☑ Disputed | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.253. **Priority creditor's name and mailing address**

EZEQUAL, AUNDREY
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | |
| ☑ Disputed | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.254. **Priority creditor's name and mailing address**

FARBER, ROBERT
Address Intentionally Omitted

| As of the petition filing date, the claim is:<br>*Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | |
| ☑ Disputed | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.255. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.255.   **Priority creditor's name and mailing address**

FARBER, SCOTT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.256.   **Priority creditor's name and mailing address**

FELIX GABRIEL, IMER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.257.   **Priority creditor's name and mailing address**

FELIX, LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| 2.258. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.258.**

**Priority creditor's name and mailing address**

FELIX, RAFINE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.259.**

**Priority creditor's name and mailing address**

FIGUEROA FIGUEROA, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.260.**

**Priority creditor's name and mailing address**

FISSEHAYE, REZENE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| | |
|---|---|
| Debtor    **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

| 2.261. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.261.

**Priority creditor's name and mailing address**

FISSIHA, SENAIT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.262.

**Priority creditor's name and mailing address**

FLORES CARDENAS, ERNESTO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.263.

**Priority creditor's name and mailing address**

FLORES GONZALEZ, JUAN M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.264. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLORES GUTIERREZ, JESUS A. Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.265. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLORES III, JESUS Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.266. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | FLORES MANCERA, ROBERTO Address Intentionally Omitted | | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|

**2.267.** **Priority creditor's name and mailing address**

FLORES VAZQUEZ, JOEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.268.** **Priority creditor's name and mailing address**

FLORES, AMADO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.269.** **Priority creditor's name and mailing address**

FLORES, DEREK
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.270.** | **Priority creditor's name and mailing address**

FLORES, ERNESTO
Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | |
| *Check all that apply.* | |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.271.** | **Priority creditor's name and mailing address**

FLORES, GERMINIA
Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | |
| *Check all that apply.* | |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.272.** | **Priority creditor's name and mailing address**

FLORES, JENNIFER
Address Intentionally Omitted

| | |
|---|---|
| **As of the petition filing date, the claim is:** | |
| *Check all that apply.* | |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

---

2.273. **Priority creditor's name and mailing address**

FLORES, VERONICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.274. **Priority creditor's name and mailing address**

FONSECA HERNANDEZ, LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.275. **Priority creditor's name and mailing address**

FRAUSTO, GERARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor  **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.276. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.276.

**Priority creditor's name and mailing address**

FUENTES PEREZ, JOSE R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.277.

**Priority creditor's name and mailing address**

FUENTES, JUAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.278.

**Priority creditor's name and mailing address**

FUENTES, MELISSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**2.279.** **Priority creditor's name and mailing address**

FUENTES, SANDRA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**2.280.** **Priority creditor's name and mailing address**

G MEDHIN, TILAHUN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**2.281.** **Priority creditor's name and mailing address**

GALER, DUSTAN BRADLEY
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.282. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.282.** | **Priority creditor's name and mailing address**

GALLARDO GARCIA, JOSE S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.283.** | **Priority creditor's name and mailing address**

GALLARDO LAGUNAS, OSCAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.284.** | **Priority creditor's name and mailing address**

GALLEGOS, SUSANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                        Case number *(if known)* **23-10521**

| 2.285. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.285.** **Priority creditor's name and mailing address**

GALVAN RAMIREZ, GILBERTO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.286.** **Priority creditor's name and mailing address**

GALVAN RODRIGUEZ, CARMEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.287.** **Priority creditor's name and mailing address**

GANG, MAKUR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.288.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

GARCIA ALVAREZ, CARLOS
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.289.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

GARCIA AVILA, MARIA S.
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.290.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**

GARCIA CERVANTES, ANTONIO D.
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                             Case number *(if known)* **23-10521**

| 2.291. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.291.**

**Priority creditor's name and mailing address**

GARCIA FLORES, DAVID
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.292.**

**Priority creditor's name and mailing address**

GARCIA GALLARDO, MARIA D.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.293.**

**Priority creditor's name and mailing address**

GARCIA GAMA, VALENTIN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

**2.294.** **Priority creditor's name and mailing address**

GARCIA GARZA, MARIA L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.295.** **Priority creditor's name and mailing address**

GARCIA JR., ORACIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.296.** **Priority creditor's name and mailing address**

GARCIA MENDOZA, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.297. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA ORTEGA, ANGEL A. Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.298. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA PATINO, EDGAR A. Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.299. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GARCIA POCASANGRE, XENIA Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.300.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

GARCIA RODRIGUEZ, ANA S.
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.301.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

GARCIA SAMANO, ROBERTO
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.302.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

GARCIA SANTOYO, DANIEL
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**2.303.**    **Priority creditor's name and mailing address**

GARCIA SIFUENTES, DIANA
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.304.**    **Priority creditor's name and mailing address**

GARCIA VAZQUEZ, FATIMA M.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.305.**    **Priority creditor's name and mailing address**

GARCIA ZETINO, PAULINA
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.306. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.306.  **Priority creditor's name and mailing address**

GARCIA, BRANDON
Address Intentionally Omitted

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.307.  **Priority creditor's name and mailing address**

GARCIA, CATHERIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.308.  **Priority creditor's name and mailing address**

GARCIA, JENNIFER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

---

**2.309.** **Priority creditor's name and mailing address**

GARCILITA MARTINEZ, MARIA G.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.310.** **Priority creditor's name and mailing address**

GARCILITA MARTINEZ, SERGIO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.311.** **Priority creditor's name and mailing address**

GARZA DZIB, JOSE J.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.312.** **Priority creditor's name and mailing address**

GARZA, CRYSTAL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**2.313.** **Priority creditor's name and mailing address**

GARZA, JUSTIN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**2.314.** **Priority creditor's name and mailing address**

GASCA MARTINEZ, PEDRO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |

**2.315.** **Priority creditor's name and mailing address**

GEBREMARIAM, AYNETA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.316.** **Priority creditor's name and mailing address**

GEBREYESUS, ABADI
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.317.** **Priority creditor's name and mailing address**

GENDREAU, ERIC
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 2.318. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.318.** **Priority creditor's name and mailing address**

GEORGE, JEREMY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.319.** **Priority creditor's name and mailing address**

GERREN, LIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.320.** **Priority creditor's name and mailing address**

GIL, AXLEJAMDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 2.321. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

2.321.
**Priority creditor's name and mailing address**
GLATZ, JAMIE
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.322.
**Priority creditor's name and mailing address**
GOCHOCO, FORTDAD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.323.
**Priority creditor's name and mailing address**
GODINEZ, LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.324.** 

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

GOMEZ GONZALEZ, MILVIA B.
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.325.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

GOMEZ TORRES, KEVIN
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.326.**

| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

GOMEZ VAZQUEZ, SERGIO
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim:** UNDETERMINED

**Priority amount:** UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.327. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GOMEZ, SANDRA | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☒ No
     ☐ Yes

| 2.328. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALES, CONNIE | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☒ No
     ☐ Yes

| 2.329. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALES, DALTON | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)    ☒ No
     ☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

---

| 2.330. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.330.**

**Priority creditor's name and mailing address**

GONZALES, ERIKA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.331.**

**Priority creditor's name and mailing address**

GONZALEZ CASTELANO, JOSE C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.332.**

**Priority creditor's name and mailing address**

GONZALEZ CRUZ, EDUARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

**2.333.** **Priority creditor's name and mailing address**

GONZALEZ ESPINOZA, ISRAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.334.** **Priority creditor's name and mailing address**

GONZALEZ FLORES, LETICIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.335.** **Priority creditor's name and mailing address**

GONZALEZ LOPEZ, JOSE J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.336. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.336.   **Priority creditor's name and mailing address**

GONZALEZ MALDONADO, ELIANIB
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.337.   **Priority creditor's name and mailing address**

GONZALEZ MORALES, LUDWIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.338.   **Priority creditor's name and mailing address**

GONZALEZ MORENO, XOCHITL I.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                               Case number *(if known)* **23-10521**

---

2.339.  **Priority creditor's name and mailing address**

GONZALEZ RODRIGUEZ, MA ESTHELA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.340.  **Priority creditor's name and mailing address**

GONZALEZ TORRES, JONATHAN EMMANUEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

2.341.  **Priority creditor's name and mailing address**

GONZALEZ TOVAR, ESPERANZA S.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.342. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GONZALEZ, JAMIE | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.343. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GOZUM, BREN | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.344. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRABOW, NEIL | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.345. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRACIDA ESPINOZA, CARMEN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.346. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRANADOS GARCIA, ROSA I. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.347. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRANJENO DEL AGUILA, LUIS E. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.348. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRANUM, SIDNEY J. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.349. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GREEN, LANNY | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.350. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | GRIEGO, JONATHAN | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

2.351.   **Priority creditor's name and mailing address**

GROVE, BRANDI
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.352.   **Priority creditor's name and mailing address**

GRUNEWALD, KATHY
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.353.   **Priority creditor's name and mailing address**

GUERRA FERNANDEZ, EDUARDO J.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.354. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

GUERRA FERNANDEZ, JUAN D.
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.355.   **Priority creditor's name and mailing address**

GUERRERO BRITO, PEDRO L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.356.   **Priority creditor's name and mailing address**

GUEVARA, STEPHANIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                                                    Case number *(if known)* **23-10521**

---

2.357.  **Priority creditor's name and mailing address**

GUIJON ARREOLA, ANGELES J.
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.358.  **Priority creditor's name and mailing address**

GUIJON ARREOLA, JOSE D.
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.359.  **Priority creditor's name and mailing address**

GUILAVOGUI, ERICK F.
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|

**2.360.** **Priority creditor's name and mailing address**

GUILLEN DE RODRIGUEZ, MONICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.361.** **Priority creditor's name and mailing address**

GUNJI, KOHTA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.362.** **Priority creditor's name and mailing address**

GUTIERREZ, LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

**2.363.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| GUZMAN TIRADO, JOSE C. | ☑ Contingent | | |
| Address Intentionally Omitted | ☑ Unliquidated | **Nonpriority amount** | |
| | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.364.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| GUZMAN VILLEGAS, LILIA | ☑ Contingent | | |
| Address Intentionally Omitted | ☑ Unliquidated | **Nonpriority amount** | |
| | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.365.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|
| | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| HAMILTON, SHRESEA | ☑ Contingent | | |
| Address Intentionally Omitted | ☑ Unliquidated | **Nonpriority amount** | |
| | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

---

| 2.366. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.366.  **Priority creditor's name and mailing address**

HENRY, DYLAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.367.  **Priority creditor's name and mailing address**

HERNANDES, LESLIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.368.  **Priority creditor's name and mailing address**

HERNANDEZ AVILA, MARIA T.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

**2.369.** **Priority creditor's name and mailing address**

HERNANDEZ CABALLERO, JOSE I.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | Nonpriority amount |
| ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.370.** **Priority creditor's name and mailing address**

HERNANDEZ CABALLERO, JUAN A.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | Nonpriority amount |
| ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.371.** **Priority creditor's name and mailing address**

HERNANDEZ CHAVEZ, JONATHAN
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| ☑ Contingent | UNDETERMINED | UNDETERMINED |
| ☑ Unliquidated | | Nonpriority amount |
| ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.372. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.372. **Priority creditor's name and mailing address**

HERNANDEZ FIGUEROA, KATIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.373. **Priority creditor's name and mailing address**

HERNANDEZ GUTIERREZ, ALBERTO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.374. **Priority creditor's name and mailing address**

HERNANDEZ HERNANDEZ, MIRIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.375. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ HUERTA, JONATHAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.376. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ JR, EDWARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.377. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

HERNANDEZ LULE, DANIEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |
| | | **Nonpriority amount** |
| | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.378. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |
| | HERNANDEZ LULE, JORGE L. | | |
| | Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.379. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |
| | HERNANDEZ MEJIA, VICTOR D. | | |
| | Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.380. | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |
| | HERNANDEZ RAMOS, JOSE A. | | |
| | Address Intentionally Omitted | | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.381. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.381.** | **Priority creditor's name and mailing address**

HERNANDEZ ROBLEDO, VALERIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.382.** | **Priority creditor's name and mailing address**

HERNANDEZ ROCHA, SARA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

---

**2.383.** | **Priority creditor's name and mailing address**

HERNANDEZ SANCHEZ, CESAR A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.384. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

HERNANDEZ ULLOA, EDGAR D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.385.   **Priority creditor's name and mailing address**

HERNANDEZ VAZQUEZ, HUMBERTO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.386.   **Priority creditor's name and mailing address**

HERNANDEZ VEGA, MABEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.387. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.387.** **Priority creditor's name and mailing address**

HERNANDEZ, ALMA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.388.** **Priority creditor's name and mailing address**

HERNANDEZ, ANDREA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.389.** **Priority creditor's name and mailing address**

HERNANDEZ, CHRIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| 2.390. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.390.   **Priority creditor's name and mailing address**

HERNANDEZ, EFREN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.391.   **Priority creditor's name and mailing address**

HERNANDEZ, GEORGE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.392.   **Priority creditor's name and mailing address**

HERNANDEZ, JESUS J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

2.393. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

**Priority creditor's name and mailing address**

HERNANDEZ, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.394. **Priority creditor's name and mailing address**

HERNANDEZ, KARLA M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.395. **Priority creditor's name and mailing address**

HERNANDEZ, LUDIVINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 2.396. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | HERRERA DE CASTILLO, SONIA | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.397.    **Priority creditor's name and mailing address**

HERRERA, ROSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.398.    **Priority creditor's name and mailing address**

HESER, HUNTER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.399. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

| 2.399. | **Priority creditor's name and mailing address**<br>HILL, KARLEE<br>Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.400. | **Priority creditor's name and mailing address**<br>HTOO, POE<br>Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.401. | **Priority creditor's name and mailing address**<br>HURTADO RUIZ, ANGELICA M.<br>Address Intentionally Omitted | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | **Total claim**<br>UNDETERMINED | **Priority amount**<br>UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.402. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.402.** **Priority creditor's name and mailing address**

HURTADO RUIZ, MARIA D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.403.** **Priority creditor's name and mailing address**

HURTADO RUIZ, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.404.** **Priority creditor's name and mailing address**

HUSABOE, DAPHNE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.405.** **Priority creditor's name and mailing address**

IBARRA DELGADO, RICARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.406.** **Priority creditor's name and mailing address**

IBARRA LULE, AMELIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.407.** **Priority creditor's name and mailing address**

IBARRA TORRES, SAMUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| 2.408. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.408.
**Priority creditor's name and mailing address**

IGNALIG, GERTROD
Address Intentionally Omitted

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.409.
**Priority creditor's name and mailing address**

JACINTO MORALES, JOSE
Address Intentionally Omitted

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.410.
**Priority creditor's name and mailing address**

JAIME ANDRADE, MARIA G.
Address Intentionally Omitted

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.411. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

2.411.

JIMENEZ FLORES, VICTOR M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.412.

**Priority creditor's name and mailing address**

JIMENEZ GUTIERREZ, BLANCA V.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.413.

**Priority creditor's name and mailing address**

JIMENEZ HERNANDEZ, HECTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| 2.414. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.414.

**Priority creditor's name and mailing address**

JIMENEZ NUNEZ, MARIO C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.415.

**Priority creditor's name and mailing address**

JIMENEZ OROZCO, EMILY R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.416.

**Priority creditor's name and mailing address**

JIMENEZ ORTEGA, JENIFFER M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.417. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

2.417.   **Priority creditor's name and mailing address**

JIMENEZ RAMIREZ, JUAN ALBERTO
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.418.   **Priority creditor's name and mailing address**

JIMENEZ, CESAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.419.   **Priority creditor's name and mailing address**

JIMENEZ, DORA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
| --- | --- | --- |

| 2.420. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.420.**

Priority creditor's name and mailing address

JIMENEZ, JESSICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

**2.421.**

Priority creditor's name and mailing address

JOHNSON, MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

---

**2.422.**

Priority creditor's name and mailing address

JUAREZ ADAME, MA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.423. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.423.

**Priority creditor's name and mailing address**

JUAREZ FLORES, JESUS F.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.424.

**Priority creditor's name and mailing address**

JUAREZ MEJIA, ANIBAL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.425.

**Priority creditor's name and mailing address**

JUAREZ, ARMANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**2.426.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---
| JUAREZ, CRYSTAL | | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | |

**2.427.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---
| JUNTILLA, JONNAR | | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | |

**2.428.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---
| JURADO AQUINO, DIEGO I. | | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.429. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | JURGENS, BRADY<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.430. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KATOSANG, KAYLA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 2.431. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KEBEKOL, ALLEN<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.432. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.432.

**Priority creditor's name and mailing address**

KESTER, MICHAEL B.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.433.

**Priority creditor's name and mailing address**

KHONOPCHANU, LARYSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.434.

**Priority creditor's name and mailing address**

KLEVE, ERIC
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.435. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KNICKREHM, STEPHEN C. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                 ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.436. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KRUMBACH, JORDEN L. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                 ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

| 2.437. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | KUE, MUE | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                 ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)   ☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.438. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.438. Priority creditor's name and mailing address**
KUOL, PETER
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED
**Priority amount** UNDETERMINED
**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.439. Priority creditor's name and mailing address**
KYLE LOGAN
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED
**Priority amount** UNDETERMINED
**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.440. Priority creditor's name and mailing address**
LABIS, KELVIN
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED
**Priority amount** UNDETERMINED
**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.441.** | **Priority creditor's name and mailing address**
LABRA, VINCENT J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.442.** | **Priority creditor's name and mailing address**
LACUESTA, ALLEA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.443.** | **Priority creditor's name and mailing address**
LAGGI, KUNDI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.444. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LAGOS, GRACE<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.445. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LAGUNAS CANTERO, LUCILA<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.446. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | LAH DEW, SAWSTEPHEN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.447. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LAO QUINONES, JUAN<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.448. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LARA CALDERON, SILVIA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.449. | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | LARA SILVA, JOSE SALUD<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | Nonpriority amount |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.450. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | | | UNDETERMINED | UNDETERMINED |

**2.450.**

**Priority creditor's name and mailing address**

LARROCA, MICHAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.451.**

**Priority creditor's name and mailing address**

LAZARO, JAYPEE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.452.**

**Priority creditor's name and mailing address**

LEAL, ALYSSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.453. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.453.** 

**Priority creditor's name and mailing address**

LEBRON CERDA, MAURICIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.454.**

**Priority creditor's name and mailing address**

LEE, ALYSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.455.**

**Priority creditor's name and mailing address**

LEGASPI, MARK JOSEPH C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |
|---|---|---|---|

**2.456.** **Priority creditor's name and mailing address**

LENSING, JESSICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.457.** **Priority creditor's name and mailing address**

LEON MALDONADO, HUGO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**2.458.** **Priority creditor's name and mailing address**

LERION, AVELJUN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **2.459.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**2.459.** 

**Priority creditor's name and mailing address**

LERMA JR, MIGUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.460.**

**Priority creditor's name and mailing address**

LEZAMA LOPEZ, FELIPE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.461.**

**Priority creditor's name and mailing address**

LINARES, JOSUE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.462. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.462.

**Priority creditor's name and mailing address**

LOE GARCIA, JUAN RAMON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.463.

**Priority creditor's name and mailing address**

LOHSE, DOUGLAS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.464.

**Priority creditor's name and mailing address**

LOKIAR, POCAHONTAS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**2.465.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
--- | --- | --- | --- | ---

| | | *Check all that apply.* | |

2.465.
**Priority creditor's name and mailing address**
LOPEZ ADORNO, EMANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.466.
**Priority creditor's name and mailing address**
LOPEZ BAUTISTA, LEONARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.467.
**Priority creditor's name and mailing address**
LOPEZ CASAS, ANDREA G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.468. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.468.  **Priority creditor's name and mailing address**

LOPEZ CASTRO, CESAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.469.  **Priority creditor's name and mailing address**

LOPEZ GARCIA, ANDRES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.470.  **Priority creditor's name and mailing address**

LOPEZ GARCIA, VICTOR H.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.471. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.471.

**Priority creditor's name and mailing address**

LOPEZ GOMEZ, BRENDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.472.

**Priority creditor's name and mailing address**

LOPEZ JR, HERBERT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.473.

**Priority creditor's name and mailing address**

LOPEZ LOPEZ, JOSE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.474. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.474. **Priority creditor's name and mailing address**

LOPEZ MIRANDA, MARIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.475. **Priority creditor's name and mailing address**

LOPEZ MORENO, CLAUDIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.476. **Priority creditor's name and mailing address**

LOPEZ OROZCO, MAYNOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

**2.477.** **Priority creditor's name and mailing address**

LOPEZ RAMOS, BERSAIN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
| --- |
| UNDETERMINED |

**2.478.** **Priority creditor's name and mailing address**

LOPEZ RAMOS, JUAN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
| --- |
| UNDETERMINED |

**2.479.** **Priority creditor's name and mailing address**

LOPEZ RIVERA, MARIA G.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
| --- | --- |
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
| --- |
| UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|

**2.480.** **Priority creditor's name and mailing address**

LOPEZ RODRIGUEZ, JUAN C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.481.** **Priority creditor's name and mailing address**

LOPEZ RODRIGUEZ, OMAR J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.482.** **Priority creditor's name and mailing address**

LOPEZ, ASHLEY M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.483. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.483.**

**Priority creditor's name and mailing address**

LOPEZ, BRYAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.484.**

**Priority creditor's name and mailing address**

LOPEZ, MISAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.485.**

**Priority creditor's name and mailing address**

LOPEZ, NICEFORO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.486. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| LOPEZ, SELENA | UNDETERMINED | UNDETERMINED |
| Address Intentionally Omitted | | |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| 2.487. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| LORA SANCHEZ, ERNESTO | UNDETERMINED | UNDETERMINED |
| Address Intentionally Omitted | | |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)      ☐ Yes

---

| 2.488. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| LOUANGSAPHAKDY, BOUALAPHA | UNDETERMINED | UNDETERMINED |
| Address Intentionally Omitted | | |

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS      ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)      ☐ Yes

Debtor **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.489. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.489.** **Priority creditor's name and mailing address**

LOZANO LOPEZ, YOLANDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.490.** **Priority creditor's name and mailing address**

LOZANO, BENJEMIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.491.** **Priority creditor's name and mailing address**

LOZANO, YNTI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| 2.492. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.492.** **Priority creditor's name and mailing address**

LUCAS JR, STEVEN
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.493.** **Priority creditor's name and mailing address**

LUCIO, MELISSA
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.494.** **Priority creditor's name and mailing address**

LULE AMEZQUITA, LUIS G.
Address Intentionally Omitted

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

| 2.495. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.495.

**Priority creditor's name and mailing address**

LULE CAMARGO, IGNACIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.496.

**Priority creditor's name and mailing address**

LULE CHAVEZ, SAMUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.497.

**Priority creditor's name and mailing address**

LULE GARCIA, JOSE DE JESUS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 2.498. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LULE GONZALEZ, LUIS ANTONIO
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.499. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LULE MUNIZ, CARLOS FRANCISCO F.
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.500. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LULE SERRANO, MARIA D.
Address Intentionally Omitted

☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.501. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

LULE SERRATO, LUIS A.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.502.   **Priority creditor's name and mailing address**

LUNA JIMENEZ, JESUS A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.503.   **Priority creditor's name and mailing address**

LUNA RODRIGUEZ, DAVID A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.504. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.504.** 
**Priority creditor's name and mailing address**

LUNA, ALBERTO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.505.**
**Priority creditor's name and mailing address**

MACIAS CASTANEDA, HERMELINDA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.506.**
**Priority creditor's name and mailing address**

MACIN MENDOZA, ANA MARIA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.507. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.507.** **Priority creditor's name and mailing address**

MADRID HERNANDEZ, LUIS C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.508.** **Priority creditor's name and mailing address**

MADRID, VERONICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.509.** **Priority creditor's name and mailing address**

MAHARAJ, DANVIR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                                              Case number *(if known)* **23-10521**

| 2.510. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAHARAJ, SUDHA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.511. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MALDONADO ESTRADA, DAMIAN<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

| 2.512. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MALDONADO GALLARDO, ELISA VET<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | | | |

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.513. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|--------|--------|--------|--------|--------|

2.513. | **Priority creditor's name and mailing address**

MALDONADO VARGAS, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|--------|--------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.514. | **Priority creditor's name and mailing address**

MALDONADO, CYNTHIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|--------|--------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.515. | **Priority creditor's name and mailing address**

MALDONADO, JAVIER D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|--------|--------|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

2.516.  **Priority creditor's name and mailing address**

MALENA, STONEY
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.517.  **Priority creditor's name and mailing address**

MANCERA RODRIGUEZ, FERNANDA
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.518.  **Priority creditor's name and mailing address**

MANDUJANO GALLARDO, LUIS A.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.519. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.519. **Priority creditor's name and mailing address**

MARAS, CHERI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.520. **Priority creditor's name and mailing address**

MARMOLEJO RODRIGUEZ, PABLO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.521. **Priority creditor's name and mailing address**

MARRERO GOMEZ, GISELL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

---

**2.522.** **Priority creditor's name and mailing address**

MARTINEZ ALVAREZ, SALVADOR N.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.523.** **Priority creditor's name and mailing address**

MARTINEZ BURGOS, RICHARD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.524.** **Priority creditor's name and mailing address**

MARTINEZ DOMINGUEZ, HUGO EMMANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.525. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MARTINEZ GARCIA, JOSE G.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.526. | **Priority creditor's name and mailing address** |
|---|---|

MARTINEZ GARCIA, LUIS DAVID
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.527. | **Priority creditor's name and mailing address** |
|---|---|

MARTINEZ JR., FRANCISCO
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.528. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ JR., ROBERT<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.529. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ LOPEZ, GERARDO<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.530. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ LOPEZ, JESUS E.<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.531. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ MACIAS, EDWIN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.532. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ NAVA, PILAR<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.533. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ PANIAGUA, MARIO<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

| 2.534. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.534.** **Priority creditor's name and mailing address**

MARTINEZ PAREDES, MANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.535.** **Priority creditor's name and mailing address**

MARTINEZ PATINO, ALMA R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.536.** **Priority creditor's name and mailing address**

MARTINEZ PEREZ, ISRAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 2.537. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.537.**

**Priority creditor's name and mailing address**

MARTINEZ RAMOS, FERNANDO D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.538.**

**Priority creditor's name and mailing address**

MARTINEZ RAMOS, MONTSERRAT GUADALUPE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.539.**

**Priority creditor's name and mailing address**

MARTINEZ RETENIA, ROGELIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**2.540.**   **Priority creditor's name and mailing address**

MARTINEZ RODRIGUEZ, JOSE F.
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.541.**   **Priority creditor's name and mailing address**

MARTINEZ RUIZ, LORENA
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.542.**   **Priority creditor's name and mailing address**

MARTINEZ SAMANO, PALOMO
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.543. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ SERRANO, MARIANA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.544. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ VALENTIN, RAMON<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.545. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MARTINEZ, ALEX<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.546. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.546.**

**Priority creditor's name and mailing address**

MARTINEZ, AMANDA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.547.**

**Priority creditor's name and mailing address**

MARTINEZ, ELOY
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

**2.548.**

**Priority creditor's name and mailing address**

MATA ESQUEDA, JOSE
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.549. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MATOS CASTILLO, CARLOS<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.550. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MATURINO MARTINEZ, JESUS EDUARDO<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.551. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAU, TYLER<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**    **Basis for the claim:**

VARIOUS    ACCRUED WAGES & PTO

**Last 4 digits of account number:**    **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                                        Case number *(if known)* **23-10521**

| 2.552. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAUNG, MYINT<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.553. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAUNG, WIN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.554. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MAYORGA-RETA, CRISTOBAL<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                                 Case number *(if known)* **23-10521**

| 2.555. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCGUIRE, DARIN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.556. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MCPHERSON, LORNA<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.557. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MEDINA MALDONADO, CRISTIAN<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| 2.558. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.558.   **Priority creditor's name and mailing address**

MEDINA MALDONADO, EMANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.559.   **Priority creditor's name and mailing address**

MEDINA MALDONADO, EZEQUIEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.560.   **Priority creditor's name and mailing address**

MEDINA MALDONADO, MARCO ARTURO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.561. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.561. | **Priority creditor's name and mailing address**

MEDINA MEDINA, ANA BERTA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** — UNDETERMINED

**Priority amount** — UNDETERMINED

**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.562. | **Priority creditor's name and mailing address**

MEJA, TAGEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** — UNDETERMINED

**Priority amount** — UNDETERMINED

**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

2.563. | **Priority creditor's name and mailing address**

MEJIA AVILA, JORGE LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** — UNDETERMINED

**Priority amount** — UNDETERMINED

**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.564. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.564.** **Priority creditor's name and mailing address**

MEJIA MEDINA, JULIO C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.565.** **Priority creditor's name and mailing address**

MELENDEZ CABALLERO, MARIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.566.** **Priority creditor's name and mailing address**

MELENDEZ FLORES, CRISTINO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 2.567. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MELENDEZ MALDONADO, JOSHNIEL | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:**11 U.S.C. § 507(a) (4) ☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.568. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MELON, DIO V. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:**11 U.S.C. § 507(a) (4) ☐ Yes

| | | | | |
|---|---|---|---|---|
| 2.569. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| | MENDEZ VAZQUEZ, YESSICA | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | **Nonpriority amount** | |
| | | ☑ Disputed | UNDETERMINED | |

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCRUED WAGES & PTO

**Last 4 digits of account number:**      **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**   ☑ No
**unsecured claim:**11 U.S.C. § 507(a) (4) ☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 2.570. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.570.

**Priority creditor's name and mailing address**

MENDOZA, YOEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.571.

**Priority creditor's name and mailing address**

MERCADO RUIZ, MARIA T.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.572.

**Priority creditor's name and mailing address**

MEREP, LYNN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.573.** | **Priority creditor's name and mailing address**

MEYERAAN, NICOLE
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.574.** | **Priority creditor's name and mailing address**

MILLER, MAISON
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.575.** | **Priority creditor's name and mailing address**

MINNESOTA DEPARTMENT OF REVENUE
600 ROBERTS ST N
ST PAUL MN 55101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

TAXES

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                             Case number *(if known)* **23-10521**

| 2.576. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MIRABALLES, ROLAND | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.577. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MIRANDA AGUSTIN, RUDY | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

| 2.578. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MIRANDA ARIAS, FATIMA D. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☑ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                              Case number *(if known)* **23-10521**

| 2.579. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.579.**

**Priority creditor's name and mailing address**

MIRANDA MARTINEZ, JESUS
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.580.**

**Priority creditor's name and mailing address**

MIRANDA TIERRABLANCA, FERNANDO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.581.**

**Priority creditor's name and mailing address**

MOCTAZUMA, MICHELLE
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

2.582.  **Priority creditor's name and mailing address**

MOGERE, JOHN
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.583.  **Priority creditor's name and mailing address**

MOHR, JOSEPH
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.584.  **Priority creditor's name and mailing address**

MOLINA CASAS, PEDRO
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

| 2.585. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MOLINA ESCAMILLA, SANDRA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.586.   **Priority creditor's name and mailing address**

MOLINA LOPEZ, JUANA KARINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** | **Priority amount**

UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.587.   **Priority creditor's name and mailing address**

MONROY LOPEZ, LUIS ENRIQUE E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** | **Priority amount**

UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.588. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MONTANO CARRANZA, MORELIA | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | | | |
| | VARIOUS | **Basis for the claim:** | | |
| | | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.589. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MONTANO MARMOLEJO, MAURICIO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | | | |
| | VARIOUS | **Basis for the claim:** | | |
| | | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

| 2.590. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | MONTANO MORENO, LUIS E. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |
| | **Date or dates debt was incurred** | | | |
| | VARIOUS | **Basis for the claim:** | | |
| | | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | | |
| | | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

2.591.   **Priority creditor's name and mailing address**

MONTELLANO, SAMUEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.592.   **Priority creditor's name and mailing address**

MONTERDE, RAFAEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.593.   **Priority creditor's name and mailing address**

MONTIEL, GILBERT
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

2.594.    **Priority creditor's name and mailing address**

MONTOYA MARTINEZ, JUAN DIEGO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| **Nonpriority amount** | |
| | UNDETERMINED |

---

2.595.    **Priority creditor's name and mailing address**

MOON, SER N.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| **Nonpriority amount** | |
| | UNDETERMINED |

---

2.596.    **Priority creditor's name and mailing address**

MORALES GARCIA, LEONARDO A.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| **Nonpriority amount** | |
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

**2.597.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
*Check all that apply.*

MORALES MARTIN, BLANCA
Address Intentionally Omitted

UNDETERMINED   UNDETERMINED

☑ Contingent
☑ Unliquidated                                                    **Nonpriority amount**
☑ Disputed
UNDETERMINED

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ACCRUED WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.598.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
*Check all that apply.*

MORALES MARTINEZ, MARIA F.
Address Intentionally Omitted

UNDETERMINED   UNDETERMINED

☑ Contingent
☑ Unliquidated                                                    **Nonpriority amount**
☑ Disputed
UNDETERMINED

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ACCRUED WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.599.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
*Check all that apply.*

MORALES OLGUIN, GERARDO
Address Intentionally Omitted

UNDETERMINED   UNDETERMINED

☑ Contingent
☑ Unliquidated                                                    **Nonpriority amount**
☑ Disputed
UNDETERMINED

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                    ACCRUED WAGES & PTO

**Last 4 digits of account number:**       **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**    ☑ No
**unsecured claim:** 11 U.S.C. § 507(a) (4)  ☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.600.** | **Priority creditor's name and mailing address**

MORALES ORTIZ, ABIGAIL
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.601.** | **Priority creditor's name and mailing address**

MORALES SERRATO, ESTEFANIA
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.602.** | **Priority creditor's name and mailing address**

MORALES, JUAN
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                              Case number *(if known)* **23-10521**

| 2.603. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.603.**

**Priority creditor's name and mailing address**

MORENO CRUZ, EMMANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.604.**

**Priority creditor's name and mailing address**

MORENO GONZALEZ, BLANCA E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.605.**

**Priority creditor's name and mailing address**

MORENO, MARTIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.606. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | MORTEJO, EL ANDREW SOFIO III<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.607. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
MOSTIERA, LEVIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.608.**

**Priority creditor's name and mailing address**
MUNGUIA VIDAL, DIEGO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                                   Case number *(if known)* **23-10521**

| | | |
|---|---|---|

**2.609.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

MUNGUIA VIDAL, FRANCISCO
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.610.** | **Priority creditor's name and mailing address**

MUNGUIA, BRIANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

**2.611.** | **Priority creditor's name and mailing address**

MUNIZ MARTINEZ, JUANITA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.612. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.612.   **Priority creditor's name and mailing address**

MUNOZ CANALES, JERSSON
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.613.   **Priority creditor's name and mailing address**

MURILLO ESCAMILLA, JAIRO S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.614.   **Priority creditor's name and mailing address**

MURILLO MANRIQUEZ, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                   Case number *(if known)* **23-10521**

| 2.615. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MURILLO QUIROGA, ALBA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.616. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MURILLO, JAIME
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.617. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

MURILLO, SALVADOR
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

2.618.  **Priority creditor's name and mailing address**

NACE, DONALD
Address Intentionally Omitted

| Total claim | | Priority amount |
|---|---|---|
| UNDETERMINED | | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.619.  **Priority creditor's name and mailing address**

NAJERA RUIZ, STACY
Address Intentionally Omitted

| Total claim | | Priority amount |
|---|---|---|
| UNDETERMINED | | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.620.  **Priority creditor's name and mailing address**

NAUMANN, KAYLEE
Address Intentionally Omitted

| Total claim | | Priority amount |
|---|---|---|
| UNDETERMINED | | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **HyLife Foods Windom, LLC**                                                 Case number *(if known)* **23-10521**

| 2.621. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NAVA MOSQUEDA, PABLO | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | |
| | | ☑ Disputed | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.622. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NAXAY, DUANGCHANH | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | |
| | | ☑ Disputed | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.623. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NEGRON RIVERA, OMAR | ☑ Contingent | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Unliquidated | | |
| | | ☑ Disputed | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.624. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.624. **Priority creditor's name and mailing address**

NEIRA, KEVIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.625. **Priority creditor's name and mailing address**

NELSON, KELLY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.626. **Priority creditor's name and mailing address**

NELSON, RICHARD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.627. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.627.**

**Priority creditor's name and mailing address**

NEWTON, ZACHARY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.628.**

**Priority creditor's name and mailing address**

NGIRDENGOLL, ESTHER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.629.**

**Priority creditor's name and mailing address**

NGIRKELAU, TIARA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.630. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NGORIAKL, DIRRECHONG<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.631. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NIELSEN, MARK<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| 2.632. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | NIETO MARTINEZ, GLORIA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

| | | | **Nonpriority amount** |
|---|---|---|---|
| | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.633. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.633.**

**Priority creditor's name and mailing address**

NOHRENBERG, TRAVIS
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.634.**

**Priority creditor's name and mailing address**

NOLASCO SANTANA, ESMIRNA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.635.**

**Priority creditor's name and mailing address**

NOLTE, SUELIN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.636. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NUE, MAR
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.637. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NUNEZ ARELLANO, MARTIN J.
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.638. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

NUNEZ MALDONADO, JESUS D.
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED     UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor  **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.639. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**Priority creditor's name and mailing address**

NUNEZ, JOANNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.640.  **Priority creditor's name and mailing address**

NUNTHAVONG, DEANNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.641.  **Priority creditor's name and mailing address**

NYANAMBA, RICHARD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.642. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.642.**

**Priority creditor's name and mailing address**

OBIDO, TITUS JAMES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.643.**

**Priority creditor's name and mailing address**

OCEGUEDA VARGAS, LUZ A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.644.**

**Priority creditor's name and mailing address**

OCHOA SIERRA, MARIA G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.645. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

OLIVO, JULIO
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.646. | **Priority creditor's name and mailing address** |

ORNELAS GUTIERREZ, EDUARDO ALEJANDRO
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.647. | **Priority creditor's name and mailing address** |

OROZCO MORALES, MARIA G.
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.648. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | ORTEGA JAVIER, HILDA | | | | |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | **Nonpriority amount** | |
| | | ☑ Disputed | | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

| 2.649. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | ORTEGA VAZQUEZ, JUAN J. | | | | |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | **Nonpriority amount** | |
| | | ☑ Disputed | | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

| 2.650. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | ORTEGA ZAVALA, LEODEGARIO | | | | |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | **Nonpriority amount** | |
| | | ☑ Disputed | | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |

**2.651.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |

ORTEGA, RAFAEL
Address Intentionally Omitted

*Check all that apply.*

| | Total claim | Priority amount |
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.652.** | **Priority creditor's name and mailing address**

ORTIZ ALVAREZ, FERNANDO I.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.653.** | **Priority creditor's name and mailing address**

ORTIZ DELIZ, HECTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

| | Total claim | Priority amount |
| | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | Nonpriority amount |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.654. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** **Priority amount** |

2.654.   **Priority creditor's name and mailing address**

ORTIZ LOPEZ, JAVIER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.655.   **Priority creditor's name and mailing address**

ORTIZ LOPEZ, JUAN G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.656.   **Priority creditor's name and mailing address**

ORTIZ LOPEZ, SONIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.657. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.657.**

**Priority creditor's name and mailing address**

ORTIZ MARTINEZ, CESAR A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.658.**

**Priority creditor's name and mailing address**

ORTIZ MARTINEZ, JOSE D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.659.**

**Priority creditor's name and mailing address**

ORTIZ MEDINA, BRYAN G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| 2.660. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.660.**

**Priority creditor's name and mailing address**

ORTIZ MEJIA, SHENY
Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.661.**

**Priority creditor's name and mailing address**

ORTIZ MORENO, ALEJANDRO
Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.662.**

**Priority creditor's name and mailing address**

ORTIZ MUNOZ, JOSE M.
Address Intentionally Omitted

| | **Total claim** | **Priority amount** |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

---

| 2.663. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

ORTIZ, SUSAN
Address Intentionally Omitted

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.664.  **Priority creditor's name and mailing address**

OUELLETTE, DOUGLAS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.665.  **Priority creditor's name and mailing address**

PACHECO, SALINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.666. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.666.**

**Priority creditor's name and mailing address**

PADEN, JON
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.667.**

**Priority creditor's name and mailing address**

PADILLA CACIQUE, YESENIA E.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.668.**

**Priority creditor's name and mailing address**

PADRON, JONATHAN J.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.669.** **Priority creditor's name and mailing address**

PALACIOS GARCIA, JOSE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.670.** **Priority creditor's name and mailing address**

PALMA, RALPH JOESPH S.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

**2.671.** **Priority creditor's name and mailing address**

PALOMO, ALEJANDRO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.672. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PAMINTUAN, MARSH RAYMOND
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.673.    **Priority creditor's name and mailing address**

PANIAGUA PANIAGUA, JOSE A.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.674.    **Priority creditor's name and mailing address**

PANIAGUA YERENA, JUAN A.
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

**2.675.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
---|---|---|---|---

| | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.675.** | PANTOJA LOPEZ, DIANA E. Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.676.** | PAREDES RENTERIA, JUANA Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| **2.677.** | PARGA VIRAMONTES, LUIS Address Intentionally Omitted | ☑ Contingent ☑ Unliquidated ☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.678. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.678.** **Priority creditor's name and mailing address**

PARGA VIRAMONTES, SERGIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred** VARIOUS

**Basis for the claim:** ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.679.** **Priority creditor's name and mailing address**

PARRENO, WILFREDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred** VARIOUS

**Basis for the claim:** ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.680.** **Priority creditor's name and mailing address**

PATADON, BENJIE O.
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED

**Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred** VARIOUS

**Basis for the claim:** ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.681.** **Priority creditor's name and mailing address**

PATINO MEDINA, JOSE G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.682.** **Priority creditor's name and mailing address**

PAULSON, MATTHEW
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.683.** **Priority creditor's name and mailing address**

PENA LOPEZ, EDUARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.684. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.684.** **Priority creditor's name and mailing address**

PENARAN VEGA, IRASEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.685.** **Priority creditor's name and mailing address**

PENGLA, ROMEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.686.** **Priority creditor's name and mailing address**

PERALES, DAMIEN R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.687. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.687.**

**Priority creditor's name and mailing address**

PERALTA GARCIA, DANIEL PAULINO P.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.688.**

**Priority creditor's name and mailing address**

PERALTA, ANGELES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.689.**

**Priority creditor's name and mailing address**

PEREGRINO JAVIER, JHONY A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

**2.690.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PEREZ BALTAZAR, AURA <br> Address Intentionally Omitted | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

**2.691.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PEREZ BARRON, MIGUEL A. <br> Address Intentionally Omitted | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

**2.692.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | PEREZ GARCIA, DINORA C. <br> Address Intentionally Omitted | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☑ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.693. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.693.

**Priority creditor's name and mailing address**

PEREZ GARCIA, MIGUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.694.

**Priority creditor's name and mailing address**

PEREZ PATINO, MAURICIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.695.

**Priority creditor's name and mailing address**

PEREZ PEREZ, SORAYA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.696. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | PEREZ RODRIGUEZ, ALEJANDRO<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.697. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | PEREZ VEGA, LEONARDO D.<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.698. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | PEREZ, JAMES<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.699. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PEREZ, STARILEE
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED   UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.700. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PICKARD, ALAN
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED   UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.701. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PINA RODRIGUEZ, HUGO A.
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

UNDETERMINED   UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

| 2.702. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PINA RODRIGUEZ, JUAN P.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.703.

**Priority creditor's name and mailing address**

PINA SERVIN, ANA G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.704.

**Priority creditor's name and mailing address**

PINA, JOSEY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.705. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

PINON RUIZ, RAUL
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.706.   **Priority creditor's name and mailing address**

PINTOR, MARK A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.707.   **Priority creditor's name and mailing address**

PIZANO PIZANO, JOSE A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**   UNDETERMINED

**Priority amount**   UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                              Case number *(if known)* **23-10521**

---

| 2.708. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

PIZANO PIZANO, JOSE L.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.709.**

**Priority creditor's name and mailing address**

PIZANO PIZANO, ROGELIO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.710.**

**Priority creditor's name and mailing address**

PLAZA IBARRA, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.711. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.711.   **Priority creditor's name and mailing address**

PLAZA RUIZ, FLAVIA B.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.712.   **Priority creditor's name and mailing address**

PLAZA SANCHEZ, RAUL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.713.   **Priority creditor's name and mailing address**

POMPA, RAMON I.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.714. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PONCE SANCHEZ, BLANCA L.<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is: **Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.715. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PONCE, MELISSA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.716. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | PORTES DE SOTUYO, MARIA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount** — UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.717. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | POSAS AYALA JR., REMIGIO<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is: Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.718. | **Priority creditor's name and mailing address** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**
POWELL, TODD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.719. **Priority creditor's name and mailing address**
PRADO SOTO, JOSE M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 2.720. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.720.  **Priority creditor's name and mailing address**

PRATO, VINCENT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.721.  **Priority creditor's name and mailing address**

PRETZANTZIN OROZCO, ADA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.722.  **Priority creditor's name and mailing address**

PRETZANTZIN OROZCO, ODALIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.723. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.723. **Priority creditor's name and mailing address**

QUINTANA FLORES, JOSE J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.724. **Priority creditor's name and mailing address**

QUINTANA LOPEZ, JOSE R.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

---

2.725. **Priority creditor's name and mailing address**

QUINTANA SILVA, JAVIER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.726. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.726.**

**Priority creditor's name and mailing address**

QUINTANAR, GIOVANI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.727.**

**Priority creditor's name and mailing address**

QUINTANAR, LUIS ANGEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.728.**

**Priority creditor's name and mailing address**

QUIROZ, JOSIE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

**2.729.** **Priority creditor's name and mailing address**

RABOR, JEFFERSON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.730.** **Priority creditor's name and mailing address**

RAMAN GANGADHARAN, SIVADOSS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**2.731.** **Priority creditor's name and mailing address**

RAMIREZ AGUILAR, CESAR Y.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |

---

2.732.  **Priority creditor's name and mailing address**

RAMIREZ COVARRUBIAS, RAFAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.733.  **Priority creditor's name and mailing address**

RAMIREZ GARCIA, OSCAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.734.  **Priority creditor's name and mailing address**

RAMIREZ JR., ERMELO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

---

**2.735.** **Priority creditor's name and mailing address**

RAMIREZ LOPEZ, OSCAR
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.736.** **Priority creditor's name and mailing address**

RAMIREZ PANIAGUA, BEATRIZ
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.737.** **Priority creditor's name and mailing address**

RAMIREZ RODRIGUEZ, JOSE M.
Address Intentionally Omitted

| As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|
| *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.738. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.738.** **Priority creditor's name and mailing address**

RAMIREZ SEBASTIAN, WILLIAM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.739.** **Priority creditor's name and mailing address**

RAMIREZ SERVIN, PEDRO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.740.** **Priority creditor's name and mailing address**

RAMIREZ VAZQUEZ, HUITZILOPOZTLI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
|  | **Nonpriority amount** |
|  | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

---

2.741.   **Priority creditor's name and mailing address**

RAMIREZ, EDMILIO
Address Intentionally Omitted

| As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|
| *Check all that apply.* | | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.742.   **Priority creditor's name and mailing address**

RAMIREZ, EMILY
Address Intentionally Omitted

| As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|
| *Check all that apply.* | | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.743.   **Priority creditor's name and mailing address**

RAMIREZ, LORI A.
Address Intentionally Omitted

| As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|
| *Check all that apply.* | | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|

**2.744.**

**Priority creditor's name and mailing address**

RAMOS CASIQUE, MARIA GUADALUPE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.745.**

**Priority creditor's name and mailing address**

RAMOS GRANADOS, ADRIAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.746.**

**Priority creditor's name and mailing address**

RAMOS IBARRA, JUAN C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.747. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RAMOS LOPEZ, OLGA I. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCRUED WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (4)    ☐ Yes

| 2.748. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RAMOS MORALES, LEONARDO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCRUED WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (4)    ☐ Yes

| 2.749. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RAMOS RIOS, GIANCARLO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | | **Nonpriority amount** |
| | | ☒ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                      ACCRUED WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY**       ☒ No
**unsecured claim:**11 U.S.C. § 507(a) (4)    ☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.750. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.750.  **Priority creditor's name and mailing address**

RAMOS VAZQUEZ, LILIANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.751.  **Priority creditor's name and mailing address**

RAMOS, ANGEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.752.  **Priority creditor's name and mailing address**

RAMOS, ISAAC
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.753. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.753.    **Priority creditor's name and mailing address**

RAMOS, JOE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.754.    **Priority creditor's name and mailing address**

RATCLIFF, DANIEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.755.    **Priority creditor's name and mailing address**

RATEMO, GRACE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.756. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.756. **Priority creditor's name and mailing address**

RAYA ACOSTA, LUIS ARMANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.757. **Priority creditor's name and mailing address**

RAYA CAMPOS, JESUS J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.758. **Priority creditor's name and mailing address**

REHNELT, ALLEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.759. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.759.**

**Priority creditor's name and mailing address**

REINAGA, JUAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.760.**

**Priority creditor's name and mailing address**

REINHARDT, MICHELLE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.761.**

**Priority creditor's name and mailing address**

RENQUIST, TAWANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 2.762. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | REYES ALDAMA, PEDRO B. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.763. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | REYES GARCIA, CHRYSTIAN A. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.764. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | REYES MORALES, AMILCAR | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

| 2.765. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.765.   **Priority creditor's name and mailing address**

REYES, NELSON
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.766.   **Priority creditor's name and mailing address**

RIOS MARTINEZ, BLANCA L.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.767.   **Priority creditor's name and mailing address**

RIOS RAMIREZ, MARTIN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                                                   Case number *(if known)* **23-10521**

| 2.768. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIOS, VERONICA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.769. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIQUIA PEREZ, JOSE<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| 2.770. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIVERA ALVAREZ, CARLOS A.<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

| **Date or dates debt was incurred** | **Basis for the claim:** |
|---|---|
| VARIOUS | ACCRUED WAGES & PTO |

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

---

**2.771.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RIVERA BAEZ, EDWIN | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | |
| | ☐ Yes | |

---

**2.772.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RIVERA COLON, ALFRED | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | |
| | ☐ Yes | |

---

**2.773.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**
| RIVERA CRUZ, ANTHONY | *Check all that apply.* | UNDETERMINED | UNDETERMINED
| Address Intentionally Omitted | ☑ Contingent | |
| | ☑ Unliquidated | | **Nonpriority amount**
| | ☑ Disputed | | UNDETERMINED
| **Date or dates debt was incurred** | **Basis for the claim:** | |
| VARIOUS | ACCRUED WAGES & PTO | |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No | |
| | ☐ Yes | |

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.774. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.774.   **Priority creditor's name and mailing address**

RIVERA HERNANDEZ, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.775.   **Priority creditor's name and mailing address**

RIVERA MELENDEZ, SHELLY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.776.   **Priority creditor's name and mailing address**

RIVERA RAMIREZ, BRANDON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.777.** **Priority creditor's name and mailing address**

RIVERA, BRENDA ALEXIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.778.** **Priority creditor's name and mailing address**

RIVERA, GERALD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.779.** **Priority creditor's name and mailing address**

RIVERA, JOANNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.780. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIVERA, RUTH<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.781. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RIZO, ROSALINDA<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

| 2.782. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROBERTS, TIM<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |
| | | | | **Nonpriority amount** |
| | | | | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No<br>☐ Yes | | |

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.783.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

ROBLES, RENE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.784.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

ROCHA ZEPEDA, MARIA JOSEFINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.785.** | **Priority creditor's name and mailing address** | UNDETERMINED | UNDETERMINED |

RODRIGUEZ AVILA, ISRAEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.786. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RODRIGUEZ BARRON, JAIME A. Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.787. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RODRIGUEZ CABALLERO, JOSE Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.788. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | RODRIGUEZ CORTES, DIANA Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                Case number *(if known)* **23-10521**

| 2.789. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.789.**

**Priority creditor's name and mailing address**

RODRIGUEZ CORTES, LUCAS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.790.**

**Priority creditor's name and mailing address**

RODRIGUEZ FUENTES, MIGUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.791.**

**Priority creditor's name and mailing address**

RODRIGUEZ FUENTES, SONIA M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

| 2.792. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.792.** Priority creditor's name and mailing address

RODRIGUEZ GABRIOLA, MARIA F.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.793.** Priority creditor's name and mailing address

RODRIGUEZ GARCIA, HECTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.794.** Priority creditor's name and mailing address

RODRIGUEZ HERNANDEZ, KAREN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.795. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.795.** | **Priority creditor's name and mailing address**

RODRIGUEZ HERRERA, GUSTAVO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.796.** | **Priority creditor's name and mailing address**

RODRIGUEZ HERRERA, LUZ M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.797.** | **Priority creditor's name and mailing address**

RODRIGUEZ JUAREZ, LESLY D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.798. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** / **Priority amount** |

**2.798.**

**Priority creditor's name and mailing address**

RODRIGUEZ MARQUEZ, JUAN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.799.**

**Priority creditor's name and mailing address**

RODRIGUEZ MEDINA, DEBORAH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.800.**

**Priority creditor's name and mailing address**

RODRIGUEZ MENDOZA, JORGE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| 2.801. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.801.

**Priority creditor's name and mailing address**

RODRIGUEZ PICHARDO, MIGUEL A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.802.

**Priority creditor's name and mailing address**

RODRIGUEZ RODRIGUEZ, FELIX
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.803.

**Priority creditor's name and mailing address**

RODRIGUEZ ROMERO, ROSA E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

---

2.804.   **Priority creditor's name and mailing address**

RODRIGUEZ RUIZ, SARAI
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.805.   **Priority creditor's name and mailing address**

RODRIGUEZ SANCHEZ, HEADI
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.806.   **Priority creditor's name and mailing address**

RODRIGUEZ SANCHEZ, ISABEL A.
Address Intentionally Omitted

| As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Nonpriority amount |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

---

2.807. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
| RODRIGUEZ SANCHEZ, MA CARMEN<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.808. **Priority creditor's name and mailing address**

RODRIGUEZ SANCHEZ, MARIA G.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.809. **Priority creditor's name and mailing address**

RODRIGUEZ SANTIAGO, DOMINGO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.810. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.810.** **Priority creditor's name and mailing address**

RODRIGUEZ SIERRA, JESUS M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.811.** **Priority creditor's name and mailing address**

RODRIGUEZ VILLANUEVA, LIZBETH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.812.** **Priority creditor's name and mailing address**

RODRIGUEZ VILLELA, ELMITA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.813. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

RODRIGUEZ, ARLETT
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.814.**

**Priority creditor's name and mailing address**

RODRIGUEZ, DESTINY A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.815.**

**Priority creditor's name and mailing address**

RODRIGUEZ, KASSANDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.816. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.816.** 

**Priority creditor's name and mailing address**

RODRIGUEZ, LORENZA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.817.**

**Priority creditor's name and mailing address**

RODRIGUEZ, MARY
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.818.**

**Priority creditor's name and mailing address**

RODRIGUEZ, ROBERTO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                   Case number *(if known)* **23-10521**

| 2.819. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.819.**

**Priority creditor's name and mailing address**

RODRIGUEZ, SOUKSAVANH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.820.**

**Priority creditor's name and mailing address**

RODRIGUEZ, YARELI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.821.**

**Priority creditor's name and mailing address**

ROJAS CISNEROS, JOSE ANTONIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 2.822. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

2.822. **Priority creditor's name and mailing address**

ROJAS LOPEZ, IVAN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.823. **Priority creditor's name and mailing address**

ROJAS LOPEZ, MONICA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

---

2.824. **Priority creditor's name and mailing address**

ROJAS PIZANO, LUZ M.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                              Case number *(if known)* **23-10521**

| 2.825. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

ROJAS RAMIREZ, DANIEL DE JESUS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.826.    **Priority creditor's name and mailing address**

ROJAS ROJAS, HECTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.827.    **Priority creditor's name and mailing address**

ROJAS SANTIAGO, OSCAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| | Total claim | Priority amount |
|---|---|---|
| | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.828. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.828.  **Priority creditor's name and mailing address**

ROJAS TREJO, CESAR EMMANUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.829.  **Priority creditor's name and mailing address**

ROJAS, MARINA E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.830.  **Priority creditor's name and mailing address**

ROKICHY, TERLIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|

**2.831.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |

ROLDAN RIVERA, LUZ
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.832.** **Priority creditor's name and mailing address**

ROMERO, ANTHONY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.833.** **Priority creditor's name and mailing address**

ROMERO, ELSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.834. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSALES LOPEZ, MAYRA Y. | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

| 2.834. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.834.** **Priority creditor's name and mailing address**

ROSALES LOPEZ, MAYRA Y.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.835.** **Priority creditor's name and mailing address**

ROSARIO TORRES, ANGEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.836.** **Priority creditor's name and mailing address**

ROSARIO TORRES, CARLOS J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.837. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSAS PEREZ, PATRICIA<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.838. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSAS RAMIREZ, OCTAVIO<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

---

| 2.839. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | ROSILLO ARROYO, MONSERRAT<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

**Nonpriority amount**

UNDETERMINED

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.840.** **Priority creditor's name and mailing address**

ROSILLO GALICIA, MARIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.841.** **Priority creditor's name and mailing address**

RUIZ PEREZ, MARIANA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.842.** **Priority creditor's name and mailing address**

RUSE, TYLER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

---

| 2.843. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.843.**

**Priority creditor's name and mailing address**

SALAS, JOHN M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.844.**

**Priority creditor's name and mailing address**

SALAZAR FABIAN, FERNANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.845.**

**Priority creditor's name and mailing address**

SALINAS, MARIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| | | |
|---|---|---|

**2.846.** **Priority creditor's name and mailing address**

SALVADOR MORALES, MARIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.847.** **Priority creditor's name and mailing address**

SAN JUAN CRUZ, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.848.** **Priority creditor's name and mailing address**

SAN MIGUEL, MAURO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|

**2.849.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

SANCHEZ CARRILLO, ARACELI
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.850.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

SANCHEZ ELVIRA, DORCAS
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.851.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**

SANCHEZ ELVIRA, RUTH
Address Intentionally Omitted

☑ Contingent
☑ Unliquidated
☑ Disputed

UNDETERMINED | UNDETERMINED

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                 Case number *(if known)* **23-10521**

| 2.852. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.852. **Priority creditor's name and mailing address**

SANCHEZ LARA, ROGER J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.853. **Priority creditor's name and mailing address**

SANCHEZ MACIAS, KARLA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.854. **Priority creditor's name and mailing address**

SANCHEZ, ALEJANDRO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.855. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.855.** Priority creditor's name and mailing address
SANCHEZ, CARLOS
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** ACCRUED WAGES & PTO
**Last 4 digits of account number:**
**Is the claim subject to offset?** ☑ No ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.856.** Priority creditor's name and mailing address
SANCHEZ, FRANCISCO
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** ACCRUED WAGES & PTO
**Last 4 digits of account number:**
**Is the claim subject to offset?** ☑ No ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**2.857.** Priority creditor's name and mailing address
SANCHEZ, GUSTAVO
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED
Nonpriority amount: UNDETERMINED

**Date or dates debt was incurred** VARIOUS
**Basis for the claim:** ACCRUED WAGES & PTO
**Last 4 digits of account number:**
**Is the claim subject to offset?** ☑ No ☐ Yes
**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                     Case number *(if known)* **23-10521**

| | | |
|---|---|---|

**2.858.**

**Priority creditor's name and mailing address**

SANCHEZ, JACKILYN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.859.**

**Priority creditor's name and mailing address**

SANCHEZ, JESSICA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

---

**2.860.**

**Priority creditor's name and mailing address**

SANDMEYER, MICHAEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                                  Case number *(if known)* **23-10521**

| 2.861. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | SANDOVAL, ISMAEL | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | | |

| 2.862. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | SANTIAGO ARROYO, NICOLE M. | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | | |

| 2.863. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | **Total claim** | **Priority amount** |
|---|---|---|---|---|---|
| | SANTIAGO ZAYAS, CALEB | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | | |
| | | ☑ Unliquidated | | | **Nonpriority amount** |
| | | ☑ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☑ No ☐ Yes | | | |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.864. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.864.    **Priority creditor's name and mailing address**

SANTOS FLORES, BRAYAN A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.865.    **Priority creditor's name and mailing address**

SANTOS GOMEZ, YANET
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.866.    **Priority creditor's name and mailing address**

SAVATDY, SITHA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.867.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

SAY, PLAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.868.** | **Priority creditor's name and mailing address**

SAYSON, ALYSSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.869.** | **Priority creditor's name and mailing address**

SCHELLENBERG, CARTER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.870.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|
| | | *Check all that apply.* | **Total claim** | **Priority amount** |
| | SCHOLTES, PAMELA | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.871.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|
| | | *Check all that apply.* | **Total claim** | **Priority amount** |
| | SEIGFREID, TOM | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

**2.872.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | |
|---|---|---|---|
| | | *Check all that apply.* | **Total claim** | **Priority amount** |
| | SENGSOURICHANH, KHAMVANH | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | |
| | | ☒ Unliquidated | **Nonpriority amount** | |
| | | ☒ Disputed | UNDETERMINED | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | |
| | VARIOUS | ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | |
| | | ☒ No | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | ☐ Yes | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.873. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.873.** **Priority creditor's name and mailing address**

SERRATO CORNEJO, DIEGO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.874.** **Priority creditor's name and mailing address**

SERRATO LULE, OSVALDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.875.** **Priority creditor's name and mailing address**

SEVILLA, NHYL ELMER
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.876. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.876.  **Priority creditor's name and mailing address**

SHEE, PAW
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.877.  **Priority creditor's name and mailing address**

SIERRA PATINO, ALBERTO Z.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.878.  **Priority creditor's name and mailing address**

SIERRA PATINO, JUAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| 2.879. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.879.    **Priority creditor's name and mailing address**

SLY, MORGAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.880.    **Priority creditor's name and mailing address**

SOLIZ CRUZ, ROLANDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.881.    **Priority creditor's name and mailing address**

SOSA JR., JUAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| Debtor    **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

| 2.882. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.882.**

**Priority creditor's name and mailing address**

SOTO KILOS, MARIA M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.883.**

**Priority creditor's name and mailing address**

SOUPHOMMANICHANH, SOMPHAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.884.**

**Priority creditor's name and mailing address**

SOUTTHIVONG, LORI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |

---

2.885.   **Priority creditor's name and mailing address**

SPEIKERS, DONALD
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.886.   **Priority creditor's name and mailing address**

SPEIKERS, JAMES
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.887.   **Priority creditor's name and mailing address**

STUART, REBECCA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.888. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SUAREZ SERRANO, LUIS<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.889. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SUAREZ ZEPEDA, JUAN M.<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

---

| 2.890. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

| | SUZANNE KISH<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☑ Contingent
☑ Unliquidated
☑ Disputed

| | | | | **Nonpriority amount** |
|---|---|---|---|---|
| | | | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.891. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

SYSAVATH, KY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.892.    **Priority creditor's name and mailing address**

TAITOS, RS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.893.    **Priority creditor's name and mailing address**

TEKE, ARTY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim** UNDETERMINED    **Priority amount** UNDETERMINED

**Nonpriority amount** UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

**2.894.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TEWELDEBRHAN, GEBREHIWET
Address Intentionally Omitted

*Check all that apply.*

UNDETERMINED          UNDETERMINED

☒ Contingent

☒ Unliquidated                    **Nonpriority amount**

☒ Disputed                        UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCRUED WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

**2.895.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
111 E. 17TH ST.
AUSTIN TX 78774

*Check all that apply.*

UNDETERMINED          UNDETERMINED

☐ Contingent

☒ Unliquidated                    **Nonpriority amount**

☒ Disputed                        UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       TAXES

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (8)

☒ No

☐ Yes

---

**2.896.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount**

THIESSEN, LAUREN
Address Intentionally Omitted

*Check all that apply.*

UNDETERMINED          UNDETERMINED

☒ Contingent

☒ Unliquidated                    **Nonpriority amount**

☒ Disputed                        UNDETERMINED

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCRUED WAGES & PTO

**Last 4 digits of account number:**          **Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

☒ No

☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.897. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**Priority creditor's name and mailing address**

TIERRABLANCA MONTERRO, JOHNATHAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.898.    **Priority creditor's name and mailing address**

TIJERINA, ASHLEY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.899.    **Priority creditor's name and mailing address**

TILTON, ADRIAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| | **Nonpriority amount** |
|---|---|
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                Case number *(if known)* **23-10521**

| 2.900. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.900.**

**Priority creditor's name and mailing address**

TINAJERO CABALLERO, JUAN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.901.**

**Priority creditor's name and mailing address**

TINAJERO IBARRA, MARIO A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.902.**

**Priority creditor's name and mailing address**

TINAJERO IBARRA, OMAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

| 2.903. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.903.
**Priority creditor's name and mailing address**

TIRADO HERNANDEZ, MA D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.904.
**Priority creditor's name and mailing address**

TIRADO LUNA, PATRICIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.905.
**Priority creditor's name and mailing address**

TIT, TWOO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| 2.906. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TITHER, MUREY<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.907. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TORRES FLORES, MARIA D.<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.908. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TORRES MARTINEZ, CECILIA ALEJANDRA<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

| 2.909. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.909.** **Priority creditor's name and mailing address**

TORRES QUILES, LUIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.910.** **Priority creditor's name and mailing address**

TORRES RIVERA, NATALIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.911.** **Priority creditor's name and mailing address**

TORRES, SARINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.912. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.912.** **Priority creditor's name and mailing address**

TOVAR, SANDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.913.** **Priority creditor's name and mailing address**

TRAN, JERRY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.914.** **Priority creditor's name and mailing address**

TREJO, SIMON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| 2.915. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.915.**

**Priority creditor's name and mailing address**

TRISTAN, JOHNNY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.916.**

**Priority creditor's name and mailing address**

TRUJILLO CONTRERAS, ARELY MARLEN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.917.**

**Priority creditor's name and mailing address**

TRUJILLO RAMIREZ, AMPARO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.918. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TURRUBIARTES, DAVID<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Priority amount**

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.919. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | TYRONE GULICK<br>Address Intentionally Omitted | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.920. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | U.S. DEPARTMENT OF TREASURY<br>1500 PENNSYLVANIA AVE<br>NW WASHINGTON DC 20220 | *Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED |

**Nonpriority amount**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

TAXES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.921. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.921.**

**Priority creditor's name and mailing address**

UITHOVEN, CODY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.922.**

**Priority creditor's name and mailing address**

ULLOA, ALEXANDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.923.**

**Priority creditor's name and mailing address**

UNTAL, ALVIN J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.924. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.924.**

**Priority creditor's name and mailing address**

UNTAL, CARL M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.925.**

**Priority creditor's name and mailing address**

UOPIY, LAST
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.926.**

**Priority creditor's name and mailing address**

URIBE MEDINA, ALAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.927. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.927. **Priority creditor's name and mailing address**

VACA MARTINEZ, MARIA E.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.928. **Priority creditor's name and mailing address**

VALDEZ GOMEZ, JOSEFINA D.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.929. **Priority creditor's name and mailing address**

VALENCIA GUZMAN, ALONDRA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.930. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

VALLADARES DIAZ, PEDRO
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.931.   **Priority creditor's name and mailing address**

VALLEDOR, JUN NERI
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.932.   **Priority creditor's name and mailing address**

VALLEJO, BELINDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.933. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |

**2.933.**

**Priority creditor's name and mailing address**

VALLES, MONICA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.934.**

**Priority creditor's name and mailing address**

VALLS, RACHEL
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.935.**

**Priority creditor's name and mailing address**

VARA, CARLOS
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                                        Case number *(if known)* **23-10521**

| 2.936. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VARELA JR., JAVIER | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.937. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VASQUEZ JIMENEZ, EDUARDO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

| 2.938. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | VASQUEZ LOPEZ, BRAULIO | *Check all that apply.* | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☑ Contingent | | |
| | | ☑ Unliquidated | | **Nonpriority amount** |
| | | ☑ Disputed | | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.939. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

**2.939.** **Priority creditor's name and mailing address**

VASQUEZ, BRITTANY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.940.** **Priority creditor's name and mailing address**

VASQUEZ, JOHN M.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.941.** **Priority creditor's name and mailing address**

VAZQUEZ GARCIA, VANESSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

| Debtor | **HyLife Foods Windom, LLC** | | Case number *(if known)* **23-10521** |
|---|---|---|---|

**2.942.** **Priority creditor's name and mailing address**

VAZQUEZ GONZALEZ, JONATHAN
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.943.** **Priority creditor's name and mailing address**

VAZQUEZ LOPEZ, ELIZABETH
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**2.944.** **Priority creditor's name and mailing address**

VAZQUEZ MEDRANO, MICAELA ARACELI
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**2.945.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount**
---|---|---|---|---

2.945.

**Priority creditor's name and mailing address**

VAZQUEZ ROSALES, IRMA PATRICIA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.946.

**Priority creditor's name and mailing address**

VAZQUEZ TAPIA, BRENDA J.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.947.

**Priority creditor's name and mailing address**

VAZQUEZ VITE, ALDO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.948. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.948.**

**Priority creditor's name and mailing address**

VAZQUEZ, ROSA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.949.**

**Priority creditor's name and mailing address**

VEGA CHAVEZ, JOSE A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**2.950.**

**Priority creditor's name and mailing address**

VEGA GARCIA, FABIOLA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                Case number *(if known)* **23-10521**

| 2.951. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.951.   **Priority creditor's name and mailing address**

VEGA GARCIA, VICTOR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.952.   **Priority creditor's name and mailing address**

VEGA GONZALEZ, JUAN C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.953.   **Priority creditor's name and mailing address**

VEGA HERNANDEZ, ROBERTO C.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Total claim**
UNDETERMINED

**Priority amount**
UNDETERMINED

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**
ACCRUED WAGES & PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.954. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| | | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

2.954.

**Priority creditor's name and mailing address**

VEGA MARTINEZ, VERONICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.955.

**Priority creditor's name and mailing address**

VEGA MEDINA, JESUS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.956.

**Priority creditor's name and mailing address**

VEGA SERRATO, SERGIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.957. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.957.** **Priority creditor's name and mailing address**

VEGA VAZQUEZ, ANDREA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.958.** **Priority creditor's name and mailing address**

VEGA VEGA, KELVIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.959.** **Priority creditor's name and mailing address**

VEGA, JORGE A.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.960.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

VERA RODRIGUEZ, OSCAR M.
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.961.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

VICENTE MORALES, INGRID
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.962.** | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*

VICENTE MORALES, MACARENA
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

☒ Contingent
☒ Unliquidated
☒ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 2.963. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

2.963.    **Priority creditor's name and mailing address**

VILLA QUINTEROS, EDGAR
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.964.    **Priority creditor's name and mailing address**

VILLAFUERTE LOPEZ, KARINA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.965.    **Priority creditor's name and mailing address**

VILLAGOMEZ BLANCO, DANIEL J.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor   **HyLife Foods Windom, LLC**                          Case number *(if known)* **23-10521**

2.966. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.966.** **Priority creditor's name and mailing address**

VILLAGRAN LOPEZ, FRANKLIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.967.** **Priority creditor's name and mailing address**

VILLANUEVA RODRIGUEZ, JOSE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.968.** **Priority creditor's name and mailing address**

VILLARREAL, ASTRID
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

---

2.969.  **Priority creditor's name and mailing address**

VILLARREAL, FRANCISCO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.970.  **Priority creditor's name and mailing address**

VILLARREAL, KARINA
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

2.971.  **Priority creditor's name and mailing address**

VILLARREAL, PETER
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.972. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|

2.972.    **Priority creditor's name and mailing address**

VILLEGAS, BRENDA B.
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.973.    **Priority creditor's name and mailing address**

VITE, GERARDO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

---

2.974.    **Priority creditor's name and mailing address**

VITE, JEAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**2.975.** **Priority creditor's name and mailing address**

WAH, HSAR
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.976.** **Priority creditor's name and mailing address**

WALLERT, KARYN
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.977.** **Priority creditor's name and mailing address**

WARWICK, JAMIE
Address Intentionally Omitted

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                             Case number *(if known)* **23-10521**

---

| 2.978. | Priority creditor's name and mailing address | | | | |
|---|---|---|---|---|---|

**2.978.** **Priority creditor's name and mailing address**

WATERS, BRITTANY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.979.** **Priority creditor's name and mailing address**

WILKING, ABIGAIL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.980.** **Priority creditor's name and mailing address**

WILLIAMS, PAUL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                                                    Case number *(if known)* **23-10521**

---

| 2.981. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
|---|---|---|---|---|

WOIZESCHKE, KRIS
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.982.    **Priority creditor's name and mailing address**

WORKU, TARIKU
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.983.    **Priority creditor's name and mailing address**

WYLIE, ANTHONY
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

Total claim: UNDETERMINED

Priority amount: UNDETERMINED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Nonpriority amount**
UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.984. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.984.**

**Priority creditor's name and mailing address**

XAYPHANTHO, BOUNKHOM
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.985.**

**Priority creditor's name and mailing address**

YANEZ ZUNIGA, ROBERTO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.986.**

**Priority creditor's name and mailing address**

YATES, TRAVIS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.987. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.987.**

**Priority creditor's name and mailing address**

YBANEZ II, CAYETANO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.988.**

**Priority creditor's name and mailing address**

YBARRA LOPEZ III, GUILLERMO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**2.989.**

**Priority creditor's name and mailing address**

YBARRA, NATHAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |

| **Nonpriority amount** |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.990. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.990.**

**Priority creditor's name and mailing address**

YESTRAU, RANDY
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.991.**

**Priority creditor's name and mailing address**

YIMER, FATO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

**2.992.**

**Priority creditor's name and mailing address**

ZAMORA BARAJAS, REYNA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor    **HyLife Foods Windom, LLC**                                                            Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 2.993. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | ZAMORA LULE, JESUS<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.994. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | ZAMORA TAPIA, PEDRO<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

| | | | | |
|---|---|---|---|---|
| 2.995. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Total claim** | **Priority amount** |
| | ZAMORA, DIANA<br>Address Intentionally Omitted | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNDETERMINED | UNDETERMINED<br><br>**Nonpriority amount**<br>UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCRUED WAGES & PTO | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.996. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| | ZAMORA, JUAN<br>Address Intentionally Omitted | *Check all that apply.* | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.997.   **Priority creditor's name and mailing address**

ZARAGOZA, FRANCISCO
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

---

2.998.   **Priority creditor's name and mailing address**

ZARATE, KATHY
Address Intentionally Omitted

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| 2.999. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | ZARATE, LEONARDO | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | | |
| | | ☒ Unliquidated | | | **Nonpriority amount** |
| | | ☒ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

| 2.1000. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | ZAVALA ZAVALA, ISAAC ALBERTO A. | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | | |
| | | ☒ Unliquidated | | | **Nonpriority amount** |
| | | ☒ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

| 2.1001. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | Total claim | Priority amount |
|---|---|---|---|---|---|
| | ZAW, KYAW | *Check all that apply.* | | UNDETERMINED | UNDETERMINED |
| | Address Intentionally Omitted | ☒ Contingent | | | |
| | | ☒ Unliquidated | | | **Nonpriority amount** |
| | | ☒ Disputed | | | UNDETERMINED |
| | **Date or dates debt was incurred** | **Basis for the claim:** | | | |
| | VARIOUS | ACCRUED WAGES & PTO | | | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | | | |
| | | ☒ No | | | |
| | **Specify Code subsection of PRIORITY unsecured claim:**11 U.S.C. § 507(a) (4) | ☐ Yes | | | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.1002. | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Total claim** | **Priority amount** |
|---------|---------|---------|---------|---------|

**2.1002.**

**Priority creditor's name and mailing address**

ZEPEDA AVILA, MARCOS U.
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.1003.**

**Priority creditor's name and mailing address**

ZEPEDA AVILA, RODRIGO
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

---

**2.1004.**

**Priority creditor's name and mailing address**

ZEPEDA MARTINEZ, RUBI
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

ACCRUED WAGES & PTO

**Is the claim subject to offset?**

☒ No
☐ Yes

| **Total claim** | **Priority amount** |
|---|---|
| UNDETERMINED | UNDETERMINED |
| | **Nonpriority amount** |
| | UNDETERMINED |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | Total claim | Priority amount |
|---|---|---|---|

2.1005.  **Priority creditor's name and mailing address**

ZEPEDA VICTORIA, MARCOS
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

---

2.1006.  **Priority creditor's name and mailing address**

ZIN, MOE
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

| Total claim | Priority amount |
|---|---|
| UNDETERMINED | UNDETERMINED |

| Nonpriority amount |
|---|
| UNDETERMINED |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED WAGES & PTO

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

---

3.1.   **Nonpriority creditor's name and mailing address**

3M COMPANY
3M CENTER
SAINT PAUL MN 55144-1000

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,999.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.2.   **Nonpriority creditor's name and mailing address**

A PORTUS FREIGHT FORWARDING SERVICES
LLC
10724 S SUGAR RD
PHARR TX 78557

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$300.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.3.   **Nonpriority creditor's name and mailing address**

A+ SYSTEMS GROUP
301 NORTH SECOND STREET
MANKATO MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$177.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ABANIL, JEROME | ☒ Contingent | $27.07 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**          **Basis for the claim:**

12/14/2022                                    PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ABBEY PACKAGING EQUIPMENT LTD. | ☐ Contingent | $147.64 |
| | 5030 S SERVICE RD | ☐ Unliquidated | |
| | BURLINGTON ON L7L 5Y7 | ☐ Disputed | |
| | CANADA | | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ACTION MANUFACTURING INC | ☐ Contingent | $1,130.94 |
| | 100 EAST ERIE AVENUE | ☐ Unliquidated | |
| | PHILADELPHIA PA 19134 | ☐ Disputed | |

**Date or dates debt was incurred**          **Basis for the claim:**

VARIOUS                                       ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.7.

**Nonpriority creditor's name and mailing address**

ADP INC
ONE ADP BOULEVARD
ROSELAND NJ 07068

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$14.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.8.

**Nonpriority creditor's name and mailing address**

AGUERO, ISAAC
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,239.20

**Date or dates debt was incurred**

11/7/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.9.

**Nonpriority creditor's name and mailing address**

AIRGAS USA LLC
259 NORTH RADNOR-CHESTER ROAD
RADNOR PA 19087-5283

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,708.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AJC INTERNATIONAL<br>1000 ABERNATHY RD NE SUITE 600<br>ATLANTA GA 30328 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $266.22 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALL POWER INC<br>13141 MOLETTE STREET<br>SANTA FE SPRINGS CA 90670 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,205.60 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALLEN LUND COMPANY LLC<br>4529 ANGELES CREST HWY<br>LA CAÑADA CA 91011 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $101,724.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                                     Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ALONSO TIERRABLANCA, FERNANDO Address Intentionally Omitted | ☑ Contingent | $2,549.23 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/19/2022 | PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.14. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ALPHA WIRELESS COMMUNICATION 1115 CROSS ST NORTH MANKATO MN 56003-2115 | ☐ Contingent | $3,453.46 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.15. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | ALTA LANGUAGE SERVICES 3355 LENOX ROAD ATLANTA GA 30326 | ☐ Contingent | $300.00 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **3.16.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.16.** **Nonpriority creditor's name and mailing address**

AMCOR FLEXIBLES NORTH AMERICA INC.
3 PARKWAY NORTH
DEERFIELD IL 60015

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$297,434.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.17.** **Nonpriority creditor's name and mailing address**

AMERICAN PEST CONTROL
509 BURRELL AVE
LEWISTON ID 83501

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$107.88

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.18.** **Nonpriority creditor's name and mailing address**

AMERICAN RED CROSS HEALTH & SAFETY
SERV
430 17TH STREET NW
WASHINGTON DC 20001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,848.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                 Case number *(if known)* **23-10521**

---

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AMERICOLD LOGISTICS, LLC - NEWPORT
10 GLENLAKE PARKWAY
ATLANTA GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,151.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANDERSON, BRADLEY
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$17,035.88

**Date or dates debt was incurred**

2/27/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ANRITSU INFIVIS, INC.
5-1-1 ONNA
ATSUGI 243-0032
JAPAN

☐ Contingent
☐ Unliquidated
☐ Disputed

$751.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.22. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
|  | APPLIED PRODUCTS INC<br>6035 BAKER ROAD<br>MINNETONKA MN 55345-5908 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,250.24 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.23. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
|  | ARAMARK<br>2400 MARKET STREET<br>PHILADELPHIA PA 19103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,192.17 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.24. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
|  | ARNOLD BROS TRANSPORT LTD<br>739 LAGIMODIERE BOULEVARD<br>WINNIPEG MB R2J 0T8<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $133,658.52 |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

Debtor   **HyLife Foods Windom, LLC**                          Case number *(if known)* **23-10521**

---

| 3.25. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASSOCIATED MATERIAL HANDLING INDUSTRIES INC.
133 NORTH SWIFT ROAD
ADDISON IL 60101

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,157.12

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.26. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ASSOCIATED WHOLESALE GROCERS (AWG)
5000 KANSAS AVENUE
KANSAS CITY KS 66106

☐ Contingent
☐ Unliquidated
☐ Disputed

$120.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.27. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AT PACKAGING
NO 64 FORTFEILD ROAD
TERENUREDUBLIN
DUBLIN 662831
IRELAND

☐ Contingent
☐ Unliquidated
☐ Disputed

$7,293.55

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

AVOIR HYLIFE MEXICO S.A. DE C.C
CAMINOS DE GUANAJUATO 20
LA ANGOSTURA
COL 38900
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,476.77

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BACKCOUNTRY SERVICES LLC
9904 W AIRCRAFT CT
WASILLA AK 99623

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,538.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BALDWIN SUPPLY COMPANY
601-11TH AVENUE SOUTH
MINNEAPOLIS MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,444.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.31. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARNETT PRO CARE
6TH AVE
WINODOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,284.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.32. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BARRERA CORTIDOR, HUGO
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$5,715.81

**Date or dates debt was incurred**

5/4/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.33. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BCBS OF MINNESOTA******* PAD*****
3535 BLUE CROSS ROAD
EAGAN MN 55122-1154

☐ Contingent
☐ Unliquidated
☐ Disputed

$59,520.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BELMARK INC<br>331 CHANGEBRIDGE RD<br>PINE BROOK NJ 07058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,387.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BENNETT TRUCKING INC<br>8 EAST STREET<br>SHEFFIELD S21 3UJ<br>UNITED KINGDOM | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,877.58 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BETTCHER INDUSTRIES INC<br>6801 STATE ROUTE 60<br>BIRMINGHAM OH 44816 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,766.35 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 3.37. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLAINE BROTHERS INC.
10011 XYLITE STREET NE
MINNEAPOLIS MN 55449

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,573.75

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.38. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BLOUNT, KATHERINE
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$19.55

**Date or dates debt was incurred**
10/31/2022

**Basis for the claim:**
PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.39. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

BOB'S BIFFYS LLC
667 240TH AVE
FAIRMONT MN 56031

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,390.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BORDER CITY USA INC.<br>8350 ST AUBIN DOOR 7<br>HAMTRAMCK MI 48211 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,129.50 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BORDER STATES INDUSTRIES INC<br>2400 SOUTH 38TH STREET<br>FARGO ND 58104 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,026.65 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BOTELLO MEZA, JORGE L<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.57 |
| | **Date or dates debt was incurred**<br>1/30/2023 | **Basis for the claim:**<br>PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | | |
|---|---|---|---|---|
| 3.43. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

BRABAZON PUMP CO LTD
2484 CENTURY ROAD
GREEN BAY WI 54303-4802

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,538.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 3.44. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

BRHB INC. DBA GODFATHER'S PIZZA
2808 NORTH 108TH STREET
OMAHA NE 68164

☐ Contingent
☐ Unliquidated
☐ Disputed

$314.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | | |
|---|---|---|---|---|
| 3.45. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Amount of claim** |

BUNE, WEGEN
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$3,441.98

**Date or dates debt was incurred**

10/21/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**3.46.**  **Nonpriority creditor's name and mailing address**

BUNZL PROCESSOR DIVISION
5710 NW 41ST ST
RIVERSIDE MO 64150

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$74,582.10

**3.47.**  **Nonpriority creditor's name and mailing address**

BUTLER TRANSPORT INC.
347 NORTH JAMES STREET
KANSAS CITY KS 66118-1140

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,900.00

**3.48.**  **Nonpriority creditor's name and mailing address**

CABELLERO, MARIA MELEDEZ
Address Intentionally Omitted

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

UNDETERMINED

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.49. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CALDERON CABRERA, LUZ M
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$10,120.10

**Date or dates debt was incurred**

2/8/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.50. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMACHO, RAMON
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.51. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CAMACHO, RAMON
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$137,237.43

**Date or dates debt was incurred**

5/16/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.52.

CAMPOS MURILLO, ROSARIO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$285.46

**Date or dates debt was incurred**

12/1/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

3.53.

**Nonpriority creditor's name and mailing address**

CANADIAN AMERICAN BOXED MEAT CORP
6905 KENDERRY GATE
MISSISSAUGA ON L5T 2Y8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$883.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.54.

**Nonpriority creditor's name and mailing address**

CANWIN FARMS, LLC
319 S COTEAU ST
PIERRE SD 57501

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,012,060.59

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

INTERCOMPANY ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                         Case number *(if known)* **23-10521**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CARLISLE TECHNOLOGY US<br>3312 MAINWAY DRIVE<br>BURLINGTON ON L7M 1A7<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,450.92 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CARLSON & STEWART REFRIGERATION INC<br>700 HURON ROAD<br>MARSHALL MN 56258 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,183.74 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CARMONA MEDRANO, BRANDON<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $934.45 |
| | **Date or dates debt was incurred**<br>12/1/2022 | **Basis for the claim:**<br>PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CENTERPOINT ENERGY<br>Address Intentionally Omitted | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,925.08 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CENTIMARK CORP<br>12 GRANDVIEW CIRCLE<br>CANONSBURG PA 15317 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,111,733.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | CERDA RODRIGUEZ, ROSA<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,783.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 11/30/2022 | PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

---

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **3.61.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.61.**

**Nonpriority creditor's name and mailing address**

CHALLENGER LOGISTICS INTERNATIONAL INC.
311 W SUPERIOR ST STE 110
CHICAGO IL 60654-3548

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56,830.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.62.**

**Nonpriority creditor's name and mailing address**

CHARLES E. BLUMER COMPANY, INC
252 IRONWOOD CIR
ELKINS PARK PA 19027

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$15,916.92

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.63.**

**Nonpriority creditor's name and mailing address**

CHAVEZ TRUJILLO, MIGUEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$469.55

**Date or dates debt was incurred**

11/11/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

**3.64.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CHONKO TRUCKING LLC<br>76312 520TH AVENUE<br>JACKSON MN 56143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,800.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.65.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CIRCLE T TRANPORT INC<br>347 THOMAS ST NORTH<br>WILKESBORO NC 28659 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,625.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**3.66.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
| CITY OF NORTH MANKATO *NON PAD*<br>P.O. BOX 2055<br>NORTH MANKATO MN 56002 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $50,833.33 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

3.67. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CLANTON, JACKSON
Address Intentionally Omitted

*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

$1,437.36

**Date or dates debt was incurred**

1/14/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.68. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

CODE PACK LLC
30198 E RIVERWAY
PINE CITY MN 55063

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$912.84

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.69. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

COLDPOINT LOGISTICS WAREHOUSE LLC
5015 NW CANAL STREET
RIVERSIDE MO 64150

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$53,522.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

---

| 3.70. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

COMPCORE PRO
2625 W.HARRISON
BELLWOOD IL 60104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,334.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.71.   **Nonpriority creditor's name and mailing address**

CONSOLIDATED COMMUNICATIONS
2116 SOUTH 17TH STREET
MATTOON IL 61938-5973

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,547.02

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.72.   **Nonpriority creditor's name and mailing address**

CONTINENTAL CARBONIC PRODUCTS INC
3985 EAST HARRISON AVENUE
DECATUR IL 62526

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,650.31

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CONVERGINT TECHNOLOGIES LLC
ONE COMMERCE DR
SCHAUMBURG IL 60173-5323

☐ Contingent
☐ Unliquidated
☐ Disputed

$32,061.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.74. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COOL PORT OAKLAND
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,248.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.75. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

COSTALES, JULIO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$2,133.00

**Date or dates debt was incurred**

3/9/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.76. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COTTONWOOD COUNTY AUDITOR/TREASURER
300 3RD AVE
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$210,059.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.77. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

COYOTE LOGISTICS LLC
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$86,900.20

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.78. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

CROSSROADS TRAILER SALES & SERVICE INC.
2501 CROSSROADS BLVD
ALBERT LEA MN 56007-4002

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,016.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CROWN EQUIPMENT CORPORATION
44 SOUTH WASHINGTON STREET
NEW BREMEN OH 45869

☐ Contingent
☐ Unliquidated
☐ Disputed

$150,398.82

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CULLIGAN WATER (CULLIGAN OF JACKSON)
154 BRENTWOOD DRIVE SUITE 1
COLCHESTER VT 05446

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,150.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DAH, EH MAY
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$2,228.97

**Date or dates debt was incurred**

9/14/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

3.82.   **Nonpriority creditor's name and mailing address**

DAKOTA FLUID POWER
3409 NORTH LEWIS AVENUE
SIOUX FALLS SD 57104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$10,993.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.83.   **Nonpriority creditor's name and mailing address**

DC LEGISLATIVE REGULATORY SERVICE
901 N. GLEBE ROAD,
ARLINGTON VA 22203

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$5,900.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.84.   **Nonpriority creditor's name and mailing address**

DE SOTOYO, MARIA PORTES
FITCH JOHNSON LARSON
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

3.85.  **Nonpriority creditor's name and mailing address**

DELTA DENTAL OF MINNESOTA ASO *PAD*
500 WASHINGTON AVENUE, SOUTH
MINNEAPOLIS MN 55415-1163

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,324.12

---

3.86.  **Nonpriority creditor's name and mailing address**

DIAMOND OIL COMPANY
2003 COMMERCE DRIVE
MIDLAND TX 79703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$9,510.35

---

3.87.  **Nonpriority creditor's name and mailing address**

DIAZ, ADRIAN
Address Intentionally Omitted

**Date or dates debt was incurred**

1/10/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$552.50

Debtor   **HyLife Foods Windom, LLC**                                  Case number *(if known)* **23-10521**

| 3.88. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DICK`S WELDING
121 16TH STREET
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$43,877.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.89. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOMINGUEZ MARTINEZ, JUAN A
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$31,943.00

**Date or dates debt was incurred**

1/13/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.90. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

DOUBLE D DISPATCH
1791 160TH AVE
FAIRMONT MN 56031

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,075.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.91.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*

DUENES, BRENDA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,283.00

**Date or dates debt was incurred**

12/15/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.92.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*

DXP ENTERPRISES INC
5301 HOLLISTER STREET
HOUSTON TX 77040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$988.57

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.93.    **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*

ECHO GROUP INC.
15 WASHINGTON STREET
CONWAY NH 03818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,618.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.94.  **Nonpriority creditor's name and mailing address**

ECOLAB
1 ECOLAB PLACE
SAINT PAUL MN 55102-2233

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$96,788.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.95.  **Nonpriority creditor's name and mailing address**

EMKAT (BARCODES)
10300 10TH AVE N
PLYMOUTH MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,020.35

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.96.  **Nonpriority creditor's name and mailing address**

ENGLAND LOGISTICS
1325 SOUTH 4700 WEST
SALT LAKE CITY UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,235.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.97. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | ESPARZA, HECTOR | |
| | Address Intentionally Omitted | ☒ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$60.07

**Date or dates debt was incurred**

2/3/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.98. | **Nonpriority creditor's name and mailing address** |
| | ETSE, NOAMESSI |
| | Address Intentionally Omitted |

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$69.05

**Date or dates debt was incurred**

5/8/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.99. | **Nonpriority creditor's name and mailing address** |
| | ETSE, NOAMESSI |
| | Address Intentionally Omitted |

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,157.76

**Date or dates debt was incurred**

7/26/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

**3.100.**   **Nonpriority creditor's name and mailing address**

EUROFINS ANALYTICAL LABORATORIES INC
2219 LAKESHORE DR #500
NEW ORELANS LA 70122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $9,231.78 |

---

**3.101.**   **Nonpriority creditor's name and mailing address**

EXPRESS FREIGHT HANDLERS INC.
50 EMJAY BOULEVARD
BRENTWOOD NY 11717

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $1,800.00 |

---

**3.102.**   **Nonpriority creditor's name and mailing address**

EYEMED
4000 LUXOTTICA PLACE
MASON OH 45040

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| Amount of claim |
| --- |
| $4,994.97 |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FARMERS TRANS CANADA
86 WHITEFIELD RD
WINNIPEG MB R3C 2E6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$14,372.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FED EX FREIGHT
2200 FORWARD DRIVE
HARRISON AR 72601-2004

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,710.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FELIX, RAFINE
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,283.00

**Date or dates debt was incurred**

12/18/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

---

**3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FIRE CONSTRUCTION SERVICES

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,789.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.107.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FIRST CALL LOGISTICS LLC
3608 INDUSTRIAL PKWY
BIRMINGHAM AL 35217

☐ Contingent
☐ Unliquidated
☐ Disputed

$156,847.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.108.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

FIVE STAR LOGISTICS AND DISTRIBUTION
SERVICES
1601 39TH STREET
NORTH TAMPA FL 33605

☐ Contingent
☐ Unliquidated
☐ Disputed

$360,923.60

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

**3.109.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FLEET PROFIT CENTER INC
65 BLUE SUN DRIVE
WINNIPEG MB R3X 0G7
CANADA

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$72.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.110.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FLEXSOL PACKAGING CORP DBA ISOFLEX
PACKA
1531 NW 12TH AVENUE
POMPANO BEACH FL 33069

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$59,850.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.111.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

FLORES MANCERA, ROBERTO
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$14,613.30

**Date or dates debt was incurred**

8/19/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

---

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FONSECA HERNANDEZ, LUIS
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$1,283.00

**Date or dates debt was incurred**

2/9/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FOOD SOURCE INTERNATIONAL INC.
753 SPRINGDALE DR
EXTON PA 19341

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,714.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FORTUNE LOGISTICS
9 PANTYGRAIGWEN ROAD
PONTYPRIDD CF37 2RR
UNITED KINGDOM

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$35,825.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

---

**3.115.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.115.**

**Nonpriority creditor's name and mailing address**

FORTUNE TRANSPORTATION
93702 470TH AVE
WINDOM MN 56101-4201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$32,962.49

---

**3.116.**

**Nonpriority creditor's name and mailing address**

FP MAILING SOLUTIONS
140 NORTH MITCHELL COURT
ADDISON IL 60101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$339.33

---

**3.117.**

**Nonpriority creditor's name and mailing address**

FREDRIKSON & BYRON P.A.
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402-1425

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$868.50

---

Debtor    **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

---

3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

FRIENDS DRIVING FRIENDS
1801 PLEASANT VIEW DRIVE
NORTH MANKATO MN 56003

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.119. **Nonpriority creditor's name and mailing address**

FRONTMATEC INC.
51 RTE MORISSETTE
-
SAINT-ANSELME QC G0R2N0
CANADA

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$77,295.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.120. **Nonpriority creditor's name and mailing address**

FROZEN ASSETS COLD STORAGE LLC
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,416.82

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                             Case number *(if known)* **23-10521**

| 3.121. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

G2 LOGISTICS TRANSPORT INC.
944 HENRY AVE
WINNIPEG MB R3E 3L2
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$63,471.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.122. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARCIA, BRANDON
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.123. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARRIDO MANDUJANO, MARISELA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARRIDO MANDUJANO, MARISELA
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$48,906.06

**Date or dates debt was incurred**

7/25/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GARTNER REFRIGERATION
13205 16TH AVENUE NORTH
MINNEAPOLIS MN 55441-4566

☐ Contingent
☐ Unliquidated
☐ Disputed

$127,349.06

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLEN TAYLOR GAT FARMS LLC
1725 ROE CREST DRIVE
NORTH MANKATO MN 56003

☐ Contingent
☐ Unliquidated
☐ Disputed

$475,118.76

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

---

**3.127.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

GLOBAL INDUSTRIAL
11 HARBOR PARK DRIVE
PORT WASHINGTON NY 11050

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,811.18

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128.** **Nonpriority creditor's name and mailing address**

GLOBETROTTER TRANSPORTATION INC.
371 VLY POINTE DR
ELKINS PARK WV 26241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$46,841.48

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.129.** **Nonpriority creditor's name and mailing address**

GOHMANN SUPPLY LLC
23784 - 67TH AVENUE
ST. CLOUD MN 56301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$1,349.91

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

**3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| GONZALEZ, DALTON | ☑ Contingent | $2,294.91
| Address Intentionally Omitted | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 11/3/2022 | PENDING WORKERS' COMPENSATION CLAIM |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| GONZALEZ, JAMIE | ☑ Contingent | $5,873.78
| Address Intentionally Omitted | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 2/7/2023 | PENDING WORKERS' COMPENSATION CLAIM |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

**3.132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---
| GRABOW, NEIL | ☑ Contingent | $1,945.24
| Address Intentionally Omitted | ☐ Unliquidated |
| | ☐ Disputed |
| **Date or dates debt was incurred** | **Basis for the claim:** |
| 3/27/2023 | PENDING WORKERS' COMPENSATION CLAIM |
| **Last 4 digits of account number:** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

Debtor    **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST IL 60045-5201

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,442.86

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GRANADOS GARCIA, ROSA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,294.00

**Date or dates debt was incurred**

3/22/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

GRANITE CITY REAL ESTATE
202 NORTH CENTER STREET
BLOOMINGTON IL 61701

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,372.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.136. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | GREEN, LANNY | $11,333.46 |
| | Address Intentionally Omitted | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/28/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.137. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | GREGORY STROBEL | $559,318.19 |
| | 1751 623RD AVENUE | |
| | PEMBERTON MN 56078 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| 3.138. | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | GRUBER, GREG | $1,300.00 |
| | Address Intentionally Omitted | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| H2O INNOVATION USA | |
| 8900 109TH AVE N | |
| CHAMPLIN MN 55316 | |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,500.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.140. | **Nonpriority creditor's name and mailing address** |

HANSEN TRUCKING
290 EAST WILLIAMS FIELD
GILBERT AZ 85295

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,855.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | |
|---|---|
| 3.141. | **Nonpriority creditor's name and mailing address** |

HANTOVER INC
5200 WEST 110TH STREET
OVERLAND PARK MO 66211

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$31,808.94

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.142.  **Nonpriority creditor's name and mailing address**

HARVEST MEATS LOS ANGELES
2900 AYERS AVE
VERNON CA 90058

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,384.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.143.  **Nonpriority creditor's name and mailing address**

HAWKINS INC
2381 ROSEGATE
ROSEVILLE MN 55113

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,194.28

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.144.  **Nonpriority creditor's name and mailing address**

HENNING RENTAL INC
80063 US-71
JACKSON MN 56143

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,145.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.145.    **Nonpriority creditor's name and mailing address**

HENNING RENTAL INC
80063 US-71
JACKSON MN 56143

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,635.18

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.146.    **Nonpriority creditor's name and mailing address**

HERMEL WHOLESALE
23099 N. RIVERFRONT DRIVE
MANKATO MN 56001-5993

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,812.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.147.    **Nonpriority creditor's name and mailing address**

HERNANDEZ ULLOA, EDGAR D
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,283.00

**Date or dates debt was incurred**

1/24/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**3.148.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HERNANDEZ VEGA, MABEL
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$6,383.00

**Date or dates debt was incurred**

12/21/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.149.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HEYL LOGISTICS
37648 LOCK ST
DADE CITY FL 33523-2856

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,841.80

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

**3.150.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |

HEYL TRUCK LINES INC.
220 NORKA DRIVE
AKRON IA 51001

☐ Contingent
☐ Unliquidated
☐ Disputed

$550.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIGLEY FORD SALES CO.
1065 3RD AVENUE
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$41.81

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.152. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HILL BROTHERS LOGISTICS
7850 I ST
OMAHA NE 68127

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,683.90

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.153. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

HIRSCHBACH TRANSPORTATION SERVICES
2460 KERPER BLVD
DUBQUQUE IA 52003

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,884.70

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | HOMETOWN SANITATION SERVICES LLC 1041 3RD AVE WINDOM MN 56101 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,273.68 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.155. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | HTF SOLUTIONS 2433 N CHARLES ST NORTH SAINT PAUL MN 55109 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,200.00 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.156. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | HUTCHESON ENGINEERING 79 PILGRIMS LANE NORTHAMPTON NN7 3PJ UNITED KINGDOM | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,011.99 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

3.157.    **Nonpriority creditor's name and mailing address**

HYLIFE FOOD INTERNATIONAL LIMTED
623 MAIN STREET EAST
NEEPAWA MB R0J 1H0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$65,641.67

---

3.158.    **Nonpriority creditor's name and mailing address**

HYLIFE FOODS LP
623 MAIN STREET EAST
NEEPAWA MB R0J 1H0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$678,099.80

---

3.159.    **Nonpriority creditor's name and mailing address**

HYLIFE LTD.
623 MAIN STREET EAST
NEEPAWA MB R0J 1H0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

INTERCOMPANY ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$2,020,133.36

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **3.160.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.160.**

**Nonpriority creditor's name and mailing address**

HY-VEE
5820 WESTOWN PARKWAY
WEST DES MOINES IA 50266-8223

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$98.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.161.**

**Nonpriority creditor's name and mailing address**

I+S GROUP
235-241 KINGSBURY ROAD
LONDON NW9 8UG
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,987.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.162.**

**Nonpriority creditor's name and mailing address**

IBEAM SYSTEMS INC
DBA IBEAM CONSTRUCTION CAMERAS
5320 W MORRIS HILL RD
BOISE ID 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$221.25

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ICECAP COLD STORAGE
1720 16TH AVE
COUNCIL BLUFFS IA 51501

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,131.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ICREST INTERNATIONAL LLC
200 NORTH PACIFIC COAST HIGHWAY
EL SEGUNDO CA 90245

☐ Contingent
☐ Unliquidated
☐ Disputed

$13,750.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ID TECHNOLOGY (CANADA) CORP.
10721 WALKER STREET
CYPRESS CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

$19,507.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

**3.166.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
--- | --- | ---

**3.166.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL CONSTRUCTION SERVICES INC.
3861 HIGHWAY 411 NE
RYDAL GA 30171-1502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$7,510.00

---

**3.167.**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL SERVICE TECHNOLOGIES
3286 KENTLAND CT. SE
GRAND RAPIDS MI 48548

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$14,604.00

---

**3.168.**

**Nonpriority creditor's name and mailing address**

INTEGRITY EXPRESS LOGISTICS LLC
4420 COOPER RD.
BLUE ASH OH 45242

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$24,687.00

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.169.

**Nonpriority creditor's name and mailing address**

INTERNATIONAL TRADE SOLUTIONS
3357 39TH ST S #3
FARGO ND 58104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$625.00

---

3.170.

**Nonpriority creditor's name and mailing address**

JAMES, JAY JAY
Address Intentionally Omitted

**Date or dates debt was incurred**

8/18/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,701.23

---

3.171.

**Nonpriority creditor's name and mailing address**

JARVIS PRODUCTS CORPORATION
33 ANDERSON ROAD
MIDDLETOWN CT 06457

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$26,059.95

Debtor   **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

**3.172.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

JEAR LOGISTICS
3409 SALTERBECK ST.
MOUNT PLEASANT SC 29466

$17,130.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.173.** **Nonpriority creditor's name and mailing address**

JESUS ZAMORA LULA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.174.** **Nonpriority creditor's name and mailing address**

JETTER CLEAN
6105 ROME CIRCLE NORTHWEST
ROCHESTER MN 55901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$8,019.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.175.   **Nonpriority creditor's name and mailing address**

JOE BRAKE TRUCKING
13213 EDWARDS AVE
WILMONT MN 56185

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$610.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.176.   **Nonpriority creditor's name and mailing address**

JOHN S COVEY DBA COVEY TRUCKING
55552 113TH ST
MAPLETON ND 56065

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$735.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.177.   **Nonpriority creditor's name and mailing address**

JOHNSON FEED COMPANY
305 WEST INDUSTRIAL ROAD
CANTON SD 57013

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$7,073.64

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                                      Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | JOSE PAZ-ECHEVERRIA<br>812 W LAKE AVE<br>WORTHINGTON MN 56187 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $100.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | JUAREZ MEJIA, ANIBAL<br>Address Intentionally Omitted | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,333.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 3/15/2023 | PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | JUAREZ, CRYSTAL<br>Address Intentionally Omitted | ☒ Contingent<br>☐ Unliquidated<br>☐ Disputed | $973.80 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/15/2022 | PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

| 3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

K & B TRANSPORTATION INC
4700 DAKOTA AVENUE
SOUTH SIOUX CITY NE 68776

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,407.14

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.182. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KANSAS CITY SERIES OF LOCKTON
COMPANIES LLC
444 WEST 47TH ST.
KANSAS CITY MO 64112-1906

☐ Contingent
☐ Unliquidated
☐ Disputed

$41,170.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.183. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

KEILA ESTELA BLONDET
1685 REDDING AVE
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$100.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | KENDELL DOORS & HARDWARE INC 1312 NORTHLAND DRIVE MENDOTA HIGHTS MN 55120 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,183.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | KILL, SONIA Address Intentionally Omitted | ☑ Contingent ☐ Unliquidated ☐ Disputed | $11.30 |
| | **Date or dates debt was incurred** 5/2/2022 | **Basis for the claim:** PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | KIRSCH TRANSPORTATION SERVICES INC 25 MAIN PLACE COUNCIL BLUFFS IA 51503-0790 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $64,480.00 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

3.187.

**Nonpriority creditor's name and mailing address**

KONICA MINOLTA BUSINESS SOLUTIONS USA IN
100 WILLIAMS DRIVE
RAMSEY NJ 07446

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$2,060.39

---

3.188.

**Nonpriority creditor's name and mailing address**

KOOLA LOGISTICS
630 WEST CARMEL DRIVE
CARMEL IN 46032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$55,300.00

---

3.189.

**Nonpriority creditor's name and mailing address**

KSW CORPORATION
31248 OAK CREST DRIVE
WESTLAKE VILLAGE CA 91361

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

**Amount of claim**

$3,930.32

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAKE CRYSTAL COACHES
59780 235TH STREET
MADISON LAKE MN 56063

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,106.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAMAR COMPANIES
5321 CORPORATE BOULEVARD
BATON ROUGE LA 70808

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,975.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

LAMPERT LUMBER
1850 COMO AVENUE
SAINT PAUL MN 55108

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,994.95

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**

LAO QUINONES, JUAN
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,649.40

**Date or dates debt was incurred**

10/25/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.194. **Nonpriority creditor's name and mailing address**

LAWNCRAFTERS LLC
20895 610TH AVE
EAGLE LAKE MN 56024

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$4,836.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.195. **Nonpriority creditor's name and mailing address**

LAZER LOGISTICS
6525 SHILOH ROAD
ALPHARETTA GA 30005

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$36,963.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.196. | **Nonpriority creditor's name and mailing address**

LEGAL SHIELD
ONE PRE-PAID WAY
ADA OK 74820-5813

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$528.40

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.197. | **Nonpriority creditor's name and mailing address**

LEYVA LEYVA, LIZETH
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.55

**Date or dates debt was incurred**

11/2/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.198. | **Nonpriority creditor's name and mailing address**

LINDE INC
FORGE, 43 CHURCH STREET WEST
WOKING GU21 6HT
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$56,862.28

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LINEAGE LOGISTICS PFS, LLC<br>46500 HUMBOLDT DRIVE<br>NOVI MI 48377 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,945.98 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LINEAGE TRANSPORTATION LLC<br>46500 HUMBOLDT DRIVE<br>NOVI MI 48377 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,709.85 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | LJP WASTE & RECYCLE LLC<br>2160 RINGHOFER DR<br>NORTH MANKATO MN 56003-2202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,502.39 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

3.202.    **Nonpriority creditor's name and mailing address**

LOADSMART INC.
175 W JACKSON BLVD,
CHICAGO IL 60604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$500.00

---

3.203.    **Nonpriority creditor's name and mailing address**

LOCKE TRANSPORTATION INC.
7101 S. KOSTNER AVE
CHICAGO IL 60629

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$9,055.00

---

3.204.    **Nonpriority creditor's name and mailing address**

LOPEZ LOPEZ, DELFINA
Address Intentionally Omitted

**Date or dates debt was incurred**

2/3/2023

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$18.82

---

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.205. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.205.**

**Nonpriority creditor's name and mailing address**

LOPEZ, SELENA
Address Intentionally Omitted

**Date or dates debt was incurred**

5/13/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,019.42

---

**3.206.**

**Nonpriority creditor's name and mailing address**

LULE SERRANO, MARIA
Address Intentionally Omitted

**Date or dates debt was incurred**

9/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11.30

---

**3.207.**

**Nonpriority creditor's name and mailing address**

LUNA, CARLOS
Address Intentionally Omitted

**Date or dates debt was incurred**

6/28/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,082.97

---

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

M.F. CONSTRUCTION INC
2 R DU BRULE
ST RIQUIER 80135
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,661.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MAGID GLOVE AND SAFETY
1300 NAPERVILLE DRIVE
ROMEOVILLE IL 60446-1043

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,935.03

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.210. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MALLOY ELECTRIC
809 WEST RUSSELL STREET
SIOUX FALLS SD 57104

☐ Contingent
☐ Unliquidated
☐ Disputed

$894.22

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.211. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MARCIELA GARRIDO MANDUJANO | ☑ Contingent | UNDETERMINED |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.212. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MAREL INC. | ☐ Contingent | $242,735.92 |
| | 1024 AIRPORT PKWY | ☐ Unliquidated | |
| | GAINSVILLE GA 30501 | ☐ Disputed | |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| | | | |
|---|---|---|---|
| 3.213. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | MARKS, ROBERT | ☑ Contingent | $2,153.21 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

12/2/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

| Debtor | **HyLife Foods Windom, LLC** | Case number *(if known)* **23-10521** |
|---|---|---|

**3.214.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARTINEZ ABUNDIZ, CHRISTIAN
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.215.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARTINEZ SAMANO, CARLOS
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$49,955.61

**Date or dates debt was incurred**

8/12/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.216.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

MARTINEZ-SAMANO, CARLOS
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| | |
|---|---|
| 3.217. | **Nonpriority creditor's name and mailing address** |

**3.217.**

**Nonpriority creditor's name and mailing address**

MASTER ELECTRIC
1301 OLYMPIC BOULEVARD
SANTA MONICA CA 90404

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$283,490.60

---

**3.218.**

**Nonpriority creditor's name and mailing address**

MATT SCHARN TRUCKING LLC
2774 205TH STREET
NEMAHA IA 50567

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$3,540.00

---

**3.219.**

**Nonpriority creditor's name and mailing address**

MAYNARDS OF MOUNTAIN LAKE
1049 3RD AVE
MOUNTAIN LAKE MN 56159

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$179.36

---

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

**3.220.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

| | MCGOWAN WATER CONDITIONING INC.<br>401 ELEANOR STREET<br>MANKATO MN 56001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,515.53 |

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.221.** **Nonpriority creditor's name and mailing address**

MCMASTER CARR SUPPLY COMPANY
600 NORTH COUNTY LINE ROAD
ELMHURST IL 60126-2034

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,854.41

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.222.** **Nonpriority creditor's name and mailing address**

MECHANICAL SYSTEMS INC
1001 TUCKASEEGEE ROAD
CHARLOTTE NC 28208

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$74,274.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor     **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.223. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.223.**

**Nonpriority creditor's name and mailing address**

MEDIACOM
1 MEDIACOM WAY
NEW YORK NY 10918

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,718.44

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.224.**

**Nonpriority creditor's name and mailing address**

MEJIA MEDINA, JULIO C
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,533.00

**Date or dates debt was incurred**

3/22/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.225.**

**Nonpriority creditor's name and mailing address**

MEL EASTON & SONS INC
13511 192ND ST
COUNCIL BLUFFS IA 51503

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$28,972.74

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

**3.226.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MELENDEZ CABALLERO, MARIA
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.227.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MELO, JAYLER
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$27.80

**Date or dates debt was incurred**

8/1/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.228.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**

MENDOZA, YOEL
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,169.31

**Date or dates debt was incurred**

11/18/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 3.229. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MILLER BEVCO
6209 RICHARDS DR
SHAWNEE KS 66216

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,282.88

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.230. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MINNESOTA ENERGY RESOURCES
2665 145TH STREET WEST
ROSEMOUNT MN 55068-0455

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,235.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.231. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MINNESOTA INVESTMENT PROPERTIES LLC

☐ Contingent
☐ Unliquidated
☐ Disputed

$825.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**3.232.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | MINNESOTA VALLEY TESTING LABS | | $2,914.17
| | P.O. BOX 249 | ☐ Contingent |
| | NEW ULM MN 56073-0249 | ☐ Unliquidated |
| | | ☐ Disputed |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.233.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | MITEX TRADING LLC | | $800.00
| | 195 PLAINFIELD AVE | ☐ Contingent |
| | JERSEY CITY NJ 07306 | ☐ Unliquidated |
| | | ☐ Disputed |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.234.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
| | *Check all that apply.* |
| | MODA SYSTEMS AMERICA | | $21,807.97
| | 9615 E COUNTY LINE RD | ☐ Contingent |
| | CENTENNIAL CO 80112 | ☐ Unliquidated |
| | | ☐ Disputed |

**Date or dates debt was incurred**       **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.235. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | MONONA COUNTY IRON INC.<br>105 SIOUX ST<br>MAPLETON IA 51034 | *Check all that apply.* |

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$65,230.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.236.   **Nonpriority creditor's name and mailing address**

MOSS & BARNETT
4800 WELLS FARGO CENTER
MINNEAPOLIS MN 55402-4129

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$6,184.50

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.237.   **Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES
1605 ALTON ROAD
BIRMINGHAM AL 35210

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$94,485.51

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 3.238. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.238.  **Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
515 BROADHOLLOW ROAD
MELVILLE NY 11747

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,428.16

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.239.  **Nonpriority creditor's name and mailing address**

MTN LAKE MUNICIPAL UTILITIES
930 THIRD AVENUE
MT. LAKE MN 56159

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,870.01

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.240.  **Nonpriority creditor's name and mailing address**

MUNOZ CANALES, JERSSON
Address Intentionally Omitted

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,278.02

**Date or dates debt was incurred**

8/26/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

**3.241.**   **Nonpriority creditor's name and mailing address**

NAC MECHANICAL & ELECTRICAL SERVICES
1001 LABORE INDUSTRIAL CT B
ST PAUL MN 55110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $9,290.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.242.**   **Nonpriority creditor's name and mailing address**

NALCO WATER
1601 WEST DIEHL ROAD
NAPERVILLE IL 60563-1198

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $1,321.04 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**3.243.**   **Nonpriority creditor's name and mailing address**

NATIONAL PORK PRODUCERS COUNCIL
PO BOX 10383
DES MOINES IA 50306

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|
| ☐ Contingent | $0.00 |
| ☐ Unliquidated | |
| ☐ Disputed | |

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.244. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NAVITOR
1030 MASSACHUSETTS AVENUE
CAMBRIDGE MA 02138

☐ Contingent
☐ Unliquidated
☐ Disputed

$369.56

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.245. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEOGEN CORPORATION
9490 NEOGENOMICS WAY
FORT MYERS FL 33912

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,173.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.246. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEW VISION COOP
38438 210TH STREET
BREWSTER MN 56119

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,054.98

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 3.247. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEWARK CORPORATION
300 SOUTH RIVERSIDE PLAZA
CHICAGO IL 60606

☐ Contingent
☐ Unliquidated
☐ Disputed

$423.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.248. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NIJHUIS WATER TECHNOLOGY INC.
INNOVATIEWEG 4
DOETINCHEM 7007 CD
NETHERLANDS

☐ Contingent
☐ Unliquidated
☐ Disputed

$25,652.41

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.249. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NOR-AM COLD STORAGE
801 6TH ST SOUTHWEST
LEMARS IA 51031

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,519.99

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.250. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NOR-AM COLD STORAGE
801 6TH STREET SOUTHWEST
LEMARS IA 51031

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$4,084.15

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.251. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NORTH STAR SCALE INC
1006 230TH STREET
ORMSBY MN 56162

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,737.87

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

| 3.252. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NUWAY COOPERATIVE
440 HIGHWAY 4 SOUTH
TRIMONT MN 56176

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$1,483.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.253. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

O`REILLY AUTOMOTIVE INC
233 SOUTH PATTERSON AVENUE
SPRINGFIELD MO 65802-2298

☐ Contingent
☐ Unliquidated
☐ Disputed

$10.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.254. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OCEAN NETWORK EXPRESS PTE LTD
8730 STONY POINT PARKWAY
RICHMOND VA 23235

☐ Contingent
☐ Unliquidated
☐ Disputed

$6,057.35

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.255. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

OMAR TINAJERO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.256. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | ORION EQUIPMENT INC 18060 DES MOINES MEMORIAL DRIVE SEATTLE WA 98148 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $401.73 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.257. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | OROZCO GUSAN, HUGO Address Intentionally Omitted | ☒ Contingent ☐ Unliquidated ☐ Disputed | $1,283.00 |
| | **Date or dates debt was incurred** 1/13/2023 | **Basis for the claim:** PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.258. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | ORTIZ LOPEZ, JUAN G Address Intentionally Omitted | ☒ Contingent ☐ Unliquidated ☐ Disputed | $1,444.00 |
| | **Date or dates debt was incurred** 3/14/2023 | **Basis for the claim:** PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

---

**3.259.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

**3.259.**

**Nonpriority creditor's name and mailing address**

OTIMO CUSTOMS
366 WATERLOO ST
WINNIPEG MB R3N 0S6
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,986.03

---

**3.260.**

**Nonpriority creditor's name and mailing address**

OVERHEAD DOOR COMPANY OF MANKATO INC
1430 3RD AVENUE
MANKATO MN 56001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$13,856.25

---

**3.261.**

**Nonpriority creditor's name and mailing address**

PARADIS' INC
812 STATE HWY 92
BROOKS MN 56715

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$72,700.00

---

Debtor   **HyLife Foods Windom, LLC**                                                                    Case number *(if known)* **23-10521**

| 3.262. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARGA VIRAMONTES, SERGIO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,783.00

**Date or dates debt was incurred**

2/27/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.263. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PARGA VIRMONTES, SERGIO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$717.55

**Date or dates debt was incurred**

5/9/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.264. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PAULSON, MATTHEW
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$638.67

**Date or dates debt was incurred**

12/15/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | |
|---|---|

**3.265.**   **Nonpriority creditor's name and mailing address**

PAZ-ECHEVERRIA, JOSE
Address Intentionally Omitted

**Date or dates debt was incurred**

4/20/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$63,735.11

---

**3.266.**   **Nonpriority creditor's name and mailing address**

PCC LOGISTICS
432 ESTUDILLO AVENUE
SAN LEANDRO CA 94577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$11,801.25

---

**3.267.**   **Nonpriority creditor's name and mailing address**

PEARSON PACKAGING SYSTEMS
8120 WEST SUNSET HIGHWAY
SPOKANE WA 99224

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,277.18

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.268. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

PEDERSON, DAINTRI
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$840.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.269. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

PER MAR SECURITY SERVICES
1910 EAST KIMBERLY ROAD
DAVENPORT IA 52807-2033

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,368.47

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.270. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

PEREZ GARCIA, DINORA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$1,570.48

**Date or dates debt was incurred**

2/7/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.271. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PETERSON PHARMACY & GIFTS
1007 3RD AVE MT LAKE
WINDOM MN 56159

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$570.13

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.272. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PICK HEATERS INC
730 S INDIANA AVE
WEST BEND WI 53095

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19,796.43

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.273. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PIERRE, VANIK
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$26,766.91

**Date or dates debt was incurred**

9/16/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | |
|---|---|---|

**3.274.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PINNACLE ENGINEERING
7660 WOODWAY DRIVE
HOUSTON TX 77063

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,900.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.275.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PLAZA RUIZ, FLAVIA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$11,648.12

**Date or dates debt was incurred**

9/29/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.276.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

PLUNKETT'S PEST CONTROL, INC
40 52ND WAY NE
FRIDLEY MN 55421

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,671.84

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.277. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PM REPAIR LLC
900 E DEYOUNG ST
MARION IL 62959

$2,269.77

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.278. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PORTES DE SOTUYO, MARIA
Address Intentionally Omitted

$45,287.07

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

5/20/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.279. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

PRIMEDGE INC
1281 ARTHUR AVENUE
ELK GROVE VILLAGE IL 60007

$1,528.13

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.280. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

PROFESSIONALWATER TECHNOLOGIES
1048 LA MIRADA COURT
VISTA CA 92081

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$3,500.00

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.281. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

QC SUPPLY LLC
574 ROAD 11
SCHUYLER NE 68661-0581

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$4,900.14

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.282. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

QUICK PRINT
309-311 LONDON ROAD
WESTCLIFF-ON-SEA SS0 7BX
UNITED KINGDOM

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$5,372.45

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

---

**3.283.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

QVEST LLC
205 SE 2ND ST
GUYMON OK 73942

$188,280.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.284.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

QVORTEX LLC
205 SE 2ND STREET
GUYMON OK 73942

$4,103.83

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.285.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

RADIANT ROAD & RAIL, INC.
9014 HERITAGE PKWY
WOODBRIDGE IL 60517

$10,800.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

**3.286.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
|---|---|---|

**3.286.**

**Nonpriority creditor's name and mailing address**

RAMOS, MAE-LING
Address Intentionally Omitted

**Date or dates debt was incurred**

7/29/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,363.90

---

**3.287.**

**Nonpriority creditor's name and mailing address**

RANGOU, SAMYA
Address Intentionally Omitted

**Date or dates debt was incurred**

7/1/2022

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,180.38

---

**3.288.**

**Nonpriority creditor's name and mailing address**

RASMUSSEN MECHANICAL SERVICES INC
3211 NEBRASKA AVE
COUNCIL BLUFFS IA 51501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$6,614.32

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

3.289.   **Nonpriority creditor's name and mailing address**

RAZOR EDGE SYSTEMS
303 N 17TH AVE E
ELY MN 55731

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $861.59 |

3.290.   **Nonpriority creditor's name and mailing address**

READING BUS LINE INC
19771 MCCALL AVE
READING MN 56165

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $14,375.00 |

3.291.   **Nonpriority creditor's name and mailing address**

RED CARPET INN
1289 EAST DUBLIN GRANVILLE ROAD
COLUMBUS OH 43229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No

☐ Yes

| Amount of claim |
| --- |
| $263.70 |

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

---

**3.292.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
---|---|---|---

RESHARP INDUSTRIES INC
3315 SW 13TH ST
OCALA FL 34474

$2,678.06

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.293.** **Nonpriority creditor's name and mailing address**

RGS-CW OF PUERTO RICO INC.

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,539.80

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.294.** **Nonpriority creditor's name and mailing address**

RIOS LORENZANA, JOEL
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

$1,132.84

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

8/2/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                             Case number *(if known)* **23-10521**

| 3.295. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.295. **Nonpriority creditor's name and mailing address**

RIOS, VERONICA
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$85.55

**Date or dates debt was incurred**

11/22/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.296. **Nonpriority creditor's name and mailing address**

RIVERA BAEZ, EDWIN
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$87,465.58

**Date or dates debt was incurred**

9/13/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.297. **Nonpriority creditor's name and mailing address**

RIVERA COLON, ALFRED
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$18.82

**Date or dates debt was incurred**

12/17/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 3.298. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROBERT W. CARLSTROM CO. INC
KEITH HAFF
1901 EXCEL DR
MANKATO MN 56001-6281

☐ Contingent
☐ Unliquidated
☐ Disputed

$539,820.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.299. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROCHA, URBANO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$898.19

**Date or dates debt was incurred**

10/29/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.300. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RODRIGUEZ CORTES, LUCAS
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$8,774.37

**Date or dates debt was incurred**

2/2/2023

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.301. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RODRIGUEZ GABRIOLA, MARIA | *Check all that apply.* |
| | Address Intentionally Omitted | ☑ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$2,979.49

**Date or dates debt was incurred**

10/4/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.302. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RODRIGUEZ ROMERO, ROSA | *Check all that apply.* |
| | Address Intentionally Omitted | ☑ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$642.86

**Date or dates debt was incurred**

6/10/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.303. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| | RODRIGUEZ SANCHEZ, MA CARMEN | *Check all that apply.* |
| | Address Intentionally Omitted | ☑ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |

**Amount of claim**

$1,018.37

**Date or dates debt was incurred**

11/18/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 3.304. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RODRIGUEZ SANTIAGO, DOMINGO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$36.05

**Date or dates debt was incurred**

10/6/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.305. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROJAS TREJO, CESAR
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$6,341.33

**Date or dates debt was incurred**

5/5/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.306. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

ROLLING HILLS EXPRESS INC
275 WAKE FOREST RD
SARDIS TN 38371

☐ Contingent
☐ Unliquidated
☐ Disputed

$35,910.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor     **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.307. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ROSARIO TORRES, ANGEL
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$32,285.63

**Date or dates debt was incurred**

6/2/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.308. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

ROSENSTENGEL
30968 CO RD 24
SLEEPY EYE MN 56085

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,130.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| 3.309. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

RUNNING SUPPLY INC - 72190
901 NORTH HIGHWAY 59
MARSHALL MN 56258

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$556.18

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 3.310. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.310.  **Nonpriority creditor's name and mailing address**

SAFE FOODS CHEMICAL INNOVATIONS
1501 E 8TH ST
NORTH LITTLE ROCK AR 72114

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$20,823.10

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.311.  **Nonpriority creditor's name and mailing address**

SANCHEZ, FRANCISCO
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

UNDETERMINED

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

3.312.  **Nonpriority creditor's name and mailing address**

SANFORD HEALTH
6101 S LOUISE AVE
SIOUX FALLS SD 57108

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Amount of claim**

$4,124.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 3.313. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SANFORD HEALTH OCCUPATIONAL MC
1305 WEST 18TH STREET
SIOUX FALLS SD 57117-5039

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,135.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.314. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SANITOS GOMEZ, YANET
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$30.85

**Date or dates debt was incurred**

5/2/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.315. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SATELLITE SHELTERS INC.
2530 XENIUM LANE NORTH
PLYMOUTH MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,031.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.316. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SCHIMBERG COMPANY<br>1106 SHAVER RD NE<br>CEDAR RAPIDS IA 52402-4500 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $723.70 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.317. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SCHWALBACH HARDWARE INC<br>193 9TH ST<br>WINDOM MN 56101-1770 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $9,199.98 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.318. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | SCHWARTZ FARMS<br>32296 190TH STREET<br>SLEEPY EYE MN 56085-9652 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $58,013.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.319. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SCHWICKERT`S TECTA AMERICA LLC
221 MINNESOTA STREET
MANKATO MN 56001-2332

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,179.93

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.320. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SCOTLYNN
1150 VITTORIA ROAD
VITTORIA ON N0E1W0
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$60,084.59

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.321. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SCR SOLUTIONS, INV.
1007 N TOWER RD
FERGUS FALLS MN 56537

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,795.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 3.322. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEALED AIR
2415 CASCADE POINTE BOULEVARD
CHARLOTTE NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

$21,396.79

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.323. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SEIGFREID BINGHAM
2800 COMMERCE TOWER
KANSAS CITY MO 64105

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,464.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.324. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHERWOOD FOOD DISTRIBUTORS
12499 EVERGREEN ROAD
DETROIT MI 48228

☐ Contingent
☐ Unliquidated
☐ Disputed

$54,842.68

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor  **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.325. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SHORR - HANCHETT PAPER COMPANY
4000 FERRY ROAD
AURORA IL 60502

☐ Contingent
☐ Unliquidated
☐ Disputed

$18,300.96

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.326. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIERRA PATINO, ALBERTO
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$195.88

**Date or dates debt was incurred**

10/14/2022

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.327. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SIGMA-ALDRICH
PO BOX 14508
ST LOUIS MO 68187

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,021.49

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| 3.328. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SILCHUK LOGISTICS
1708 E RICE ST
SIOUX FALLS SD 57101

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.329. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SILVA-COFRESI, MANZANO & PADRO
9615 LOS ROMEROS AVE.
SAN JUAN PR 00926-7059

☐ Contingent
☐ Unliquidated
☐ Disputed

$40.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.330. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SKYLINE INTL
5 FABAS STREET
BOX 100
LA BROQUERIE MB R0A 0W0
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

$582,709.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

INTERCOMPANY ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.331. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SMITH TRUCKING
701 MARKET ST STE 111
SAINT AUGUSTINE FL 32095-8803

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,812.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.332. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOS OFFICE FURNITURE
2441 UNIVERSITY AVENUE WEST
ST. PAUL MN 55114

☐ Contingent
☐ Unliquidated
☐ Disputed

$44.67

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.333. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

SOUTH CENTRAL ELECTRIC ASSOCIATION
71176 TIELL DRIVE
SAINT JAMES MN 56081

☐ Contingent
☐ Unliquidated
☐ Disputed

$199.54

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.334. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.334.

**Nonpriority creditor's name and mailing address**

SPRAYING SYSTEMS CO
200 WEST NORTH AVENUE
GLENDALE HEIGHTS IL 60187-7901

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,096.50

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.335.

**Nonpriority creditor's name and mailing address**

SPRING HILL PALLET INC.
164 SEVEN PINES CUT-OFF
LONGVIEW TX 75605

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$259,308.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.336.

**Nonpriority creditor's name and mailing address**

STAPLES ADVANTAGE
500 STAPLES DRIVE
FRAMINGHAM MA 01702

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$20,398.05

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.337. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAPLES OIL CO.
1680 REDDING AVE N
WINDOM MN 56101

$10,086.94

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.338. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STAR EQUIPMENT INC
1401 2ND AVENUE
DES MOINES IA 50314

$995.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

| 3.339. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

STEAM LOGISTICS
NICHOLAS THOMPSON
325 MARKET ST
CHATTANOOGA TN 37402

$137,993.70

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**            **Basis for the claim:**

VARIOUS                                        ACCOUNTS PAYABLE

**Last 4 digits of account number:**           **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.340. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.340.    **Nonpriority creditor's name and mailing address**

STEARNSMARTIN LLC
1255 HWY 15 SOUTH
FAIRMONT MN 56031

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.341.    **Nonpriority creditor's name and mailing address**

STINSON LEONARD STREET
1201 WALNUT STREET
KANSAS CITY MO 64106

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$71,449.89

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.342.    **Nonpriority creditor's name and mailing address**

SUBWAY
UNIT 6A INTU MERRY HILL
BRIERLEY HILL DY5 1-SY
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$22.52

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 3.343. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUMMIT ENVIROSOLUTIONS INC
6774 S MCCARRAN BLVD # 101
RENO NV 89609

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,532.53

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.344. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SUNBELT RENTALS INC
2341 DEERFIELD DR
FORT MILL SC 29715

☐ Contingent
☐ Unliquidated
☐ Disputed

$814.16

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.345. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SVE LLC
ONE BOSTON PLACE
BOSTON MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

$12,720.19

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 3.346. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SYSCO WESTERN
900 US-10
ST CLOUD MN 56304

☐ Contingent
☐ Unliquidated
☐ Disputed

$896.53

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.347. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

T&M DEVELOPMENT LLC
5905 BELLEVILLE RD
BELLEVILLE MI 48111-1119

☐ Contingent
☐ Unliquidated
☐ Disputed

$51,015.16

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.348. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TENNANT SALES AND SERVICE COMPANY
10400 CLEAN STREET
EDEN PRAIRIE MN 55344

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,867.26

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.349. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | THE FIRE GROUP, INC.<br>V DELL UNIONE 3<br>MILANO 20122<br>ITALY | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,723.77 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.350. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | THERMO RAMSEY INC<br>501 90TH AVE NW<br>MINNEAPOLIS MN 55111 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,262.70 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.351. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | TINAJERO IBARRA, OMAR<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | UNDETERMINED |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 3.352. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TINAJERO, OMAR
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$49,959.93

**Date or dates debt was incurred**

7/21/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.353. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TORRES MARTINEZ, CECILIA
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$35.32

**Date or dates debt was incurred**

1/12/2023

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.354. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

TOTAL MAINTENANCE SOLUTIONS
507 45TH STREET
GARDEN CITY ID 83714

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,543.85

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **HyLife Foods Windom, LLC**                                                        Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.355. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRANSAM TRUCKING INC.
15910 SOUTH HIGHWAY 169
OLATHE KS 66062

$59,661.58

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.356. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRANSPORTATION SPECIALIST, LTD.
10001 SOUTH 152ND STREET
OMAHA NE 68138

$31,490.28

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | | |
|---|---|---|---|
| 3.357. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

TRAPPERS TRANSPORT LTD
1300 REDONDA STREET
WINNIPEG MB R2C 3T7
CANADA

$19,100.51

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                      Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 3.358. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TRI - MACH GROUP INC<br>23 DONWAY COURT<br>ELMIRA ON N3B 0B1<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,535.00 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.359. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TRI-CHEM CORPORATION<br>8154-217, UENOHARA<br>UENOHARA 409-0112<br>JAPAN | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,074.38 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | ACCOUNTS PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 3.360. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
| | TRUJILLO RAMIREZ, AMPARO<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,438.09 |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 6/13/2022 | PENDING WORKERS' COMPENSATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No<br>☐ Yes | |

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

---

3.361.   **Nonpriority creditor's name and mailing address**

U.S. POSTAL SERVICE
475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-0546

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$1,500.00

---

3.362.   **Nonpriority creditor's name and mailing address**

ULINE INC
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,339.05

---

3.363.   **Nonpriority creditor's name and mailing address**

UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS STREET
OMAHA NE 68007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$21,520.56

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 3.364. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UNITED RENTALS INC
100 FIRST STAMFORD PLACE
STAMFORD CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

$10,691.94

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.365. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UPS
55 GLENLAKE PARKWAY, N.E.
ATLANTA GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,781.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.366. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

UPS SUPPLY CHAIN SOLUTIONS INC.
55 GLENLAKE PARKWAY, NE
ATLANTA GA 30328

☐ Contingent
☐ Unliquidated
☐ Disputed

$198.09

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 3.367. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.367.

**Nonpriority creditor's name and mailing address**

VALENZUELA RUGAMA, NUBIA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11.30

**Date or dates debt was incurred**

11/11/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.368.

**Nonpriority creditor's name and mailing address**

VALLEJO, BELINDA
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$21,185.58

**Date or dates debt was incurred**

9/17/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.369.

**Nonpriority creditor's name and mailing address**

VAN METER INC
850 32ND AVENUE SW
CEDAR RAPIDS IA 52404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$16,520.02

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

3.370.   **Nonpriority creditor's name and mailing address**   | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**

VAN TOL PROPERTIES LLC
1050 MARSH STREET
MANKATO MN 56001

$1,995.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS                           ACCOUNTS PAYABLE

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
☐ Yes

3.371.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

VANDEBERG SCALES
770 7TH ST NW
SIOUX CENTER IA 51250

$1,734.66

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS                           ACCOUNTS PAYABLE

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
☐ Yes

3.372.   **Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Amount of claim**

VET'S OIL COMPANY DBA SUPERAMERICA
814 3RD ST
JACKSON MN 56304

$192.34

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**   **Basis for the claim:**

VARIOUS                           ACCOUNTS PAYABLE

**Last 4 digits of account number:**   **Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.373. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

VIKING ELECTRIC SUPPLY INC
451 INDUSTRIAL BOULEVARD NE
MINNEAPOLIS MN 55413

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,298.78

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.374. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

VOYA FINANCIAL
230 PARK AVENUE
NEW YORK NY 10169

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,484.06

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| 3.375. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

WAKEFIELD PORK INC
410 MAIN AVE E
GAYLORD MN 55334

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$106,206.11

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                            Case number *(if known)* **23-10521**

| 3.376. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WELLS FARGO EQUIPMENT FINANCE
MANUFACTURER SERVICE GROUP
733 MARQUETTE AVENUE
MINNEAPOLIS MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

$11,248.89

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.377. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WERNER ENTERPRISES INC
14507 FRONTIER ROAD
OMAHA NE 68145-0308

☐ Contingent
☐ Unliquidated
☐ Disputed

$37,093.30

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.378. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WESTROCK CP LLC
504 THRASHER STREET
NORCROSS GA 30071-1967

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,001,978.98

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCOUNTS PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

**3.379.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WILLIAM SCOTTSMAN INC.
8211 TOWN CENTER DRIVE
BALTIMORE MD 21236-6047

$3,441.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   ACCOUNTS PAYABLE

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No
☐ Yes

**3.380.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WILLIAMS, PAUL
Address Intentionally Omitted

$1,283.00

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

12/27/2022                                PENDING WORKERS' COMPENSATION
                                          CLAIM

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No
☐ Yes

**3.381.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim**
*Check all that apply.*

WILLY, ELIZA
Address Intentionally Omitted

UNDETERMINED

☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**      **Basis for the claim:**

VARIOUS                                   PENDING WORKERS' COMPENSATION
                                          CLAIM

**Last 4 digits of account number:**      **Is the claim subject to offset?**

☒ No
☐ Yes

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

---

| 3.382. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WILSON BROTHERS INC.
925 LAMBRECHT ROAD
FRANKFORT IL 60423

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,220.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.383. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WINDOM FIRE & SAFETY
680 DES MOINES DR
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,624.91

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.384. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

WINDOM TOWING LLC
2470 MN-60
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$8,152.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

---

**3.385.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim**
--- | --- | --- | ---

WINDOM WASH LLC
2610 HIGHWAY 60 EAST
WINDOM MN 56101

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,003.64

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.386.** **Nonpriority creditor's name and mailing address**

WW COMMUNICATIONS AND SECURITY
SPECIALISTS
53936 208TH LN #2
MANKATO MN 56001

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$144.96

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.387.** **Nonpriority creditor's name and mailing address**

XCEL ENERGY
414 NICOLLET MALL
MINNEAPOLIS MN 55401

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$11,278.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 3.388. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.388. **Nonpriority creditor's name and mailing address**

XPO LOGISTICS
FIVE AMERICAN LANE
GREENWICH CT 06831

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,227.63

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

ACCOUNTS PAYABLE

**Is the claim subject to offset?**

☑ No
☐ Yes

3.389. **Nonpriority creditor's name and mailing address**

ZAMORA LULE, JESUS
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$42,061.10

**Date or dates debt was incurred**

12/20/2022

**Last 4 digits of account number:**

**Basis for the claim:**

PENDING WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| ASHBY & GEDDES P.A.<br>GREGORY A TAYLOR;BENJAMIN W KEENAN<br>500 DELAWARE AVENUE,8TH FLOOR<br>P O BOX 1150<br>WILMINGTON DE 19801 | Part 2 line 3.298 | _____ |
| BASSFORD REMELE P.A.<br>JEFFREY D KLOBUCAR;CAMERON A LALLIER<br>100 SOUTH 5TH STREET STE 1500<br>MINNEAPOLIS MN 55402-1254 | Part 2 line 3.298 | _____ |
| BUCHANAN INGERSOLL & ROONEY PC<br>GEOFFREY G GRIVNER,ESQ<br>500 DELAWARE AVE.,STE 720<br>WILMINGTON DE 19801 | Part 2 line 3.59 | _____ |
| BUCHANAN INGERSOLL & ROONEY PC<br>PETER S RUSS,ESQ<br>501 GRANT ST.,STE 200<br>PITTSBURGH PA 15219 | Part 2 line 3.59 | _____ |
| CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Part 1 line 2.920 | _____ |
| CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST<br>MAIL STOP 5 Q30 133<br>PHILADELPHIA PA 19104-5016 | Part 1 line 2.920 | _____ |
| COTTONWOOD COUNTY AUDITOR/TREASURER<br>GALE BONDHUS<br>900 3RD AVE<br>WINDOM MN 56101 | Part 2 line 3.76 | _____ |
| KOHNER MANN & KAILAS S.C.<br>SAMUEL C WISOTZKEY<br>WASHINGTON BUILDING<br>BARNABAS BUSINESS CENTER<br>4650 NORTH PORT WASHINGTON RD<br>MILWAUKEE WI 53212-1059 | Part 2 line 3.94 | _____ |
| PAUL HASTINGS LLP<br>FRANK MEROLA<br>1999 AVENUE OF THE STARS<br>27TH FL<br>CENTURY CITY CA 90067 | Part 2 line 3.330 | _____ |
| PAUL HASTINGS LLP<br>FRANK MEROLA<br>1999 AVENUE OF THE STARS<br>27TH FL<br>CENTURY CITY CA 90067 | Part 2 line 3.159 | _____ |
| PAUL HASTINGS LLP<br>FRANK MEROLA<br>1999 AVENUE OF THE STARS<br>27TH FL<br>CENTURY CITY CA 90067 | Part 2 line 3.158 | _____ |

---

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

PAUL HASTINGS LLP                 Part 2 line 3.157         _____
FRANK MEROLA
1999 AVENUE OF THE STARS
27TH FL
CENTURY CITY CA 90067

PAUL HASTINGS LLP                 Part 2 line 3.330         _____
JASON PIERCE
4747 EXECUTIVE DR
12TH FL
SAN DIEGO CA 92121

PAUL HASTINGS LLP                 Part 2 line 3.159         _____
JASON PIERCE
4747 EXECUTIVE DR
12TH FL
SAN DIEGO CA 92121

PAUL HASTINGS LLP                 Part 2 line 3.158         _____
JASON PIERCE
4747 EXECUTIVE DR
12TH FL
SAN DIEGO CA 92121

PAUL HASTINGS LLP                 Part 2 line 3.157         _____
JASON PIERCE
4747 EXECUTIVE DR
12TH FL
SAN DIEGO CA 92121

PAUL HASTINGS LLP                 Part 2 line 3.330         _____
JAYME GOLDSTEIN
200 PARK AVE
NEW YORK NY 10166

PAUL HASTINGS LLP                 Part 2 line 3.159         _____
JAYME GOLDSTEIN
200 PARK AVE
NEW YORK NY 10166

PAUL HASTINGS LLP                 Part 2 line 3.158         _____
JAYME GOLDSTEIN
200 PARK AVE
NEW YORK NY 10166

PAUL HASTINGS LLP                 Part 2 line 3.157         _____
JAYME GOLDSTEIN
200 PARK AVE
NEW YORK NY 10166

SULLIVAN HAZELTINE ALLINSON LLC    Part 2 line 3.349         _____
WILLIAM A HAZELTINE,ESQ
919 NORTH MARKET ST.,STE 420
WILMINGTON DE 19801

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | UNDETERMINED |
| **5b.** | **Total claims from Part 2** | 5b. **+** | $15,173,784.89 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $15,173,784.89 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td><strong>Debtor name:</strong> HyLife Foods Windom, LLC</td></tr>
<tr><td><strong>United States Bankruptcy Court for the:</strong> District of Delaware</td></tr>
<tr><td><strong>Case number (if known):</strong> 23-10521</td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 206G</u>

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.     Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | **Title of contract** | SERVICE AGREEMENT | A.H. HERMEL CO. 23099 NORTH RIVERFRONT DRIVE MANKATO MN 56001 |
| | **State what the contract or lease is for** | MICRO-MARKET SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | |
| | **State the term remaining** | 3/1/2023 | |
| | **List the contract number of any government contract** | _____ | |
| 2.2. | **Title of contract** | TRUST | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRUST AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AGRICULTURE MARKETING AND DEVELOPMENT, MINESOTA DEPARMENT OF AGRICULTRE 625 ROBERT STREET NORTH SAINT PAUL MN 55155 |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.3. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AGRI-SWINE ALLIANCE 4745 RAILROAD AVE SE ABERDEEN SD 57401 |
| | **State the term remaining** | 3Y TERM EXPIRED | |
| | **List the contract number of any government contract** | _____ | |

Debtor   **HyLife Foods Windom, LLC**                     Case number *(if known)* **23-10521**

| 2.4. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DIRECTORS & OFFICERS LIABILITY POLICY NO. 06-078-93-37 | |
| | **Nature of debtor's interest** | INSURED | AIG INSURANCE COMPANY OF CANADA |
| | **State the term remaining** | 12/29/2023 | 120 BREMNER BOULEVARD SUITE 2200 |
| | **List the contract number of any government contract** | | TORONTO ON M5J 0A8 CANADA |

| 2.5. | **Title of contract** | INSURANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS DIRECTORS & OFFICERS LIABILITY INSURANCE NO. 0313-7727 | |
| | **Nature of debtor's interest** | | ALLIED WORLD SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | | 200 KING STREET WEST SUITE 1600 |
| | **List the contract number of any government contract** | | TORONTO ON M5H3T4 CANADA |

| 2.6. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PACKAGING SUPPLY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | AMCOR FLEXIBLES NORTH AMERICA , INC. |
| | **State the term remaining** | 12/31/2025 | 2200 BADGER AVENUE OSHKOSH WI 54904 |
| | **List the contract number of any government contract** | | |

| 2.7. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | COMMUNICATIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ASL INTERPRETATION SERVICES, INC. |
| | **State the term remaining** | | 5801 DULUTH STREET SUITE 106 GOLDEN VALLEY MN 55422 |
| | **List the contract number of any government contract** | | |

| 2.8. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSTRUCTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | BACKCOUNTRY SERVICES, LLC. |
| | **State the term remaining** | 3/1/2023 | 69751 – 380TH ST SAINT JAMES MN 56081 |
| | **List the contract number of any government contract** | | |

Debtor    **HyLife Foods Windom, LLC**

Case number *(if known)* **23-10521**

| 2.9. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DIRECTORS & OFFICERS LIABILITY (EXCESS) POLICY NO. 43-EMC-319574-02 | |
| | **Nature of debtor's interest** | INSURED | BERKSHIRE HATHAWAY SPECIALTY INSURANCE |
| | **State the term remaining** | 12/29/2023 | 1 LINCOLN STREET 23RD FLOOR |
| | **List the contract number of any government contract** | | BOSTON MA '02111 |

| 2.10. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CENTIMARK CORPORATION 10701 HAMPSIRE AVE |
| | **State the term remaining** | | BLOOMINGTON MN 55438 |
| | **List the contract number of any government contract** | | |

| 2.11. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CENTIMARK CORPORATION 10701 HAMPSIRE AVE |
| | **State the term remaining** | WITHIN 10 DAYS OF COMMENCEMENT | BLOOMINGTON MN 55438 |
| | **List the contract number of any government contract** | | |

| 2.12. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CENTIMARK CORPORATION 10701 HAMPSIRE AVE |
| | **State the term remaining** | UPON RECIEPT OF MATERIALS | BLOOMINGTON MN 55438 |
| | **List the contract number of any government contract** | | |

| 2.13. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RAW RENDERING MATERIAL PROCESSING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CENTRAL BI PRODUCTS 220 PONDEROSA ROAD |
| | **State the term remaining** | | PO BOX 319 |
| | **List the contract number of any government contract** | | REDWOOD FALLS MN 56283 |

Debtor   **HyLife Foods Windom, LLC**                                     Case number *(if known)* **23-10521**

| 2.14. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RENTAL AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | CHEP CANADA CORP |
| | **State the term remaining** | | 7400 EAST DANBRO CRECENT MISSISSAUGA ON L5N 8C6 CANADA |
| | **List the contract number of any government contract** | | |

| 2.15. | **Title of contract** | WASTEWATER TREATMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CITY OF WINDOM |
| | **State the term remaining** | AS OF 10/16/2018 | 400 DRAKE AVE S WINDOM MN 50101 |
| | **List the contract number of any government contract** | | |

| 2.16. | **Title of contract** | WASTEWATER TREATMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RATE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CITY OF WINDOM |
| | **State the term remaining** | AS OF 12/15/2021 | 400 DRAKE AVE S WINDOM MN 50101 |
| | **List the contract number of any government contract** | | |

| 2.17. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | COMPEER FINANCIAL |
| | **State the term remaining** | | 1921 PREMIER DR MANKATO MN 56001 |
| | **List the contract number of any government contract** | | |

| 2.18. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EQUIPMENT LEASE | |
| | **Nature of debtor's interest** | LESSEE | COMPEER FINANCIAL |
| | **State the term remaining** | 7/31/2027 | 2600 JENNY WREN TRAIL PO BOX 810 SUN PRAIRIE WI 53590 |
| | **List the contract number of any government contract** | | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.19. | **Title of contract** | CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | CONFIDENTIAL CUSTOMER CONTRACTS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONFIDENTIAL CUSTOMER CONTRACTS |
| | **State the term remaining** | _____ | |
| | **List the contract number of any government contract** | _____ | |
| 2.20. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CONSTANTINO,WILFREDO Address Intentionally Omitted |
| | **State the term remaining** | 2025 | |
| | **List the contract number of any government contract** | _____ | |
| 2.21. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMMERCIAL OUTPUT PROPERTY POLICY NO. COP145532A | |
| | **Nature of debtor's interest** | INSURED | CRESTBROOK INSURANCE COMPANY |
| | **State the term remaining** | 1/1/2024 | NATIONWIDE MUTUAL INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | 1 NATIONWIDE PLAZA COLUMBUS OH 43215 |
| 2.22. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMMERCIAL GENERAL LIABILITY POLICY NO. CPP145532A | |
| | **Nature of debtor's interest** | INSURED | CRESTBROOK INSURANCE COMPANY |
| | **State the term remaining** | 1/1/2024 | NATIONWIDE MUTUAL INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | 1 NATIONWIDE PLAZA COLUMBUS OH 43215 |
| 2.23. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | COMMERCIAL AUTOMOBILE LIABILITY POLICY NO. CPP145532A | |
| | **Nature of debtor's interest** | INSURED | CRESTBROOK INSURANCE COMPANY |
| | **State the term remaining** | 1/1/2024 | NATIONWIDE MUTUAL INSURANCE COMPANY |
| | **List the contract number of any government contract** | _____ | 1 NATIONWIDE PLAZA COLUMBUS OH 43215 |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.24. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | UMBRELLA LIABILITY POLICY NO. CU145532A | |
| | **Nature of debtor's interest** | INSURED | CRESTBROOK INSURANCE COMPANY |
| | **State the term remaining** | 1/1/2024 | NATIONWIDE MUTUAL INSURANCE COMPANY |
| | **List the contract number of any government contract** | | 1 NATIONWIDE PLAZA COLUMBUS OH 43215 |

| 2.25. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FORKLIFT LEASE | |
| | **Nature of debtor's interest** | LESSEE | CROWN LIFT TRUCKS 8650 109TH AVE N |
| | **State the term remaining** | 6/15/2024 | CHAMPLIN MN 55316 |
| | **List the contract number of any government contract** | | |

| 2.26. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CHARGER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | CROWN LIFT TRUCKS 8650 109TH AVE N |
| | **State the term remaining** | | CHAMPLIN MN 55316 |
| | **List the contract number of any government contract** | | |

| 2.27. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSULTING SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DC LEGISLATIVE & REGULATORY SERVICES, INC. |
| | **State the term remaining** | 4/1/2022 | 2221 S. CLARK STREET 11TH FLOOR |
| | **List the contract number of any government contract** | | ARLINGTON VA 22202 |

| 2.28. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DE SOLA, ROMAR |
| | **State the term remaining** | 7/17/1905 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **HyLife Foods Windom, LLC**                                           Case number *(if known)* **23-10521**

| 2.29. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | DENTAL INSURANCE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | DELTA DENTAL OF MINNESOTA P.O. BOX 9124 FARMINGTON HILLS MI 48333 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.30. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER TREATMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ECOLAB CO 5150 TOMKEN RAOD MISSISSAUGA ON L4W 2X5 CANADA |
| | **State the term remaining** | 7/1/2026 | |
| | **List the contract number of any government contract** | | |

| 2.31. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | ECONOMIC DEVELOPMENT AUTHORITY OF WINDOM 1925 NORTH REDDING AVENUE WINDOM MN 56101 |
| | **State the term remaining** | 4/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.32. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 401K PLAN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | EMPOWER RETIREMENT PO BOX 1700 DENVER CO 80201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.33. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENERGY SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ENCORE ENERGY SERVICES, INC. 11807 Q STREET SUITE 1 OMAHA NE 11807 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

| 2.34. | **Title of contract** | SUPPLY AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | FAST DEVELOPMENT, INC. |
| | **State the term remaining** | 2Y TERM EXPIRED | | 1751 623RD AVENUE |
| | **List the contract number of any government contract** | _____ | | PEMBERTON MN 56078 |

| 2.35. | **Title of contract** | SERVICE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | MECHANICAL | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | FEDER MECHANICAL |
| | **State the term remaining** | _____ | | 320 ADAMS AVE NE |
| | | | | PO BOX 249 |
| | **List the contract number of any government contract** | _____ | | MADELIA MN 56062 |

| 2.36. | **Title of contract** | SERVICE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | MECHANICAL | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | FEDER MECHANICAL |
| | **State the term remaining** | 1/21/2022 | | 320 ADAMS AVE NE |
| | | | | PO BOX 249 |
| | **List the contract number of any government contract** | _____ | | MADELIA MN 56062 |

| 2.37. | **Title of contract** | LEGAL SERVICES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | FITCH JOHNSON LARSON, P.A. |
| | **State the term remaining** | _____ | | WILLIAM WARREN |
| | | | | 2355 HIGHWAY 36 WEST |
| | | | | SUITE 300 |
| | **List the contract number of any government contract** | _____ | | ROSEVILLE MN 55113 |

| 2.38. | **Title of contract** | LEGAL SERVICES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | FREDRIKSON & BYRON, P.A. |
| | **State the term remaining** | _____ | | RANDY ZELLMER |
| | | | | 111 S. SECOND STREET |
| | | | | SUITE 400 |
| | **List the contract number of any government contract** | _____ | | MANKATO MN 56001 |

Debtor   **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.39. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TOOL MANUFACTURING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRONTMATEC EQUIPMENT INC. |
| | **State the term remaining** | 1/1/2023 | 51 RTE MORISSETTE |
| | **List the contract number of any government contract** | _____ | SAINT-ANSELME QC G0R2N0 CANADA |

| 2.40. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MNPMENT INC 51TRNSELMEPMENT INCTL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | FRONTMATEC EQUIPMENT INC. |
| | **State the term remaining** | UPON COMPLETION | 51 RTE MORISSETTE |
| | **List the contract number of any government contract** | _____ | SAINT-ANSELME QC G0R2N0 CANADA |

| 2.41. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GANGADHARAN, SIVADOSS |
| | **State the term remaining** | 7/16/1905 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.42. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REFRIGERATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GARTNER REFRIGIRATION INC. |
| | **State the term remaining** | 9/2/2022 | 13205 16TH AVE N |
| | **List the contract number of any government contract** | _____ | PLYMOUTH MN 55441 |

| 2.43. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | REFRIGERATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GARTNER REFRIGIRATION INC. |
| | **State the term remaining** | 2/21/2023 | 13205 16TH AVE N |
| | **List the contract number of any government contract** | _____ | PLYMOUTH MN 55441 |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.44. | **Title of contract** | SERVICE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | REFRIGERATION | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | GARTNER REFRIGIRATION INC. |
| | **State the term remaining** | 10/2/2023 | | 13205 16TH AVE N |
| | **List the contract number of any government contract** | _____ | | PLYMOUTH MN 55441 |

| 2.45. | **Title of contract** | SUPPLY AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | GAT FARMS, LLC |
| | **State the term remaining** | 1Y TERM EXPIRED | | 1725 ROE CREST DRIVE |
| | **List the contract number of any government contract** | _____ | | NORTH MANKATO MN 56003 |

| 2.46. | **Title of contract** | SERVICE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | TRANSITION SERVICES AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | GAT FARMS, LLC |
| | **State the term remaining** | _____ | | 1725 ROE CREST DRIVE |
| | **List the contract number of any government contract** | _____ | | NORTH MANKATO MN 56003 |

| 2.47. | **Title of contract** | LEGAL SERVICES | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | | |
| | **Nature of debtor's interest** | CONTRACT PARTY | | GISLASON & HUNTER LLP |
| | **State the term remaining** | _____ | | DAVID KIM |
| | **List the contract number of any government contract** | _____ | | 111 S. SECOND STREET SUITE 500 MANKATO MN 56001 |

| 2.48. | **Title of contract** | LEASE | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | | |
| | **Nature of debtor's interest** | LESSEE | | GLOBAL INVESTMENT PROPERTIES, LLC |
| | **State the term remaining** | 5/1/2025 | | 1820 N REDDING AVE |
| | **List the contract number of any government contract** | _____ | | PO BOX 441 WINDOM MN 56101 |

Debtor     **HyLife Foods Windom, LLC**                                          Case number *(if known)* **23-10521**

| 2.49. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ASSIGNMENT OF COMMERCIAL LEASE | |
| | **Nature of debtor's interest** | LESSEE | GLOBAL INVESTMENT PROPERTIES, LLC |
| | **State the term remaining** | | 1820 N REDDING AVE PO BOX 441 |
| | **List the contract number of any government contract** | | WINDOM MN 56101 |

| 2.50. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GRANITE CITY REAL ESTATE |
| | **State the term remaining** | 9/28/2023 | 1685 REDDING AVE N - 203 WINDOM MN 56101 |
| | **List the contract number of any government contract** | | |

| 2.51. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GRANITE CITY REAL ESTATE |
| | **State the term remaining** | 8/7/2023 | 1685 REDDING AVE N - 312 WINDOM MN 56101 |
| | **List the contract number of any government contract** | | |

| 2.52. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GRANITE CITY REAL ESTATE |
| | **State the term remaining** | 3/15/2024 | 1685 REDDING AVE N - 207 WINDOM MN 56101 |
| | **List the contract number of any government contract** | | |

| 2.53. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GRANITE CITY REAL ESTATE |
| | **State the term remaining** | N/A | 1685 REDDING AVE N - 306 WINDOM MN 56101 |
| | **List the contract number of any government contract** | | |

Debtor    **HyLife Foods Windom, LLC**                                                              Case number *(if known)* **23-10521**

| 2.54. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GRANITE CITY REAL ESTATE |
| | **State the term remaining** | 5/23/2023 | 1685 REDDING AVE N - 306 WINDOM MN 56101 |
| | **List the contract number of any government contract** | _____ | |

| 2.55. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXECUTIVE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GRC EXECUTIVE LLC |
| | **State the term remaining** | _____ | 1353 AV. LUIS VIGOREAUX GUAYNABO PR 00966 |
| | **List the contract number of any government contract** | _____ | |

| 2.56. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TRANSPORT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREAT PLAINS TRANSPORT, INC. |
| | **State the term remaining** | _____ | 200 1ST AVE SE MAPLETON ND 58059 |
| | **List the contract number of any government contract** | _____ | |

| 2.57. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 401K PLAN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREAT WEST TRUST COMPANY |
| | **State the term remaining** | _____ | 8515 E. ORCHARD ROAD GREENWOOD VILLAGE CO 80111 |
| | **List the contract number of any government contract** | _____ | |

| 2.58. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREG STROBEL D/B/A STROBEL FARMS |
| | **State the term remaining** | 2Y TERM EXPIRED | 1751 623RD AVENUE PEMBERTON MN 56078 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **HyLife Foods Windom, LLC**                                                          Case number *(if known)* **23-10521**

| 2.59. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GREG STROBEL FARMS LLC |
| | **State the term remaining** | 2Y TERM EXPIRED | 1751 623RD AVENUE |
| | **List the contract number of any government contract** | _____ | PEMBERTON MN 56078 |

| 2.60. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | GUBER, GREG T. |
| | **State the term remaining** | 9/30/2023 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.61. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | GULICK, TYRONE |
| | **State the term remaining** | 2025 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.62. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER TREATMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H2O INNOVAITION USA, INC. |
| | **State the term remaining** | 1/10/2023 | 330 RUE SAINT-VALLIER STREET EAST |
| | **List the contract number of any government contract** | _____ | SUITE 340 QUEBEC CITY QC G1K9C5 CANADA |

| 2.63. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WATER TREATMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | H2O INNOVAITION USA, INC. |
| | **State the term remaining** | _____ | 330 RUE SAINT-VALLIER STREET EAST |
| | **List the contract number of any government contract** | _____ | SUITE 340 QUEBEC CITY QC G1K9C5 CANADA |

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.64. | **Title of contract** | REAL ESTATE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | REAL ESTATE PURCHASE | |
| | **Nature of debtor's interest** | BORROWER | HEINOLD HOG MARKETS, LLC |
| | **State the term remaining** | _____ | 2720 HWY 60 |
| | **List the contract number of any government contract** | _____ | WINDOM MN 56101 |

| | | | |
|---|---|---|---|
| 2.65. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HILL, KARLEE |
| | **State the term remaining** | 1Y TERM, EXPIRED | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.66. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | EXTENSION OF SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HILL, KARLEE |
| | **State the term remaining** | 2/15/2024 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.67. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRANSPIRATION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HIRSCHBACH TRANSPORTATION SERVICES, INC. |
| | **State the term remaining** | 4/1/2022 | 2460 KERPER BLVD |
| | **List the contract number of any government contract** | _____ | DUBQUQUE IA 52003 |

| | | | |
|---|---|---|---|
| 2.68. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | DISTRIBUTION AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HYLIFE FOODS INTERNATIONAL LTD |
| | **State the term remaining** | 3/31/2023 | L'HORIZON |
| | **List the contract number of any government contract** | _____ | GUNSITE ROAD BRITTONS HILL ST. MICHAELS 14027 BARBADOS |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.69. | **Title of contract** | SALE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE AND PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HYLIFE FOODS INTERNATIONAL LTD |
| | **State the term remaining** | 10/15/2024 | L'HORIZON |
| | **List the contract number of any government contract** | _____ | GUNSITE ROAD BRITTONS HILL ST. MICHAELS 14027 BARBADOS |

| | | | |
|---|---|---|---|
| 2.70. | **Title of contract** | SALE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE AND PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HYLIFE FOODS INTERNATIONAL LTD |
| | **State the term remaining** | 4/1/2023 | GUNSITE ROAD BRITTONS HILL ST. MICHELLE 14027 BARBADOS |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.71. | **Title of contract** | SALE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SALE AND PURCHASE AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | HYLIFE FOODS L.P |
| | **State the term remaining** | 10/15/2024 | 623 MAIN STREET NEEPAWA MB R0J 1H0 CANADA |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.72. | **Title of contract** | SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | _____ | |
| | **Nature of debtor's interest** | _____ | HYLIFE LTD. |
| | **State the term remaining** | AS OF 01/01/2022 | L'HORIZON GUNSITE ROAD BRITTONS HILL ST. MICHAELS 14027 BARBADOS |
| | **List the contract number of any government contract** | _____ | |

| | | | |
|---|---|---|---|
| 2.73. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TRADEMARK LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | LICENSEE | ICREST INTERNATIONAL LLC |
| | **State the term remaining** | 7/16/1905 | 200 N PACIFIC COAST HWY EL SEGUNDO CA 90245 |
| | **List the contract number of any government contract** | _____ | |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.74. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MEAT DISTRIBUTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ICREST INTERNATIONAL LLC, |
| | **State the term remaining** | 5/1/2025 | 200 N PACIFIC COAST HIGHWAY EL SEGUNDO CA 90245 |
| | **List the contract number of any government contract** | _____ | |

| 2.75. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MUTRUCTION SERVICES, INCRVICES, INCIN.TRUCTION SERVICES, INCIL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INDUSTRIAL CONSTRUCTION SERVICES, INC. |
| | **State the term remaining** | 2/9/2022 | 215 15TH STREET SOUTH ST JAMES MN 56081 |
| | **List the contract number of any government contract** | _____ | |

| 2.76. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | MECHANICAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INTERSTATES, INC. |
| | **State the term remaining** | 6/1/2022 | 1400 7TH AVE NE SIOUX CENTER IA 51250 |
| | **List the contract number of any government contract** | _____ | |

| 2.77. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | VISA PROCESSING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | INUKSHUK, LLC |
| | **State the term remaining** | _____ | 1334 E CHANDLER BLVD PHEONIX AZ 85048 |
| | **List the contract number of any government contract** | _____ | |

| 2.78. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OPERATIONAL DIAGNOSTICS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | ISAAC OPERATIONS LIMITED |
| | **State the term remaining** | _____ | 219 DUFFERIN ST SUITE 300A TORONTO ON M6K3JI CANADA |
| | **List the contract number of any government contract** | _____ | |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.79. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RECRUITING | |
| | **Nature of debtor's interest** | CONTRACT PARTY | JUDGE, INC. |
| | **State the term remaining** | | 151 SOUTH WARNER ROAD SUITE 100 |
| | **List the contract number of any government contract** | | WAYNE PA 19087 |

| 2.80. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KISH, SUZANNE |
| | **State the term remaining** | 7/1/2023 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.81. | **Title of contract** | LABOR AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXTENSION OF SECONDMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KISH, SUZANNE |
| | **State the term remaining** | 5/3/2023 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.82. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ELECTRONIC EQUIPMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | KONICA MINOLTA BUSINESS SOLUTIONS U.S.A. INC |
| | **State the term remaining** | 4/30/2021 | 100 WILLIAMS DRIVE |
| | **List the contract number of any government contract** | | RAMSEY NJ 07446 |

| 2.83. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CAR LEASE | |
| | **Nature of debtor's interest** | LESSEE | LA MOTORSPORTS |
| | **State the term remaining** | | 703 1ST AVE N |
| | **List the contract number of any government contract** | | WINDOM MN 56101 |

Debtor    **HyLife Foods Windom, LLC**                                              Case number *(if known)* **23-10521**

**2.84.**   **Title of contract**              SERVICE AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**   LAWN CARE

   **Nature of debtor's interest**   CONTRACT PARTY                             LAWN CRAFTERS, LLC
                                                                              20895 610TH AVE
   **State the term remaining**   4/30/2023                                     EAGLE LAKE MN 56024

   **List the contract number of any government contract**   _____

**2.85.**   **Title of contract**              SUPPLY AGREEMENT                         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**   HOG SUPPLY AGREEMENT

   **Nature of debtor's interest**   _____          LES ELEVEURS DE PROCS DU QUEBEC
                                                                              555 BOULEVARD ROLAND-THERRIEN
   **State the term remaining**   1Y TERM EXPIRED                              BUREAU 120
                                                                              LONGUEUIL QC J4H 4E9
   **List the contract number of any government contract**   _____          CANADA

**2.86.**   **Title of contract**              SERVICE AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**   COMMUNICATIONS

   **Nature of debtor's interest**   CONTRACT PARTY                             LIGHTHOUSE SERVICES, LLC
                                                                              630 FREEDOM BUSINESS CENTER DR., 3RD FLOOR
   **State the term remaining**   6/14/2023                                     KING OF PRUSSIA PA 19406

   **List the contract number of any government contract**   _____

**2.87.**   **Title of contract**              SUPPLY AGREEMENT                         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**   CHEMICAL SUPPLY

   **Nature of debtor's interest**   CONTRACT PARTY                             LINDE INC.
                                                                              10 RIVERVIEW DRIVE
   **State the term remaining**   _____              DANBURY CT 06810

   **List the contract number of any government contract**   _____

**2.88.**   **Title of contract**              SERVICE AGREEMENT                        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

   **State what the contract or lease is for**   LOGISTICS

   **Nature of debtor's interest**   CONTRACT PARTY                             LINEAGE LOGISTICS, LLC
                                                                              46500 HUMBOLT DR
   **State the term remaining**   12/31/2022                                    NOVI MI 48377

   **List the contract number of any government contract**   _____

Debtor   **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 2.89. | **Title of contract** | INSURANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.89.

**Title of contract**  INSURANCE AGREEMENT

**State what the contract or lease is for**  EXCESS DIRECTORS AND OFFICERS AND COMPANY LIABILITY INSURANCE NO. 02-144-27-01

**Nature of debtor's interest**  _____

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOCKTON COMPANIES LLP
138 HOUNDSDITCH
LONDON EC3A 7AG
UNITED KINGDOM

---

2.90.

**Title of contract**  LABOR AGREEMENT

**State what the contract or lease is for**  SECONDMENT AGREEMENT

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  2025

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

LOGAN, KYLE
Address Intentionally Omitted

---

2.91.

**Title of contract**  SERVICE AGREEMENT

**State what the contract or lease is for**  STAFFING

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAGNOW CORPORATION
377 VALLEY RD UNIT #2697
CLIFTON NJ 07013

---

2.92.

**Title of contract**  SERVICE AGREEMENT

**State what the contract or lease is for**  REAL ESTATE

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAGSAYSAY GLOBAL SERVICES INC.
GF ANTONINO BUILDING, JORGE BOCOBO
CORNER T.M. KALAW STREETS
ERMITA
MANILLA 1000
PHILLIPINES

---

2.93.

**Title of contract**  SERVICE AGREEMENT

**State what the contract or lease is for**  CONSTRUCTION

**Nature of debtor's interest**  CONTRACT PARTY

**State the term remaining**  _____

**List the contract number of any government contract**  _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAREL SERVICE SOLUTIONS
17141 - 5505 N CUMBERLAND AVE SUITE 307
CHICAGO IL 60656-1471

Debtor **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| 2.94. | **Title of contract** | LICENSE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LICENSE AGREEMENT | |
| | **Nature of debtor's interest** | LICENSEE | MARUBENI AMERICAN CORPORATION |
| | **State the term remaining** | 1/28/2021 | 1331 CAPITAL AVENUE 4TH FLOOR OMAHA NE 69120 |
| | **List the contract number of any government contract** | _____ | |

| 2.95. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TECH SUPPLY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MASTER ELECTRIC CO., INC. |
| | **State the term remaining** | 1/21/2022 | 8555 123RD STREET SAVAGE MN 55378 |
| | **List the contract number of any government contract** | _____ | |

| 2.96. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TECH SUPPLY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MASTER ELECTRIC CO., INC. |
| | **State the term remaining** | 2/21/2023 | 8555 123RD STREET SAVAGE MN 55378 |
| | **List the contract number of any government contract** | _____ | |

| 2.97. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TECHNOLOGY | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MASTER TECHNOLOGY GROUP |
| | **State the term remaining** | _____ | 7640 GOLDEN TRIANGLE DR. EDEN PRARIE MN 55344 |
| | **List the contract number of any government contract** | _____ | |

| 2.98. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | 401K PLAN | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MATRIX TRUST COMPANY |
| | **State the term remaining** | _____ | 717 17TH ST STE 1300 DENVER CO 80202 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.99. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSTRUCTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MIDSTATES BUILDERS, INC. |
| | **State the term remaining** | 11/8/2021 | 520 SOUTH GRAND AVE |
| | **List the contract number of any government contract** | | SPENCE IA 51301 |

| 2.100. | **Title of contract** | SURETY BOND | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LIVESTOCK DEALER BOND - BOND NO. 905020320 | |
| | **Nature of debtor's interest** | | MINNESOTA DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | 5/19/2023 | 625 ROBERT ST N |
| | **List the contract number of any government contract** | | ST PAUL MN 55155 |

| 2.101. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | MINNESOTA INVESTMENT PROPERTIES, LLC |
| | **State the term remaining** | 8/21/2023 | PO BOX 394 |
| | **List the contract number of any government contract** | | HERON LAKE MN 56137 |

| 2.102. | **Title of contract** | LEGAL SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | MOSS & BARNETT, P.A. |
| | **State the term remaining** | | AARON DEAN |
| | **List the contract number of any government contract** | | 150 S. 5TH STREET |
| | | | SUITE 1200 |
| | | | MINNEAPOLIS MN 55402 |

| 2.103. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | AGREEMENT FOR PACKERS AND MARKETS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NATIONAL PORK PRODUCERS COUNCIL |
| | **State the term remaining** | | PO BOX 10383 |
| | **List the contract number of any government contract** | | DES MOINES IA 50306 |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| 2.104. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | EXCESS LIABILITY POLICY NO. CH23EXRZ077Y8IV | |
| | **Nature of debtor's interest** | INSURED | NAVIGATORS INSURANCE COMPANY |
| | **State the term remaining** | 1/1/2024 | 1 PENN PLAZA 32ND FLOOR NEW YORK NY 10119 |
| | **List the contract number of any government contract** | _____ | |

| 2.105. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTE MANAGEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | NORTHSTAR RECYCLING COMPANY, INC. |
| | **State the term remaining** | 6/3/2024 | 94 MAPLE STREET EAST LONGMEADOW MA 01028 |
| | **List the contract number of any government contract** | _____ | |

| 2.106. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | PEDERSEN, CHAD AND DAINTRI |
| | **State the term remaining** | 7/31/2022 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.107. | **Title of contract** | LEASE | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEASE AGREEMENT | |
| | **Nature of debtor's interest** | LESSEE | PEDERSEN, CHAD AND DAINTRI |
| | **State the term remaining** | 7/31/2023 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.108. | **Title of contract** | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PEMBERTON GRAIN, LLC |
| | **State the term remaining** | 2Y TERM EXPIRED | 1751 623RD AVENUE PEMBERTON MN 56078 |
| | **List the contract number of any government contract** | _____ | |

Debtor   **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | | |
|---|---|---|---|
| 2.109. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECURITY OFFICER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PER MAR SECURITY & RESEARCH CORP. |
| | **State the term remaining** | 6/9/2022 | PO BOX 4227 |
| | **List the contract number of any government contract** | _____ | DAVENPORT IA 52808 |

| | | | |
|---|---|---|---|
| 2.110. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SECURITY OFFICER AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | PER MAR SECURITY & RESEARCH CORP. |
| | **State the term remaining** | 6/22/2023 | PO BOX 4227 |
| | **List the contract number of any government contract** | _____ | DAVENPORT IA 52808 |

| | | | |
|---|---|---|---|
| 2.111. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SANITATION SERVICES | |
| | **Nature of debtor's interest** | CONTRACT PARTY | QUALITY VALUE EXPERIENCE SANITATION TEAMS |
| | **State the term remaining** | 11/28/2024 | 205 S E 2ND STREET |
| | **List the contract number of any government contract** | _____ | PO BOX 436 <br> GUYMON OK 73924 |

| | | | |
|---|---|---|---|
| 2.112. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | SUBSTANCE ABUSE | |
| | **Nature of debtor's interest** | CONTRACT PARTY | QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. |
| | **State the term remaining** | UNTIL TERMINATED | 500 PLAZA DR |
| | **List the contract number of any government contract** | _____ | SECAUCUS NJ 07094 |

| | | | |
|---|---|---|---|
| 2.113. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | OFFICE SERVICES AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | REGUS |
| | **State the term remaining** | _____ | 7 CALLE 1 SUITE 204 |
| | **List the contract number of any government contract** | _____ | GUAYNABO PR 00968 |

Debtor    **HyLife Foods Windom, LLC**                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **2.114.** | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | CONSTRUCTION |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 2/9/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROBERT W. CARLSTORM CO., INC
1901 EXCEL DRIVE
MANKOTO MN 56001

| | | |
|---|---|---|
| **2.115.** | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | CONSTRUCTION |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 1/14/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROBERT W. CARLSTORM CO., INC
1901 EXCEL DRIVE
MANKOTO MN 56001

| | | |
|---|---|---|
| **2.116.** | **Title of contract** | LABOR AGREEMENT |
| | **State what the contract or lease is for** | SECONDMENT AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 9/30/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROELS, GEOFF
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.117.** | **Title of contract** | LEASE |
| | **State what the contract or lease is for** | PROPERTY LEASE |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 8/21/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ROMSDAHL, ZACH
Address Intentionally Omitted

| | | |
|---|---|---|
| **2.118.** | **Title of contract** | SUPPLY AGREEMENT |
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 6/30/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

SCHWARTZ FARMS
32296 190TH ST
SLEEPY EYE MN 56085

Debtor    **HyLife Foods Windom, LLC**                                        Case number *(if known)* **23-10521**

| 2.119. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SCHWICKERT'S TECTA AMERICA, LLC. |
| | **State the term remaining** | 1/10/2023 | 330 POPLAR STREET |
| | **List the contract number of any government contract** | _____ | MANKATO MN 56001 |

| 2.120. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONTRACTOR | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SCHWICKERT'S TECTA AMERICA, LLC. |
| | **State the term remaining** | _____ | 330 POPLAR STREET |
| | **List the contract number of any government contract** | _____ | MANKATO MN 56001 |

| 2.121. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | BIO-PHARMACEUTICALS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SCIENTIFIC PROTEIN LABORATORIES LCC |
| | **State the term remaining** | 4/1/2023 | 700 EAST MAIN STREET |
| | **List the contract number of any government contract** | _____ | WAINAKEE WI 53597 |

| 2.122. | **Title of contract** | LEGAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LEGAL | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SKILLWORK LLC |
| | **State the term remaining** | _____ | 3738 S 149TH ST # 111 |
| | **List the contract number of any government contract** | _____ | OMAHA NE 68144 |

| 2.123. | **Title of contract** | OPERATING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | OPERATING AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | SKYLINE INTERNATIONAL CORPORATION |
| | **State the term remaining** | AS OF 3/27/2023 NO EXPIRATION DATE LISTED | QUARTERMILE ONE |
| | **List the contract number of any government contract** | _____ | EDINBURGH EH3 9EN UNITED KINGDOM |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| 2.124. | **Title of contract** | BUSINESS INSURANCE POLICY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WORKERS' COMPENSATION POLICY NO. 1000004012 | |
| | **Nature of debtor's interest** | INSURED | STARR INDEMNITY & LIABILITY COMPANY |
| | **State the term remaining** | 1/1/2024 | 399 PARK AVENUE |
| | **List the contract number of any government contract** | | 2ND FLOOR<br>NEW YORK NY 10022 |

| 2.125. | **Title of contract** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | STEARNSMARTIN LLC |
| | **State the term remaining** | | 1255 HWY 15 SOUTH |
| | **List the contract number of any government contract** | | FAIRMONT MN 56031 |

| 2.126. | **Title of contract** | LEGAL SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | ENGAGEMENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STINSON LLP |
| | **State the term remaining** | | RENEE MUELLER STEINLE<br>50 S. SIXTH STREET |
| | **List the contract number of any government contract** | | SUITE 2600<br>MINNEAPOLIS MN 55402 |

| 2.127. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | CONSTRUCTION | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STOVER & ASSOCIATES, INC. |
| | **State the term remaining** | 2/28/2022 | P.O. BOX 2056<br>STILLWATER OK 74076 |
| | **List the contract number of any government contract** | | |

| 2.128. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | WASTEWATER | |
| | **Nature of debtor's interest** | CONTRACT PARTY | STOVER & ASSOCIATES, INC. |
| | **State the term remaining** | | P.O. BOX 2056<br>STILLWATER OK 74076 |
| | **List the contract number of any government contract** | | |

Debtor    **HyLife Foods Windom, LLC**                                                    Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| **2.129.** | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | WASTEWATER TREATMENT |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STOVER & ASSOCIATES, INC.
P.O. BOX 2056
STILLWATER OK 74076

| | | |
|---|---|---|
| **2.130.** | **Title of contract** | WASTEWATER CHARICTARIZATION STUDY |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | 1/1/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STOVER & ASSOCIATES, INC.
P.O. BOX 2056
STILLWATER OK 74076

| | | |
|---|---|---|
| **2.131.** | **Title of contract** | SERVICES AGREEMENT |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | CONTRACT PARTY |
| | **State the term remaining** | AS OF 02/28/2022 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

STOVER & ASSOCIATES, INC.
P.O. BOX 2056
STILLWATER OK 74076

| | | |
|---|---|---|
| **2.132.** | **Title of contract** | |
| | **State what the contract or lease is for** | |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

T AND M DEVELOPMENT LLC
5905 BELLEVILLE RD
BELLEVILLE MI 48111-1119

| | | |
|---|---|---|
| **2.133.** | **Title of contract** | LEASE |
| | **State what the contract or lease is for** | PROPERTY LEASE |
| | **Nature of debtor's interest** | LESSEE |
| | **State the term remaining** | 3/21/2023 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

T&M DEVELOPMENT, LLC.
1955 1ST AVENUE
WINDOM MN 56101

Debtor **HyLife Foods Windom, LLC**                                   Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 2.134. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

2.134.
**Title of contract** SERVICE AGREEMENT
**State what the contract or lease is for** FIRE INSPECTION
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**
THE FIRE GROUP INC
833 SW 3RD STREET SUITE 4
NEW BRIGHTON MN 55112

2.135.
**Title of contract** SERVICE AGREEMENT
**State what the contract or lease is for** FIRE INSPECTION
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** _____
**List the contract number of any government contract** _____

THE FIRE GROUP INC
833 SW 3RD STREET SUITE 4
NEW BRIGHTON MN 55112

2.136.
**Title of contract** SERVICE AGREEMENT
**State what the contract or lease is for** FIRE MAINTENANCE
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** 9/2/2022
**List the contract number of any government contract** _____

THE FIRE GROUP, INC.
833 3RD STREET SW SUITE 3
NEW BRIGHTON MN 55112

2.137.
**Title of contract** SERVICE AGREEMENT
**State what the contract or lease is for** FIRE MAINTENANCE
**Nature of debtor's interest** CONTRACT PARTY
**State the term remaining** 9/2/2022
**List the contract number of any government contract** _____

THE FIRE GROUP, INC.
833 3RD STREET SW SUITE 3
NEW BRIGHTON MN 55112

2.138.
**Title of contract** LEASE
**State what the contract or lease is for** PROPERTY LEASE
**Nature of debtor's interest** LESSEE
**State the term remaining** 12/31/2022
**List the contract number of any government contract** _____

TORKELSON, CAROLINE
Address Intentionally Omitted

Debtor   **HyLife Foods Windom, LLC**                                       Case number *(if known)* **23-10521**

| 2.139. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | TORKELSON,CAROLINE |
| | **State the term remaining** | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.140. | **Title of contract** | SURETY BOND | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | ERISA FIDELITY BOND - BOND NO. 107734390 | |
| | **Nature of debtor's interest** | | TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA |
| | **State the term remaining** | | 385 WASHINGTON STREET MAIL CODE 9275-NB03F |
| | **List the contract number of any government contract** | | ST PAUL MN 55102 |

| 2.141. | **Title of contract** | LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | TWIN CITY LODGING, LLC |
| | **State the term remaining** | 1/1/2024 | 2401 PRIOR AVE NORTH ROSSVILLE MN 55113 |
| | **List the contract number of any government contract** | | |

| 2.142. | **Title of contract** | LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | PROPERTY LEASE | |
| | **Nature of debtor's interest** | LESSEE | TWIN CITY LODGING, LLC |
| | **State the term remaining** | 7/16/1905 | 1111 RANGE STREET NORTH MANKATO MN 56003 |
| | **List the contract number of any government contract** | | |

| 2.143. | **Title of contract** | SURETY BOND | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | **State what the contract or lease is for** | LIVESTOCK DEALER BOND - BOND NO. 905020320 | |
| | **Nature of debtor's interest** | | U.S. DEPARTMENT OF AGRICULTURE |
| | **State the term remaining** | 5/19/2023 | 1400 INDEPENDENCE AVENUE SW WASHINGTON DC 20250 |
| | **List the contract number of any government contract** | | |

Debtor  **HyLife Foods Windom, LLC**                                                Case number *(if known)* **23-10521**

| | | |
|---|---|---|
| 2.144. | **Title of contract** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | VAN TOL PROPERTIES LLC |
| | **State the term remaining** | | 1050 MARSH ST<br>MANKATO MN 56001 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.145. | **Title of contract** | LEASE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | RESIDENTIAL LEASE | |
| | **Nature of debtor's interest** | LESSEE | VAN TOL PROPERTIES, LLC |
| | **State the term remaining** | 1/31/2022 | 1050 MARSH STREET<br>MANKATO MN 56001 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.146. | **Title of contract** | REAL ESTATE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | CASH RENT AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VEENKER, SCOTT |
| | **State the term remaining** | 3/1/2023 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.147. | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | COMMUNICATIONS | |
| | **Nature of debtor's interest** | CONTRACT PARTY | VERIZON WIRELSS INC |
| | **State the term remaining** | | 1095 6TH AVE<br>NEW YORK NY 10036 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.148. | **Title of contract** | SUPPLY AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | HOG SUPPLY AGREEMENT | |
| | **Nature of debtor's interest** | CONTRACT PARTY | WAKEFILED PORK, INC. |
| | **State the term remaining** | 4/1/2023 | 2850 HIGHWAY 60 EAST<br>WINDOM MN 56101 |
| | **List the contract number of any government contract** | | |

Debtor    **HyLife Foods Windom, LLC**                                         Case number *(if known)* **23-10521**

| 2.149. | Title of contract | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | MANAGEMENT | |
| | Nature of debtor's interest | CONTRACT PARTY | WASTE MANAGEMENT OF MINNESOTA |
| | State the term remaining | 6/1/2026 | W132 N10487 GRANT DRIVE GERMANTOWN WI 53022 |
| | List the contract number of any government contract | _____ | |

| 2.150. | Title of contract | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGING SUPPLY | |
| | Nature of debtor's interest | CONTRACT PARTY | WEST ROCK CP, LLC |
| | State the term remaining | _____ | 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |
| | List the contract number of any government contract | _____ | |

| 2.151. | Title of contract | SUPPLY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | PACKAGING SUPPLY | |
| | Nature of debtor's interest | CONTRACT PARTY | WEST ROCK CP, LLC |
| | State the term remaining | 6/11/2024 | 1000 ABERNATHY ROAD NE ATLANTA GA 30328 |
| | List the contract number of any government contract | _____ | |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** HyLife Foods Windom, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 23-10521 |

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors                                     12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.   **Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

2.   **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.1.   CANWIN FARMS, LLC | 2850 HIGHWAY 60 EAST WINDOM MN 56101 | COMPEER FINANCIAL FLCA | ☑ D<br>☐ E/F<br>☐ G |
| 2.2.   CANWIN FARMS, LLC | 2850 HIGHWAY 60 EAST WINDOM MN 56101 | COMPEER FINANCIAL PCA | ☑ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** HyLife Foods Windom, LLC |
| **United States Bankruptcy Court for the:** District of Delaware |
| **Case number (if known):** 23-10521 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/25/2023
              MM/DD/YYYY

✗    */s/ Howard Siemens*
    Signature of individual signing on behalf of debtor

    Howard Siemens
    Printed name

    Vice-President & Secretary
    Position or relationship to debtor